Debtor name | **Swiftships, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**

Case number (if known): **26-50237**

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AIT Machine 209 Venture Boulevard Houma, LA 70360** | | | | | | $138,676.32 |
| **Bigge Equipment Co P.O. Box 843067 Dallas, TX 75284-3067** | | | | | | $197,426.29 |
| **Caterpillar Inc. 100 N.E. Adams Street AB 6310 Peoria, IL 61629** | | | | | | $746,683.45 |
| **Consolidated Electrical 3321 Westbank Expressway Harvey, LA 70058** | | | | | | $131,472.14 |
| **Genoa Design International Ltd. 900 Camp Street New Orleans, LA 70130** | | | | | | $408,285.00 |
| **Iberia Parish Tax Collector 300 Iberia Street Suite 120 New Iberia, LA 70560** | | | | | | **Unknown** |
| **Infinity Energy Services, LLC 122 Bourg Larose Hwy. Bourg, LA 70343** | | | | | | $193,460.81 |

26-50237 - #19  File 03/18/26  Enter 03/18/26 20:50:51  Main Document  Pg 1 of 3

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Inner Parish Security Corp. 43222 Pecan Ridge Drive Hammond, LA 70403** | | | | | | **$202,496.14** |
| **International Paint 6001 Antoine Drive Houston, TX 77091** | | | | | | **$94,079.17** |
| **ISH International LLC 600 Palisade Avenue Unit 308 Union City, NJ 07087** | | | | | | **$915,876.74** |
| **JD Networks, LLC 24829 Woodland Run PL Aldie, VA 20105** | | | | | | **$133,917.00** |
| **NI Welding Supply, LLC 7917 Highway 182 East Morgan City, LA 70380** | | | | | | **$162,395.84** |
| **Pacific Power Group LLC 3005 SW 3rd Ave Fort Lauderdale, FL 33315** | | | | | | **$142,850.00** |
| **Republic Brass Sales, Inc. 6566 Federal Boulevard Lemon Grove, CA 91945** | | | | | | **$225,495.62** |
| **Scott-Macon Equipment Louisiana 800 3rd Avenue 16th Floor New York, NY 10022** | | | | | | **$156,116.00** |
| **St. Mary Parish Sheriff's Office P.O. Box 610 Patterson, LA 70392** | | | | | | **Unknown** |
| **Sunbelt Rentals, Inc. P.O. Box 409211 Atlanta, GA 30384** | | | | | | **$79,462.06** |

26-50237 - #19  File 03/18/26  Enter 03/18/26 20:50:51  Main Document  Pg 2 of 3

| Debtor | Swiftships, LLC | | Case number *(if known)* | 26-50237 | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Terma North America Inc. 128 Osigian Boulevard Warner Robins, GA 31088** | | | | | | **$510,000.00** |
| **United Rental P.O. Box 840514 Dallas, TX 75284-0514** | | | | | | **$88,162.34** |
| **Valkyrie Enterprises LLC 4460 Corporation Lane Suite 130 Virginia Beach, VA 23462** | | | | | | **$613,606.77** |

26-50237 - #19  File 03/18/26  Enter 03/18/26 20:50:51  Main Document   Pg 3 of 3