# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** John W. Kolwe

---

**IN RE:** Swiftships, LLC
      Debtor(s)

**Chapter:** 11
**Case Number:** 26–50237

---

### Order To Show Cause Why Case Should Not Be Dismissed
### For Failure to File Required Documents

This bankruptcy case was filed on **3/18/26**. Pursuant to LBR 1002–1(c) and the Administrative Procedures for Filing, Signing and Verifying Pleadings and Paper by Electronic Means applicable to Bankruptcy Proceedings in the United States Bankruptcy Court for the Western District of Louisiana, unless excused by order of the court all petitions filed by an individual debtor must include copies of (a) picture identification card, (b) the debtor's social security card, and (c) Declaration RE: Electronic Filing of Petition, Schedules, & Statements. The Clerk's Office, as a courtesy, allows debtors a filing deadline of forty–eight (48) hours from the filing of the petition. To date, the record of this case indicates the required document(s), **Picture ID**, has/have not been submitted.

Accordingly,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that a hearing will be held before this Court on **4/28/26** at **2:30 PM** at **800 Lafayette Street, 3rd Floor, Courtroom Five, Lafayette, Louisiana**, at which the debtor(s) and attorney shall appear to show cause, if they can, why this case should not be dismissed for failure to file the required documents, **IF AND ONLY IF**, an objection or response is filed on or before the response deadline noted herein. No hearing will be conducted hereon unless a written response is filed with the Clerk of the United States Bankruptcy Court at **800 Lafayette Street, Suite 1200, Lafayette, Louisiana 70501** before the close of business on **4/21/26** (the "**Response Deadline**") which is a date at least seven (7) days before the hearing date.

IT IS FURTHER ORDERED that the filing of the required documents prior to the above referenced show cause hearing may render the matter as moot, and the hearing may be stricken without further notice from the court.

    **SIGNED this the 31st day of March, 2026.**

          **/s/ John W. Kolwe**

          **UNITED STATES BANKRUPTCY JUDGE**