**SO ORDERED.**

**SIGNED April 1, 2026.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re: | Case No. 26-50237 |
| SWIFTSHIPS, LLC,[1] | Chapter 11 |
| _Debtor-in-Possession_. | |

### INTERIM ORDER

**CONSIDERING** the _Expedited Motion for Entry of Interim and Final Orders (1) Authorizing Use of Cash Collateral; (2) Granting Adequate Protection; and (3) Granting Related Relief_ (the "Cash Collateral Motion") (ECF No. 12) filed by Swiftships, LLC (the "Debtor"), the record of this case, and applicable law:

**IT IS ORDERED** that the Cash Collateral Motion is **GRANTED** on an **INTERIM** basis as provided for herein.

---

[1] [1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

**IT IS FURTHER ORDERED** that the Debtor is authorized to use cash in its bank accounts and cash generated by its operations (collectively, to the extent such cash constitutes cash collateral, the "Cash Collateral"), in which U.S. Small Business Administration (the "SBA") asserts liens for the disbursements set forth in the budget, which is attached hereto as **Exhibit A** (the "Budget").

**IT IS FURTHER ORDERED** that the Debtor shall be permitted to use Cash Collateral solely to pay the expenses and costs set forth in the respective Budget during the term of this Order, in an amount not to exceed those amounts set forth in the Budget, subject to Permitted Variances (as defined in this Order). As used in this Order, "Permitted Variances" shall mean a variance of not more than ten percent (10%) of any Budget line item, so long as the aggregate amount of the Budget on a monthly basis is not exceeded by more than ten percent (10%). The Budget may be supplemented, modified, or extended upon court approval after notice and hearing or by the consent of the SBA; *provided*, *however*, that the Debtor and the SBA may agree in writing to an increase in the line item with Court approval.

**IT IS FURTHER ORDERED** that the Court grants the SBA as adequate protection a claim in the amount of any post-petition diminution in the value of the SBA' security interests in the assets of the Debtor (the "Adequate Protection Claim"). To secure the Adequate Protection Claim, the SBA are granted replacement security interests in and liens upon (collectively, the "Adequate Protection Liens") all post-petition personal assets of the Debtor and its estate and all proceeds and products of that personal property, and post-petition accounts and cash to the extent that the SBA pre-petition possessed a valid and perfected security interest and lien in any such assets, accounts and/or cash as of March 18, 2026 (the "Petition Date"), and all proceeds, rents, and products of all of the foregoing and all distributions thereon (collectively, the "Post-Petition

2

Collateral"). The foregoing Adequate Protection Liens shall not include any claims, causes of action and proceeds arising under 11 U.S.C. §§ 510, 544, 546, 547, 548, 549, 550 and 551 (collectively, the "Avoidance Actions").

**IT IS FURTHER ORDERED** that the respective Adequate Protection Liens granted to the SBA in this Order shall be subject only to valid, perfected, enforceable, and unavoidable liens and security interests granted by the respective Debtor or operation of law to any person or entity that were superior in priority to the pre-petition security interests and liens held by the SBA and only to the extent such pre-petition liens are not otherwise subject to avoidance or subordination. Such Adequate Protection Liens are granted to secure the amount of any post-petition diminution in the value of the interests of the SBA in the Cash Collateral to the extent such interests are entitled to adequate protection against such diminution under the Bankruptcy Code. The automatic stay is modified to permit the Debtor to grant the liens described above, and to perform such acts as may be required to assure the perfection and priority of such liens.

**IT IS FURTHER ORDERED** that, in addition to the Adequate Protection Liens, the SBA are also adequately protected by equity cushions in the properties upon which they assert liens.

**IT IS FURTHER ORDERED** that the Debtor shall maintain current and updated books and records of original entry, including without limitation, records of sale, credits authorized (whether or not credit memoranda have been issued), purchases, accounts receivable, cash receipts, and cash disbursements, so that all business activity is posted to them in the ordinary course of the Debtor's business.

**IT IS FURTHER ORDERED** that the Debtor shall provide to the SBA and the Office of the United States Trustee, Region 5 (the "U.S. Trustee") monthly reporting of the use of Cash Collateral as compared to the use proposed with the Budget.

**IT IS FURTHER ORDERED** that the terms of this Interim Order shall be valid and binding upon the Debtor, all creditors of the Debtor, all creditors of the bankruptcy estate of the Debtor, and all other parties-in-interest from and after the execution of this Interim Order by the Court.

**IT IS FURTHER ORDERED** that in the event the Court modifies any provisions of this Order following any further hearing, such modifications shall not affect the rights and priorities of the SBA granted pursuant to this Interim Order.

**IT IS FURTHER ORDERED** that the Court shall hold a second interim hearing on **TUESDAY, APRIL 14, 2026 AT 2:30 P.M. CENTRAL TIME** at the John M. Shaw United States Courthouse, 800 Lafayette Street, Third Floor, Courtroom #5, Lafayette, LA 70501.

**IT IS FURTHER ORDERED** that any additional written objections to the granting of the Cash Collateral Motion shall be filed and properly served on applicant not later than Tuesday, April 7, 2026.

# # #

Respectfully submitted by:

*/s/ Ryan J. Richmond*
**STERNBERG, NACCARI & WHITE, LLC**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801-1819
Telephone:    (225) 412-3667
Facsimile:    (225) 286-3046
Email:    ryan@snw.law

*Interim Attorneys for Swiftships, LLC*

4

**Cash Collateral Budget**