**Fill in this information to identify the case:**

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 16, 2026**    **X /s/ Shahraze Shah**
    Signature of individual signing on behalf of debtor

    **Shahraze Shah**
    Printed name

    **Manager**
    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................    $    **147,810.93**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...............................................................................................    $    **52,202,866.00**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................................    $    **52,350,676.93**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **4,960,157.19**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **219,678.39**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **38,903,449.91**

4. **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b      $    **44,083,285.49**

26-50237 - #52   File 04/16/26   Enter 04/16/26 08:35:56   Main Document   Pg 2 of 39

**Fill in this information to identify the case:**

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property       12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **See Exhibit 1.** | | | **$1,500,000.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**    |    **$1,500,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **See Exhibit 2** | **$97,010.00** |
| --- | --- |

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.  **Total of Part 2.**    |    **$97,010.00**

Add lines 7 through 8. Copy the total to line 81.

**Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **375,000.00**    -    **0.00**  =....    **$375,000.00**

face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                **$375,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:     **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.

☐ Yes Fill in the information below.

Part 5:     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **See Exhibit 4.** | | $27,834,532.18 | | $27,834,532.18 |
| 20. **Work in progress** **See Exhibit 4.** | | $658,641.82 | N/A | $658,641.82 |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                **$28,493,174.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **See Exhibit 5.** | **$0.00** | | **$25,999.61** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Software. See Exhibit 5.** | **$0.00** | | **$0.00** |
| | **Computer. See Exhibit 5.** | **$2,163.77** | | **$85,945.33** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. | **Total of Part 7.** <br> Add lines 39 through 42.  Copy the total to line 86. | **$111,944.94** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **See Exhibit 5.** | **$0.00** | | **$7,082.51** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1.    **M/V Risen Sun, Official Number 1255897, IMO Number 9773105. See Exhibit 6.**         $12,903,463.00    **Appraisal**         $7,500,000.00

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**General machinery and equipment. See Exhibit 5.**         $0.00         $192,671.58

**Specialized machinery and equipment. See Exhibit 5.**         $207,982.20         $103,000.00

51.    **Total of Part 8.**         **$7,802,754.09**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **Buildings and improvements. See Exhibit 1.** | | $112,865.37 | | $147,810.93 |

56.    **Total of Part 9.**         **$147,810.93**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** www.swiftships.com | Unknown | N/A | Unknown |
| 62. **Licenses, franchises, and royalties** **Swiftships have one Federal Firearms License Number: 5-72-101-11-6F-04687 (FFL) and one Directorate of Defense Trade Controls (DDTC) / ITAR license Number: M34987** | Unknown | N/A | Unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                                              $0.00

   Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**

Description (include name of obligor)

| Amounts due from BOT LLC | 2,525,605.53 | - | 0.00 | = | $2,525,605.53 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

| Amoutns due from Trojan Firearms LLC | 327,858.29 | - | 0.00 | = | $327,858.29 |
|---|---|---|---|---|---|
| | Total face amount | | doubtful or uncollectible amount | | |

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 2024 Tax Return Total of un-used NOL $3,827,456 | Tax year __2024__ | $3,827,456.00 |
|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| Unbilled AR. See Exhibit 7. | $4,806,993.92 |
|---|---|

| Prepaid Expenses and Other Assets (summary). See Exhibit 8. | $2,335,069.23 |
|---|---|

78. **Total of Part 11.**

| | $13,822,982.97 |
|---|---|

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Swiftships, LLC**          Case number *(If known)* **26-50237**
Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,500,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $97,010.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $375,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $28,493,174.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $111,944.94 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $7,802,754.09 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $147,810.93 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $13,822,982.97 | |
| 91. **Total.** Add lines 80 through 90 for each column | $52,202,866.00 | + 91b. $147,810.93 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $52,350,676.93 |

26-50237 - #52  File 04/16/26  Enter 04/16/26 08:35:56  Main Document  Pg 9 of 39

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **De Lage Landen Financial Service**<br>Creditor's Name<br><br>**1111 Old Eagle School Road**<br>**Wayne, PA 19087-1453**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br><br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | **Unknown** | **Unknown** |
| **2.2** | **Industrial Alliance Services LLC**<br>Creditor's Name<br><br>**P.O Box 5677**<br>**Thibodaux, LA 70302**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**M/V Risen Sun, Official Number 1255897, IMO Number 9773105. See Exhibit 6.**<br><br>**Describe the lien**<br>**Judgment Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | $97,500.00 | $7,500,000.00 |

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    page 1 of 4

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. Industrial Alliance Services LLC** | ☐ Disputed |
| **2. K.A.D., LLC** | |
| **3. Louisiana Machinery Company** | |
| **4. Patterson State Bank** | |
| **5. LeBlanc & Associates** | |

