IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re: | Case No. 26-50237 |
| SWIFTSHIPS, LLC,[1] | Chapter 11 |
| *Debtor-in-Possession*. | |

## DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE

**NOW INTO COURT**, through undersigned counsel, comes Swiftships, LLC (the "Debtor"), who files this response to the *Order To Show Cause Why Case Should Not Be Dismissed For Failure to File Required Documents* (the "Order to Show Cause"). (ECF No. 32) In response, the Debtor submits:

1.      The Order to Show Cause provides, among other things, "unless excused by order of the court all petitions filed by an ***individual debtor*** must include copies of (a) picture identification card, (b) the debtor's social security card […] ."[2] The Order to Show Cause also states that the Debtor has failed to provide a "Picture ID" in accordance with Local Rule 1002-1(c).

2.      Local Rule 1002-1 relates to the commencing of a bankruptcy case an has three subsection. Section (a) is captioned "Individual Filers" and refers to "individuals." Indeed, subsection (a) prohibits corporations, partnerships, and trusts for appearing in court without counsel. Subjection (b) is captioned "Responsibility of Pro Se Individuals" and relates to pro se individual filers.

---

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.
[2] Emphasis added.

3. Lastly, subsection (c) is captioned "Identification and Social Security Card." Local Rule 1002-1(c) provides, "Unless excused by order of the court, all petitions filed by an *individual debtor* shall include copies of (1) picture identification card and (2) the debtor's social security card."[3]

4. Local Rule 1002-1 is not applicable to the Debtor because it is a Louisiana limited liability company, not an individual. The Debtor has neither photo identification nor a social security card because it is a juridical entity under Louisiana law.

5. Accordingly, the Debtor submits that the Order to Show Cause should be recalled, denied, and/or withdrawn because Local Rule 1002-1 is not applicable to the Debtor—a Louisiana limited liability company.

Submitted by:

*/s/ Ryan J. Richmond*
**STERNBERG, NACCARI & WHITE, LLC**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Telephone: (225) 412-3667
Facsimile: (225) 286-3046
Email: ryan@snw.law

*Attorneys for Swiftships, LLC*

---

[3] Emphasis added.