# United States Bankruptcy Court
## Western District of Louisiana

**Judge:**  John W. Kolwe

---

**IN RE:**  Swiftships, LLC
     Debtor(s)

**Chapter:** 11
**Case Number:**  26−50237

---

### NOTICE OF DEFICIENCY

Attention Filers:

In order for this case to be administered, it is required by the Bankruptcy Code and necessary that the document(s) listed below be filed.

**Amended Matrix**

Date: April 24, 2026

**Edward A. Takara**
Clerk of Bankruptcy Court

By: **Charles Broussard**
   Deputy Clerk