# Exhibit "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

IN RE:                                                    CASE NO.: 26-50237

SWIFTSHIPS, LLC[1]                                        CHAPTER 11

　　　Debtor.

**DECLARATION OF KEVIN HAYES IN SUPPORT OF MOTION OF SUPREME**
**INTEGRATED TECHNOLOGY, INC. FOR STAY RELIEF AND RELATED RELIEF**

I, Kevin Hayes, declare as follows:

1. I am the President of Supreme Integrated Technology, Inc. ("SIT"). I have personal knowledge of the matters stated herein or have reviewed SIT's business records maintained in the ordinary course of business. If called to testify, I could and would testify competently to the matters set forth below.

2. SIT was issued purchase orders by Swiftships, LLC in connection with the LCU 1700 program, which refers to Swiftships, LLC's program for the construction of LCU 1700 boats 1 through 7 under Contract No. N00024-18-C-2401, including Purchase Order Nos. 5346/0016401-1, 5346-A/0016402-1, 5346-B/0016754-1, 5346-C/0016755-1, 5346-D/0016756-1, and 5346-E/0016757-1, together with related change orders.

3. The total contract value of the purchase orders and change orders was $7,362,539.00.[2]

4. SIT invoiced Swiftships $6,699,134.00 for work performed, services provided, and materials and equipment purchased or assembled in connection with the purchase orders.

---

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

[2] The figures set forth herein reflect a reconciliation of SIT's records and supersede the aggregate amounts referenced in prior correspondence. The reconciliation identified a previously omitted invoice associated with the Bow Ramp Re-design change order. Because the change order was both invoiced and paid in full, inclusion of that invoice adjusts only the reported gross contract, invoicing, and payment totals and does not affect the outstanding balance owed by the Debtor. SIT's unpaid invoice balance therefore remains $1,127,899.00.

5. Swiftships paid SIT $5,571,235.00, leaving an unpaid invoice balance of $1,127,899.00.

6. SIT has incurred and continues to incur storage charges for materials and equipment held in connection with the purchase orders. SIT previously calculated storage charges at $148,000.00 through September 2025, based on $4,500.00 per month. Storage charges continue to accrue.

7. SIT remains in possession of certain materials and equipment related to the purchase orders, including winches, manufactured materials, raw materials, and other items.

8. Attached to this Declaration as **Exhibit 1** is a true and correct copy of SIT's status summary identifying materials and equipment purchased, assembled, manufactured, delivered, stored, and/or otherwise addressed in connection with the purchase orders, including the Subject Winches.

9. SIT currently possesses ten (10) winches consisting of Bow Ramp Electric Winches (5346-7000) and Stern Anchor Winches (5346-7100) (collectively, the "Subject Winches"). The Subject Winches are among the materials and equipment identified in Exhibit 1 that remain in SIT's possession. The remaining materials and equipment identified in Exhibit 1 also remain in SIT's possession.

10. SIT has a present third-party client interested in acquiring or using the Subject Winches for another active project.

11. Based on SIT's current business needs and communications with Swiftships, delay in obtaining authority to sell, use, redeploy, or otherwise dispose of the Subject Winches may result in loss of that opportunity.

2

12. SIT has requested direction from the Debtor and/or Debtor's counsel regarding the disposition, removal, inspection, preservation, use, sale, abandonment, or other treatment of the materials and equipment in SIT's possession.

13. On September 18, 2025, SIT provided the Debtor with a written response identifying the amounts owed, the storage charges, and the materials and equipment remaining in SIT's possession. SIT also requested direction regarding the disposition, delivery, destruction, use, reuse, resale, or disposal of the materials and equipment in its possession. SIT thereafter continued to communicate with the Debtor and/or the Debtor's counsel regarding the outstanding balance, ongoing storage obligations, and disposition of the materials and equipment, including correspondence dated May 1, 2026.

