**CHAPTER 11 PROCEEDING MEMO AND MINUTES OF § 341 MEETING**

**DATE:**      **May 21 , 2026**             at **Telephonically**
**IN RE:**
**Debtor(s):**     **Swiftships, LLC**            **Case No. 26-50237**

**1. Attorney for debtor(s) has (x) has not () filed fee disclosure statement pursuant to 11 U.S.C. § 329 and Rule 2016, Federal Rules of Bankruptcy Procedure**

**2. Appearances:**

     **(x) Debtor:**               **Swiftships, LLC**
     **(x) Debtor's Representative**      **Shahraze Shah manager of the Debtor**
                                   **Omer Saeed officer of an affiliate company**
                                   **Sadia Iqbal officer of an affiliate company**
                                   **Mike Poel officer of an affiliate company**
     **(x) Attorney for Debtor:**       **Ryan J. Richmond**
     **(x) Creditors:**               **Patrick M. Shelby for UCC**

**3. Debtor(s) examined under oath or affirmation by:**
     **( ) Attorney for Debtor(s)    (x) UST Designee     ( ) Creditors   ( ) Others**

**4. Debtor(s) required to provide no later than June 21, 2026:**

- Proof of workers' compensation and employers' liability policy (existing expires on June 28, 2026);
- Proof of vessel pollution liability policy (the additional remarks schedule on the certificate furnished to the U.S. Trustee shows an expired timeline of "12/8/202- to 12/8/2025");
- Signature cards and a copy of voided check for a DIP account;
- Six-month cashflow projections which reflect bankruptcy realities;
- Balance sheet and profit and loss statement, which matches the representations in the Schedules and SOFA;
- Amend Schedule G to disclose defense logistics contracts, which continue generating income;

**5. Fifth amendment ( ) was (x) was not invoked.**

**6. Meeting adjourned (x) yes ( ) no.**

**7. Additional notes and comments**:   Motion to approve insider compensation in the form of life insurance premium payments has not been filed yet. The Debtor is delinquent in filing March and April 2026 MORs.

**(Proceeding recorded)**
**Tape #\_\_\_\_, Side\_\_\_\_**                   **\_\_\_\_/s/Anna Haugen_____**
**Counter #_____**               **Presiding Officer, U.S. Trustee**