---

| 2.3 | **K.A.D., LLC** | Describe debtor's property that is subject to a lien | $160,197.24 | $7,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **M/V Risen Sun, Official Number 1255897, IMO Number 9773105. See Exhibit 6.** | | |

**P.O Box 2898
Morgan City, LA 70381**
Creditor's mailing address

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.4 | **LeBlanc & Associates** | Describe debtor's property that is subject to a lien | $824,911.00 | $7,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **M/V Risen Sun, Official Number 1255897, IMO Number 9773105. See Exhibit 6.** | | |

**132 Intracoastal Drive
Houma, LA 70363**
Creditor's mailing address

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.5 | **Louisiana Machinery Company** | Describe debtor's property that is subject to a lien | $97,500.00 | $7,500,000.00 |
|---|---|---|---|---|

Creditor's Name

**3799 W. Airline Highway
Reserve, LA 70084-0536**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**M/V Risen Sun, Official Number 1255897, IMO
Number 9773105. See Exhibit 6.**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Patterson State Bank** | Describe debtor's property that is subject to a lien | $1,502,959.65 | $7,500,000.00 |

Creditor's Name

**c/o Jason H. Watson
1130 Highway 90 West
Patterson, LA 70392**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**M/V Risen Sun, Official Number 1255897, IMO
Number 9773105. See Exhibit 6.**

**Describe the lien**

**Judgment Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **U.S. Small Business Administrati** | Describe debtor's property that is subject to a lien | $2,277,089.30 | $375,000.00 |

Creditor's Name

**365 Canal Street
Suite 2820
New Orleans, LA 70130**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Over 90 days old: See Exhibit 4**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,960,157.19 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **David Oriol** **403 W. 21st Avenue** **Covington, LA 70433** | Line __2.5__ | |
| **Gary McGoffin** **220 Hermann Boulevard** **Lafayette, LA 70503** | Line __2.6__ | |
| **Joseph E. Lee III** **365 Canal Street** **Suite 2000** **New Orleans, LA 70130** | Line __2.4__ | |
| **Stephen Patrick Skiles** **1915 Highway 182 E** **Morgan City, LA 70380** | Line __2.3__ | |

| | |
|---|---|
| Debtor name | **Swiftships, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF LOUISIANA |
| Case number (if known) | **26-50237** |

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
**Iberia Parish Tax Collector**
**300 Iberia Street**
**Suite 120**
**New Iberia, LA 70560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$105,091.00**   Priority amount **Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **Unknown**   Priority amount **Unknown**

Date or dates debt was incurred _____

Last 4 digits of account number _____
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

26-50237 - #52  File 04/16/26  Enter 04/16/26 08:35:56  Main Document  Pg 14 of 39

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,586.39 | Unknown |

Priority creditor's name and mailing address
**Louisiana Department of Revenue**
**P.O. Box 66658**
**Baton Rouge, LA 70896-6658**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109,001.00 | Unknown |

Priority creditor's name and mailing address
**St. Mary Parish Sheriff's Office**
**P.O. Box 610**
**Patterson, LA 70392**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $25,950.44 |

**Nonpriority creditor's name and mailing address**
**A-Jax Fasteners & Tools**
**1500 E. 8th Street**
**Jacksonville, FL 32206**
**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** __
Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Nonpriority creditor's name and mailing address**
**ADP, Inc.**
**1 ADP Boulevard**
**Roseland, NJ 07068**
**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** __
Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $138,676.32 |

**Nonpriority creditor's name and mailing address**
**AIT Machine**
**209 Venture Boulevard**
**Houma, LA 70360**
**Date(s) debt was incurred** __
**Last 4 digits of account number** __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** __
Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,119.80** |
|---|---|---|---|

**All Crane Rental of LA LLC**
**37316 Highway 74**
**Geismar, LA 70734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen's TV Cable Services Inc**
**800 Victor II Blvd.**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Internet__

Last 4 digits of account number **6295,5950,5047**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,315.00** |
|---|---|---|---|

**API Control Systems, Inc.**
**218 Hector Connoly Road**
**Carencro, LA 70520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00** |
|---|---|---|---|

**Aslean Middle East**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**AT&T**
**P.O. Box 5014**
**Carol Stream, IL 60197-5014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Cell phone__

Last 4 digits of account number **0441**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,342.06** |
|---|---|---|---|

**Bayou Electric & Specialty, Inc.**
**4412 Decon Road**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,426.29** |
|---|---|---|---|

**Bigge Equipment Co**
**P.O. Box 843067**
**Dallas, TX 75284-3067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,113.00 |
|---|---|---|---|

**Bollhalter Services & Equipment**
**5145 Bayou Black Drive**
**Gibson, LA 70356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46,688.56 |
|---|---|---|---|

**Breaux Petroleum Producsts, Inc.**
**237 N. Barrios Street**
**Lockport, LA 70374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $746,683.45 |
|---|---|---|---|