14. To date, SIT has not received meaningful instruction from the Debtor, nor has the Debtor proposed a disposition protocol, removed the materials and equipment, provided proof of insurance, or agreed to pay ongoing storage and preservation costs.

15. SIT is willing to maintain records regarding any sale, use, redeployment, or other disposition of the Subject Winches and to account for, hold, or escrow the value or proceeds subject to further agreement of the parties or order of the Court.

16. Continued storage of the materials and equipment imposes ongoing costs on SIT and prevents SIT from mitigating damages with respect to the Subject Winches. The cost to store the Subject Winches and other related equipment and materials is $4,500 a month.

I declare under penalty of perjury under the laws of the United States of America that the above and foregoing is true and correct.

3

Executed on this the 9th day of June 2026.


_/s/ Kevin Hayes_
Kevin Hayes
President
Supreme Integrated Technology, Inc.

4

# Exhibit "1"

## EXHIBIT A
## WINCHES DELIVERED

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Bow Ramp Electric Winch (5346-7000) | 5346/0016401-1 | Winches Delivered | Y |
| Stern Anchor Winch (5346-7100) | 5346/0016401-1 | Winches Delivered | Y |

# EXHIBIT A
## WINCHES DELIVERED

| Equipment Deliverable | Project/PO | Status | Reusable? | |
|---|---|---|---|---|
| Mast Cylinder (5346-2100) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Stern Gate Cylinders (5346-2200) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| A-Frame Cylinders (5346-2400) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| HPU Reservoir (5346-3000) | 5346/0016401-1 | Material Delivered Assembled | N | |
| Diesel Engine/Pump Assembly (5346-3200) | 5346/0016401-1 | Material Delivered Assembled | N | |
| Bow Ramp Assembly (5346-4000) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Stern Access Gate Assembly (5346-5000) | 5346/0016401-1 | Material Delivered Assembled | N | |
| A-Frame Assembly (5346-6000) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346/0016401-1 | Material Delivered Assembled | Y | |
| Mast Cylinder (5346-2100) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| Stern Gate Cylinders (5346-2200) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| A-Frame Cylinders (5346-2400) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| Stern Access Gate Assembly (5346-5000) | 5346-A/0016402-1 | Material Delivered Assembled | N | |
| A-Frame Assembly (5346-6000) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346-A/0016402-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346-B/0016754-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346-C/0016755-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346-D/0016756-1 | Material Delivered Assembled | Y | |
| Bow Ramp Winch Turn Sheave (5346-7040) | 5346-E/0016757-1 | Material Delivered Assembled | Y | |

**EXHIBIT A**
**WINCHES DELIVERED**

| Equipment Deliverable | Project/PO | Status | Reusable? | |
|---|---|---|---|---|
| Bow Ramp Electric Winch (5346-7000) | 5346-A/0016402-1 | Winches Not Delivered | Y | |
| Stern Anchor Winch (5346-7100) | 5346-A/0016402-1 | Winches Not Delivered | Y | |
| Bow Ramp Electric Winch (5346-7000) | 5346-B/0016754-1 | Winches Not Delivered | Y | |
| Stern Anchor Winch (5346-7100) | 5346-B/0016754-1 | Winches Not Delivered | Y | |
| Bow Ramp Electric Winch (5346-7000) | 5346-C/0016755-1 | Winches Not Delivered | Y | |
| Stern Anchor Winch (5346-7100) | 5346-C/0016755-1 | Winches Not Delivered | Y | |
| Bow Ramp Electric Winch (5346-7000) | 5346-D/0016756-1 | Winches Not Delivered | Y | |
| Stern Anchor Winch (5346-7100) | 5346-D/0016756-1 | Winches Not Delivered | Y | |