**Caterpillar Inc.**
**100 N.E. Adams Street**
**AB 6310**
**Peoria, IL 61629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**City Of Morgan City**
**Morgan City City Hall**
**512 First Street**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5005,1001,2001__

Basis for the claim: __Power__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,730.04 |
|---|---|---|---|

**Classic Business Products**
**7828 LA-182**
**Morgan City, LA 70380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __7101,4704,2407__

Basis for the claim: __Printer service__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,031.73 |
|---|---|---|---|

**Cleco Power LLC**
**P.O. Box 660228**
**Dallas, TX 75266-0228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __5661,4639,4365__

Basis for the claim: __Power__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,139.11 |
|---|---|---|---|

**Coating Services Inc.**
**P.O. Box 1330**
**Gonzales, LA 70707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

26-50237 - #52  File 04/16/26  Enter 04/16/26 08:35:56  Main Document   Pg 17 of 39

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131,472.14 |

**Consolidated Electrical**
**3321 Westbank Expressway**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.76 |

**COX**
**P.O. Box 900180**
**Louisville, KY 40290-1080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Internet__

Last 4 digits of account number __4503__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,892.00 |

**deugro (USA), Inc.**
**480 Wildwood Forest Drive**
**#350**
**Spring, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,884.82 |

**Diamond Oilfield Supply**
**201 Cummings Road**
**Broussard, LA 70518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.19 |

**DISH Network**
**9601 S. Meridian Boulevard**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __TV Service__

Last 4 digits of account number __5059__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,725.97 |

**Dometic Corporation**
**601 Poydras Sreet**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,657.06 |

**Fairlead Boatworks, Inc**
**3132 Victory Blvd.**
**Portsmouth, VA 23702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ferguson Enterprises LLC**
**751 Lakrefront Commons**
**Newport News, VA 23606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408,285.00 |
|---|---|---|---|

**Genoa Design International Ltd.**
**900 Camp Street**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,813.00 |
|---|---|---|---|

**H.I.S Fire & Safety, L.L.C.**
**7905 Highway 90 West**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,916.00 |
|---|---|---|---|

**Hooley Manufacturing Co. LLC**
**331 N. Alexander Street**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,007,952.50 |
|---|---|---|---|

**ICS Nett Inc**
**4116 Walney Road**
**Suite D**
**Chantilly, VA 20151-2948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,940,367.59 |
|---|---|---|---|

**ICS Nett Limited**
**4116 Walney Road Chantily**
**Chantilly, VA 20151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**III D Construction, LLC**
**1029 Lia Street**
**Patterson, LA 70392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $193,460.81 |
|---|---|---|---|

**Infinity Energy Services, LLC**
**122 Bourg Larose Hwy.**
**Bourg, LA 70343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202,496.14 |
|---|---|---|---|

**Inner Parish Security Corp.**
**43222 Pecan Ridge Drive**
**Hammond, LA 70403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,079.17 |
|---|---|---|---|

**International Paint**
**6001 Antoine Drive**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915,876.74 |
|---|---|---|---|

**ISH International LLC**
**600 Palisade Avenue**
**Unit 308**
**Union City, NJ 07087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,917.00 |
|---|---|---|---|

**JD Networks, LLC**
**24829 Woodland Run PL**
**Aldie, VA 20105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,019.60 |
|---|---|---|---|

**K&J Supplies, LLC**
**3314 W. Admiral Doyle Drive**
**New Iberia, LA 70560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kings & Jurgens, LLC**
**201 St Charles Avenue**
**45th Floor**
**New Orleans, LA 70170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,146.17 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Lafayette Electric, LLC**
**1207 Greenwood Street**
**Morgan City, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.45 |
|------|--------------------------------------------------|----------------------------------------------------------------------|--------|

**Louisiana Water Company**
**448 E Main Street**
**New Iberia, LA 70560**

Date(s) debt was incurred __

Last 4 digits of account number  7105

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,061.41 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Marse Welding Supplies, Inc.**
**2700 Hessmer Avenue**
**Metairie, LA 70002**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,614.12 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**Mobile Modular**
**5700 Las Positas Road**
**Livermore, CA 94551**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**MP HTB ONE, LLC**
**2315 Florida Street**
**Suite 200**
**Mandeville, LA 70448**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $899,817.80 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**Multinational Defense Service**
**4116 Walney Road**
**Suite D**
**Chantilly, VA 20151-2948**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $162,395.84 |
|------|--------------------------------------------------|----------------------------------------------------------------------|------------|

**NI Welding Supply, LLC**
**7917 Highway 182 East**
**Morgan City, LA 70380**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,717.44 |

**Nuts & Bolts, Inc.**
**6950 Alma Street**
**Houma, LA 70364**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,676,915.89 |

**OCR Global Inc**
**4116 Walney Road**
**Suite D**
**Chantilly, VA 20151-2948**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,931.00 |

**Offshore Air & Refrigeration**
**P.O. Box 2626**
**Lafayette, LA 70502**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,850.00 |