**EXHIBIT A**
**WINCHES DELIVERED**

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Consolidated Winch Manifold (5346-2000) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Heat Exchanger Assembly (5346-3300) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Wire Rope | 5346/0016401-1 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch Wire Rope | 5346/0016401-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346/0016401-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346/0016401-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346/0016401-1 | Manufactured Material Not Delivered | N |
| Consolidated Winch Manifold (5346-2000) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| HPU Reservoir (5346-3000) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Heat Exchanger Assembly (5346-3300) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Wire Rope | 5346-A/0016402-2 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch Wire Rope | 5346-A/0016402-2 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346-A/0016402-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346-A/0016402-1 | Manufactured Material Not Delivered | N |
| Mast Cylinder (5346-2100) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Stern Gate Cylinders (5346-2200) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| A-Frame Cylinders (5346-2400) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Stern Access Gate Assembly (5346-5000) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| A-Frame Assembly (5346-6000) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Wire Rope | 5346-B/0016754-2 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |

**EXHIBIT A**
**WINCHES DELIVERED**

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch Wire Rope | 5346-B/0016754-2 | Manufactured Material Not Delivered | Y |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346-B/0016754-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346-B/0016754-1 | Manufactured Material Not Delivered | N |
| Mast Cylinder (5346-2100) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Stern Gate Cylinders (5346-2200) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| A-Frame Cylinders (5346-2400) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Stern Access Gate Assembly (5346-5000) | 5346-C/0016755-1 | Manufactured Material Not Delivered | N |
| A-Frame Assembly (5346-6000) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346-C/0016755-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Wire Rope | 5346-C/0016755-2 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |

**EXHIBIT A**
**WINCHES DELIVERED**

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Stern Anchor Winch Wire Rope | 5346-C/0016755-2 | Manufactured Material Not Delivered | Y |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346-C/0016755-1 | Manufactured Material Not Delivered | N |
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346-C/0016755-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346-C/0016755-1 | Manufactured Material Not Delivered | Y |
| Mast Cylinder (5346-2100) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Stern Gate Cylinders (5346-2200) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| A-Frame Cylinders (5346-2400) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Stern Access Gate Assembly (5346-5000) | 5346-D/0016756-1 | Manufactured Material Not Delivered | N |
| A-Frame Assembly (5346-6000) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346-D/0016756-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Wire Rope | 5346-D/0016756-2 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch Wire Rope | 5346-D/0016756-2 | Manufactured Material Not Delivered | Y |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346-D/0016756-1 | Manufactured Material Not Delivered | N |

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346-D/0016756-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346-D/0016756-1 | Manufactured Material Not Delivered | Y |
| Mast Cylinder (5346-2100) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Gate Cylinders (5346-2200) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| A-Frame Cylinders (5346-2400) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Access Gate Assembly (5346-5000) | 5346-E/0016757-1 | Manufactured Material Not Delivered | N |
| A-Frame Assembly (5346-6000) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Electric Winch (5346-7000) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Sheave (5346-7010) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper (5346-7020) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Chain Stopper Pin (5346-7030) | 5346-E/0016757-1 | Manufactured Material Not Delivered | N |
| Bow Ramp Winch Vertical Turn Sheave PORT (5346-7050) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Vertical Turn Sheave STBD (5346-7060) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Winch Wire Rope | 5346-E/0016757-2 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch (5346-7100) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave (5346-7110) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Horizontal Deck Sheave w/ Load Cell and Encoder (5346-7115) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Winch Vertical Deck Sheave (5346-7120) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Stern Anchor Winch Wire Rope | 5346-E/0016757-2 | Manufactured Material Not Delivered | Y |
| Turning Sheave/Fairlead Assembly (5346-7130) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Bow Ramp Chain Assembly (5346-7500) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |
| Port Chain Dogging Locking Mechanism (5346-7600) | 5346-E/0016757-1 | Manufactured Material Not Delivered | N |
| Stbd Chain Dogging Locking Mechanism (5346-7650) | 5346-E/0016757-1 | Manufactured Material Not Delivered | N |
| Chain Dogging Locking Mechanism LPU (5346-7655) | 5346-E/0016757-1 | Manufactured Material Not Delivered | Y |