**Pacific Power Group LLC**
**3005 SW 3rd Ave**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,274.02 |

**Pierce Aluminum Co., Inc.**
**34 Forge Park**
**Franklin, MA 02038**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $225,495.62 |

**Republic Brass Sales, Inc.**
**6566 Federal Boulevard**
**Lemon Grove, CA 91945**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,688.50 |

**Schoellhorn-Albrecht Machine Co.**
**1141 Reco Avenue**
**Saint Louis, MO 63126**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,116.00 |
|---|---|---|---|

**Scott-Macon Equipment Louisiana**
**800 3rd Avenue**
**16th Floor**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Stonebriar Commercial Finance**
**5601 Granite Parkway**
**Suite 1350**
**Plano, TX 75024-6770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,462.06 |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**P.O. Box 409211**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,374,816.35 |
|---|---|---|---|

**Sunrays International LLC**
**4116 Walney Road**
**Suite D**
**Chantilly, VA 20151-2948**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,477.08 |
|---|---|---|---|

**Teledyne Flir Maritime US**
**110 Lowell Road**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510,000.00 |
|---|---|---|---|

**Terma North America Inc.**
**128 Osigian Boulevard**
**Warner Robins, GA 31088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88,162.34 |
|---|---|---|---|

**United Rental**
**P.O. Box 840514**
**Dallas, TX 75284-0514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,698.00** |
|---|---|---|---|

**Valerie Landreneau**
**c/o Willis & Buckley**
**3723 Canal Street**
**New Orleans, LA 70119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$613,606.77** |
|---|---|---|---|

**Valkyrie Enterprises LLC**
**4460 Corporation Lane**
**Suite 130**
**Virginia Beach, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$56,227.76** |
|---|---|---|---|

**Vard Marine US, Inc.**
**15995 N. Barkers Landing**
**Suite 125**
**Houston, TX 77079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Allen & Gooch**<br>**2000 Kaliste Saloom Road**<br>**#400**<br>**Lafayette, LA 70508** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Bayou Electric & Specialty, Inc.**<br>**P.O. Box 1264**<br>**Youngsville, LA 70592** | Line **3.9**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Bigge Crane and Rigging Co.**<br>**10604 Airline Hwy.**<br>**Gonzales, LA 70737** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Cox Business**<br>**P.O. Box 1259**<br>**Oaks, PA 19456** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Cox Communications**<br>**7401 Florida Blvd**<br>**Baton Rouge, LA 70806** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Cox Communications**<br>**PO Box 919243**<br>**Dallas, TX 75391-9243** | Line **3.19**<br><br>☐ Not listed. Explain ____ | _ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Cox Communications Baton Rouge**<br>**1400 Lake Hearn Drive, N.E.**<br>**Atlanta, GA 30319** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Cox Communications, Inc.**<br>**6205-B Peachtree Dunwoody Road N**<br>**Atlanta, GA 30328** | Line **3.19**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **David Thorguson**<br>**1201 Brashear Avenue**<br>**Suite 201**<br>**Morgan City, LA 70380** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Deutsch Kerrigan LLP**<br>**Duris L. Holmes**<br>**755 Magazine Street**<br>**New Orleans, LA 70130** | Line **3.61**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **DISH Network**<br>**P.O. Box 94063**<br>**Palatine, IL 60094-4063** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Favret Carriere,LLC**<br>**c/o Austin Hight**<br>**650 Poydras Street**<br>**Suite 2300**<br>**New Orleans, LA 70130** | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **H.I.S Fire & Safety, L.L.C.**<br>**P.O. Box 368**<br>**Delcambre, LA 70528** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **III D Construction, LLC**<br>**P.O. Box 1222**<br>**Patterson, LA 70392** | Line **3.31**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Michael D. Lopresto**<br>**203 West Main Street**<br>**Suite 200**<br>**New Iberia, LA 70560** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Newman Mathis Brady & Spedale**<br>**3301 North Blvd**<br>**Baton Rouge, LA 70806** | Line **3.59**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Scott J. Boudreaux**<br>**601 Renwick Boulevard**<br>**Berwick, LA 70342** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **St. Mary Parish Sheriff's Office**<br>**500 Main Street #4**<br>**Franklin, LA 70538** | Line **2.4**<br>☐ Not listed. Explain ____ | _ |

26-50237 - #52  File 04/16/26  Enter 04/16/26 08:35:56  Main Document  Pg 25 of 39

| Debtor | Swiftships, LLC | Case number (if known) | 26-50237 |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.19 **Valkyrie Enterprises LLC**<br>**2877 Guardian Lane**<br>**#300**<br>**Virginia Beach, VA 23452** | Line **3.61**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 219,678.39 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 38,903,449.91 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 39,123,128.30 |