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| PVG Panel (5346-3100) | 5346/0016401-1 | Raw Material Not Delivered | N |
| Motor Starter & J-Box (5346-8240; -8400) | 5346/0016401-1 | Raw Material Not Delivered | N |
| PVG Panel (5346-3100) | 5346-A/0016402-1 | Raw Material Not Delivered | N |
| Diesel Engine/Pump Assembly (5346-3200) | 5346-A/0016402-1 | Raw Material Not Delivered | N |
| Bow Ramp Assembly (5346-4000) | 5346-A/0016402-1 | Raw Material Not Delivered | Y |
| Motor Starter & J-Box (5346-8240; -8400) | 5346-A/0016402-1 | Raw Material Not Delivered | N |
| Consolidated Winch Manifold (5346-2000) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| HPU Reservoir (5346-3000) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| PVG Panel (5346-3100) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| Diesel Engine/Pump Assembly (5346-3200) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| Heat Exchanger Assembly (5346-3300) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| Bow Ramp Assembly (5346-4000) | 5346-B/0016754-1 | Raw Material Not Delivered | Y |
| Motor Starter & J-Box (5346-8240; -8400) | 5346-B/0016754-1 | Raw Material Not Delivered | N |
| Consolidated Winch Manifold (5346-2000) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| HPU Reservoir (5346-3000) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| PVG Panel (5346-3100) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Diesel Engine/Pump Assembly (5346-3200) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Heat Exchanger Assembly (5346-3300) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Bow Ramp Assembly (5346-4000) | 5346-C/0016755-1 | Raw Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Motor Starter & J-Box (5346-8240; -8400) | 5346-C/0016755-1 | Raw Material Not Delivered | N |
| Consolidated Winch Manifold (5346-2000) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| HPU Reservoir (5346-3000) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| PVG Panel (5346-3100) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Diesel Engine/Pump Assembly (5346-3200) | 5346-D/0016756-1 | Raw Material Not Delivered | N |

| Equipment Deliverable | Project/PO | Status | Reusable? |
|---|---|---|---|
| Heat Exchanger Assembly (5346-3300) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Bow Ramp Assembly (5346-4000) | 5346-D/0016756-1 | Raw Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Motor Starter & J-Box (5346-8240; -8400) | 5346-D/0016756-1 | Raw Material Not Delivered | N |
| Consolidated Winch Manifold (5346-2000) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Consolidated Cylinder Manifold (5346-2001) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| HPU Reservoir (5346-3000) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| PVG Panel (5346-3100) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Diesel Engine/Pump Assembly (5346-3200) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Heat Exchanger Assembly (5346-3300) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Bow Ramp Assembly (5346-4000) | 5346-E/0016757-1 | Raw Material Not Delivered | Y |
| Bow Ramp and Stern Gate Drop-In Panel (5346-8200) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Bow Ramp Remote Control Enclosure (5346-8220) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Winch Room Junction Box (5346-8240) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Remote Control Console (5346-8280) | 5346-E/0016757-1 | Raw Material Not Delivered | N |
| Motor Starter & J-Box (5346-8240; -8400) | 5346-E/0016757-1 | Raw Material Not Delivered | N |

**EXHIBIT A**

**WINCHES DELIVERED**

| Equipment Deliverable | Project/PO | Status | Reusable? | |
|---|---|---|---|---|
| Bow Ramp Assembly (5346-4000) | 5346-A/0016402-1 | Scrapped Material | N | |
| Stern Access Gate Assembly (5346-5000) | 5346-B/0016754-1 | Scrapped Material | N | |
| Stern Access Gate Assembly (5346-5000) | 5346-C/0016755-1 | Scrapped Material | N | |
| Stern Access Gate Assembly (5346-5000) | 5346-D/0016756-1 | Scrapped Material | N | |
| Stern Access Gate Assembly (5346-5000) | 5346-E/0016757-1 | Scrapped Material | N | |