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Lease of immovable property located at 1105 Levee Road, Morgan City, LA 70381. Expires 3/31/45** | |
| State the term remaining | **BOT LLC P.O. Box 2869 Morgan City, LA 70380** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Swiftships, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **26-50237**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

26-50237 - #52  File 04/16/26  Enter 04/16/26 08:35:56  Main Document  Pg 28 of 39

## <u>EXHIBIT 1</u>

| Swiftships LLC | | |
|---|---|---|
| **Cash and Cash Equivalents as of January 31, 2026** | | |
| | | **Cash at Bank** |
| Swiftships NBoE xxxx-xxxxx5-010 | | - |
| Patterson State Bank - 28m CDA | | - |
| Swiftships PNC xxxxxx8759 | | - |
| Prepay Credit Card - PEX card | | - |
| Swiftships Patterson State - xxxxx6401 | | - |
| Swiftships PATTERSON - XXXXX0401 | | - |
| Sub Total | $ | - |
| | | **Restricted Cash** |
| Investments - Short Term | | 1,500,000.00  LC with the DCS Egypt customer |
| Sub Total | $ | 1,500,000.00 |
| Grand Total | $ | 1,500,000.00 |

| Swiftships LLC | | |
| --- | --- | --- |
| **Deposits as of January 31, 2026** | | |
| Worker's Comp Deposit | | 51,270.00 |
| City of MC Assessment Deposit | | 35,000.00 |
| Workers' Comp Deposit - Amerisafe | | 7,394.00 |
| Hellenic Deposit | | 2,000.00 |
| Entergy Deposit | | 1,241.00 |
| Meter 73835606 Deposit - Site 5 | | 105.00 |
| Total | $ | 97,010.00 |

**EXHIBIT 2**

**EXHIBIT 3**

| Swiftships LLC | | | | | |
|---|---|---|---|---|---|
| Accounts Receivables as of January 31, 2026 | | | | | |
| Name of the Customer | Amount | with in 30 days | with in 31-60 days | with in 61-90 days | Over 90 + days |
| DCS (Old Egypt) | 375,070 | - | - | - | 375,070 |
| Total | 375,070 | - | - | - | 375,070 |

# EXHIBIT 4

Swiftships LLC

Inventory Schedule

| Program / Domain | Sum of Total Cost | | Program Inventory (A) | Cancelled Program / Dead Stock (B) | | Fair Market Value of "B" |
|---|---|---|---|---|---|---|
| LCU 1700 Program | 16,937,567.88 | | 16,937,567.88 | - | | - |
| Prod-WH | 6,471,471.66 | | - | 6,471,471.66 | | 3,235,735.83 |
| Egypt-FMS Program | 2,973,076.59 | | 2,973,076.59 | - | | - |
| MUSVL / USVL Program | 505,283.12 | | - | 505,283.12 | | 252,641.56 |
| LCU 2000 | 303,937.55 | | 303,937.55 | - | | - |
| Egypt-DCS Program | 246,624.59 | | 246,624.59 | - | | - |
| OLD Closed Program | 150,029.10 | | - | 150,029.10 | | 75,014.55 |
| Striker Program | 108,846.82 | | 108,846.82 | - | | - |
| DIU Program | 63,883.18 | | 63,883.18 | - | | - |
| CRANE Program | 43,436.05 | | 43,436.05 | - | | - |
| Bahrain Program | 32,008.14 | | 32,008.14 | - | | - |
| PNGB Program | (1,632.50) | | (1,632.50) | - | | - |
| WIP | 658,641.82 | | 658,641.82 | | | |
| Grand Total | $ 28,493,174.00 | | $ 21,366,390.12 | $ 7,126,783.88 | | $ 3,563,391.94 |

| | Swiftships LLC | | | | **EXHIBIT 5** | |
|---|---|---|---|---|---|---|

Property and Equipments (Summary) as of January 31, 2026

| Description | Ending Balance | Accumulatd Depreciation | Book Value | Fair Market (Estimate) | Fair Market Value |
|---|---|---|---|---|---|
| FIXED ASSETS: | + | | | | |
| 10201200 - Furniture & Fixture | 259,996.12 | (259,996.12) | - | 10% | 25,999.61 |
| 10201300 - Vehicles | 14,165.01 | (14,165.01) | - | 50% | 7,082.51 |
| 10201400 - Machinery & Equipment | 770,686.31 | (770,686.31) | - | 25% | 192,671.58 |
| 10201450 - Specialized Machinery & Equipment | 412,000.00 | (204,017.80) | 207,982.20 | 25% | 103,000.00 |
| 10201500 - Buildings & Improvements | 591,243.70 | (478,378.33) | 112,865.37 | 25% | 147,810.93 |
| 10201800 - Software | 132,589.33 | (132,589.33) | - | 0% | - |
| 10201900 - Computers | 343,782.13 | (341,618.36) | 2,163.77 | 25% | 85,945.53 |
| Total Fixed Assets | 2,524,462.60 | (2,201,451.26) | 323,011.34 | | 562,510.15 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
|  | **Swiftships LLC** |
|  | **Property and Equipments as of January 31, 2026** |
| Fixed Asset Group | Fixed Asset Number | Name | Book | Status | Acquisition | Depreciation | Profit / Loss | Net Book Value |
| BUIL | BUIL0000001 | 2 2002 3BR 14x74 Units (mobile | BUIL | Closed | 15,014.41 | (15,014.41) | - | - |
| BUIL | BUIL0000002 | 2 2010 4BR 80x16 MH (mobile | BUIL | Closed | 35,218.99 | (35,218.99) | - | - |
| BUIL | BUIL0000003 | DBLWIDE Classrom Trailer (mobi | BUIL | Closed | 22,020.43 | (22,020.43) | - | - |
| BUIL | BUIL0000004 | DBLWIDE Classrom Trailer (mobi | BUIL | Closed | 22,020.43 | (22,020.43) | - | - |
| BUIL | BUIL0000005 | Double Wide, 24 x 64 (mobile b | BUIL | Closed | 17,893.39 | (17,893.39) | - | - |
| BUIL | BUIL0000006 | Toilet Unit, Site II  (mobile | BUIL | Closed | 7,920.00 | (7,920.00) | - | - |
| BUIL | BUIL0000007 | LED Lighting Upgrade | BUIL | Closed | 176,155.76 | (176,155.76) | - | - |
| BUIL | BUIL0000008 | Roof Replacement for Double | BUIL | Closed | 10,600.00 | (10,600.00) | - | - |
| BUIL | BUIL0000009 | Toilet Trailer (mobile bathroo | BUIL | Closed | 3,000.00 | (3,000.00) | - | - |
| BUIL | BUIL0000010 | Portable Office | BUIL | Closed | 3,000.00 | (3,000.00) | - | - |
| BUIL | BUIL0000011 | Toilet Trailer (mobile bathroo | BUIL | Closed | 3,000.00 | (3,000.00) | - | - |
| BUIL | BUIL0000012 | 12' Reefer Trailer | BUIL | Open | 12,000.00 | (8,314.14) | - | 3,685.86 |
| BUIL | BUIL0000013 | Trailer Improvements for NEOM | BUIL | Open | 263,400.29 | (154,220.78) | - | 109,179.51 |
| COMP | COMP0000001 | IT Upgrades | COMP | Closed | 7,925.26 | (7,925.26) | - | - |
| COMP | COMP0000002 | Sand Blaster | COMP | Closed | 7,974.69 | (7,974.69) | - | - |
| COMP | COMP0000003 | Computer System | COMP | Closed | 64,086.13 | (64,086.13) | - | - |
| COMP | COMP0000004 | IT Upgrades (B) | COMP | Closed | 27,826.45 | (27,826.45) | - | - |
| COMP | COMP0000005 | Computer Equipment Lease | COMP | Closed | 33,407.44 | (33,407.44) | - | - |
| COMP | COMP0000006 | Computer Equipment Lease | COMP | Closed | 8,634.32 | (8,634.32) | - | - |
| COMP | COMP0000007 | Computer Equipment Lease | COMP | Closed | 4,963.44 | (4,963.44) | - | - |
| COMP | COMP0000008 | Computer Equipment Lease | COMP | Closed | 40,541.42 | (40,541.42) | - | - |
| COMP | COMP0000009 | Computer Equipment Lease | COMP | Closed | 15,200.68 | (15,200.68) | - | - |
| COMP | COMP0000010 | Computer Equipment Lease | COMP | Closed | 3,805.09 | (3,805.09) | - | - |
| COMP | COMP0000011 | Computer Equipment Lease | COMP | Closed | 5,196.47 | (5,196.47) | - | - |
| COMP | COMP0000012 | Computer Equipment Lease | COMP | Closed | 4,456.78 | (4,456.78) | - | - |
| COMP | COMP0000013 | Computer Equipment Lease | COMP | Closed | 20,493.54 | (20,493.54) | - | - |
| COMP | COMP0000014 | Computer Equipment Lease | COMP | Closed | 31,726.18 | (31,726.18) | - | - |
| COMP | COMP0000015 | Dell Lease 001-903225-009 (10- | COMP | Closed | 10,048.69 | (10,048.69) | - | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COMP | COMP0000016 | Dell Lease 001-903225-010 (10- | COMP | Closed | 8,396.93 | (8,396.93) | - | - |
| COMP | COMP0000017 | Dell Lease 001-903225-012 (2-D | COMP | Closed | 24,766.26 | (24,766.26) | - | - |
| COMP | COMP0000018 | Dell Lease 001-903225-013 (2-D | COMP | Closed | 6,111.16 | (6,111.16) | - | - |
| COMP | COMP0000019 | Dell Lease 001-903225-013 (2-D | COMP | Closed | 4,504.50 | (4,504.50) | - | - |
| COMP | COMP0000020 | Computer Equipment Lease | COMP | Open | 5,079.40 | (5,074.28) | - | 5.12 |
| COMP | COMP0000021 | Computer Equipment Lease | COMP | Open | 8,637.30 | (6,478.66) | - | 2,158.64 |
| FIXT | FIXT0000001 | CIP-IT Upgrade | FIXT | Closed | 71,687.73 | (71,687.73) | - | - |
| FIXT | FIXT0000002 | Connex Boxes | FIXT | Closed | 24,977.85 | (24,977.85) | - | - |
| FIXT | FIXT0000003 | ERP System | FIXT | Closed | 54,883.11 | (54,883.11) | - | - |
| FIXT | FIXT0000004 | 13-20' Steel Containers | FIXT | Closed | 9,011.37 | (9,011.37) | - | - |
| FIXT | FIXT0000005 | Plate Racks (B) | FIXT | Closed | 16,719.07 | (16,719.07) | - | - |
| FIXT | FIXT0000006 | Fourth Tech, IT Upgrade | FIXT | Closed | 58,023.11 | (58,023.11) | - | - |
| FIXT | FIXT0000007 | Earthwave, Inc. | FIXT | Closed | 24,688.89 | (24,688.89) | - | - |
| MACH | MACH0000001 | NC Cutter | MACH | Closed | 60,591.08 | (60,591.08) | - | - |
| MACH | MACH0000002 | 1997 Grove Crane RT528C | MACH | Closed | 26,594.52 | (26,594.52) | - | - |
| MACH | MACH0000003 | Welding Machine | MACH | Closed | 9,118.42 | (9,118.42) | - | - |
| MACH | MACH0000004 | Welding Machine CP302 | MACH | Closed | 23,867.85 | (23,867.85) | - | - |
| MACH | MACH0000005 | Miller CP302 MIG Welder | MACH | Closed | 12,332.96 | (12,332.96) | - | - |
| MACH | MACH0000006 | Blaster/ Air Compressor | MACH | Closed | 17,151.08 | (17,151.08) | - | - |
| MACH | MACH0000007 | 8K Forklift - USED | MACH | Closed | 6,933.58 | (6,933.58) | - | - |
| MACH | MACH0000008 | Welding Machines | MACH | Closed | 21,698.15 | (21,698.15) | - | - |
| MACH | MACH0000009 | Boom Forklift - USED | MACH | Closed | 8,795.84 | (8,795.84) | - | - |
| MACH | MACH0000010 | Push Boat Repairs | MACH | Closed | 23,279.36 | (23,279.36) | - | - |
| MACH | MACH0000011 | Welding Machine - Rack/ Stands | MACH | Closed | 20,235.73 | (20,235.73) | - | - |
| MACH | MACH0000012 | 8K Skytracker Forklift | MACH | Closed | 8,853.10 | (8,853.10) | - | - |
| MACH | MACH0000013 | Welding Machines | MACH | Closed | 16,007.62 | (16,007.62) | - | - |
| MACH | MACH0000014 | Miller Welding Machines CP- | MACH | Closed | 3,973.60 | (3,973.60) | - | - |
| MACH | MACH0000015 | Miller Welding Machines CP- | MACH | Closed | 3,973.60 | (3,973.60) | - | - |
| MACH | MACH0000016 | Miller Welding Machines CP- | MACH | Closed | 4,002.00 | (4,002.00) | - | - |
| MACH | MACH0000017 | Miller Welding Machines CP- | MACH | Closed | 3,973.60 | (3,973.60) | - | - |
| MACH | MACH0000018 | Miller Welding Machines CP- | MACH | Closed | 3,617.81 | (3,617.81) | - | - |
| MACH | MACH0000019 | Profax PX400 Welding Machine | MACH | Closed | 5,454.69 | (5,454.69) | - | - |
| MACH | MACH0000020 | Profax PX400 Welding Machine | MACH | Closed | 5,652.85 | (5,652.85) | - | - |
| MACH | MACH0000021 | Profax PX400 Welding Machine | MACH | Closed | 5,916.17 | (5,916.17) | - | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MACH | MACH0000022 | Profax PX400 Welding Machine | MACH | Closed | 5,235.43 | (5,235.43) | - | - |
| MACH | MACH0000023 | 440 Yard Rotary Air Compressor | MACH | Closed | 28,499.99 | (28,499.99) | - | - |
| MACH | MACH0000024 | Miller Welding Machines (18) | MACH | Closed | 99,900.00 | (99,900.00) | - | - |
| MACH | MACH0000025 | Miller Welding Machines | MACH | Closed | 39,686.92 | (39,686.92) | - | - |
| MACH | MACH0000026 | Miller Welding Machines (8) (P | MACH | Closed | 76,988.21 | (76,988.21) | - | - |
| MACH | MACH0000027 | Pump for Navy Offices | MACH | Closed | 3,545.82 | (3,545.82) | - | - |
| MACH | MACH0000028 | 50-Ton Denison Hydraulic Press | MACH | Closed | 12,500.00 | (12,500.00) | - | - |
| MACH | MACH0000029 | Welding Machines | MACH | Closed | 136,920.73 | (136,920.73) | - | - |
| MACH | MACH0000030 | Miller CST-282 208-575V Weldin | MACH | Closed | 64,885.60 | (64,885.60) | - | - |
| MACH | MACH0000031 | Scaffold Planks | MACH | Closed | 10,500.00 | (10,500.00) | - | - |
| SOFT | SOFT0000001 | 7 AX user License life time | SOFT | Closed | 19,600.00 | (19,600.00) | - | - |
| SOFT | SOFT0000002 | AutoCAD - including specialize | SOFT | Closed | 13,848.00 | (13,848.00) | - | - |
| SOFT | SOFT0000003 | AutoCAD - including specialize | SOFT | Closed | 4,293.33 | (4,293.33) | - | - |
| SOFT | SOFT0000004 | ANSYS Mechanical CFD bundle | SOFT | Closed | 94,848.00 | (94,848.00) | - | - |
| SPCL | SPCL0000002 | Faymonville Self Propelled PPU | SPCL | Open | 412,000.00 | (204,017.80) | - | 207,982.20 |
| VEHC | VEHC0000001 | 2010 Cadillac Escalade ES | VEHC | Closed | 14,165.01 | (14,165.01) | - | - |
| VEHC | VEHC0000002 | 2005 Ford F Series | VEHC | Closed | 1.00 | (1.00) | - | - |
| VEHC | VEHC0000003 | 2004 GMC Yukon | VEHC | Closed | 1.00 | (1.00) | - | - |
| VEHC | VEHC0000004 | 2012 Chevrolet C1500 | VEHC | Closed | 1.00 | (1.00) | - | - |
| VEHC | VEHC0000005 | 2004 Isuzu NPR | VEHC | Closed | 1.00 | (1.00) | - | - |
| VEHC | VEHC0000006 | 2004 Toyota Camry LE | VEHC | Closed | 1.00 | (1.00) | - | - |
| | | | | Total | 2,524,462.61 | (2,201,451.28) | - | 323,011.33 |

| Swiftships LLC | | | **EXHIBIT 6** | |
|---|---|---|---|---|
| **Vessel Held for Sale as of January 31, 2026** | | | | |
| | Book Value | | FMV | |
| Vessel Held for Sale - Risen Sun E | 12,903,463.00 | | 7,500,000.00 | |
| Total | $ 12,903,463.00 | | $ 7,500,000.00 | |

The UCD has expired.

## Vessel Information:

**Vessel Name:** RISEN SUN
**Primary Vessel Number:** 1255897 *(Official Number (U.S.))*
**Hull Identification Number:** N/A
**Manufacturer Hull Number:** 624
**IMO Number:** 9773105
**Vessel Flag:** UNITED STATES
**Vessel Call Sign:** N/A

## Vessel Particulars:

**Service:** Passenger (Inspected)
**Length:** 182.90 ft
**Breadth:** 34.00 ft
**Depth:** 14.60 ft
**Build Year:** 2017
**Alternate VINs:** N/A

## Service Information:

**Service Status:** Active
**Out Of Service Date:** N/A
**Last Removed From Service By:** N/A

## Tonnage Information:

**Cargo Authority:** N/A
**Tonnage:**

- 479 - Convention (Subpart B), Gross Ton
- 98 - Regulatory (Subpart C or D), Gross Ton
- 143 - Convention (Subpart B), Net Ton
- 66 - Regulatory (Subpart C or D), Net Ton

# EXHIBIT 7

### Unbilled AR as of January 31, 2026

| | | |
|---|---:|---|
| Bahrain Navy | 775,927.68 | Project Hull 613~614 |
| FMS(696-701)-Egyptian Nany 28M Coastal Patrol Craft (CPC) Production Kit | 27,353.08 | Project FMS 696~701 |
| Defense Innv Unit - Expeditionary Littoral Craft (ELC) | 2,614,213.73 | Project Hull DIU10002 |
| US Navy Assistant Commandant for Acquisitions (CG-9) | 68,985.42 | |
| Egypt Navy | 1,257,200.48 | Project  641~642 |
| Pakistan Navy (PNGB) | 63,313.53 | |
| **Total** | **4,806,993.92** | |

# EXHIBIT 8

| Swiftships LLC | |
|---|---|
| Deferred Revenue as of January 31, 2026 | |
| Name of the Customer | Amount |
| Hull 649 | 844,707.44 |
| L3Harris Technologies, Inc in Sep 2025 | 2,200,000.00 |
| Egypt - DCS | 835,659.37 |
| Total $ | 3,880,366.81 |