# Exhibit 1



A-    A    A+

## Entity Information

### Entity Information

| | |
|---|---|
| Entity Name: | ICS NETT, INC. |
| Entity Type: | Stock Corporation |
| Series LLC: | N/A |
| Formation Date: | 12/18/2003 |
| VA Qualification Date: | 12/18/2003 |
| Industry Code: | 0 - General |
| Jurisdiction: | VA |
| Registration Fee Due Date: | Not Required |

| | |
|---|---|
| Entity ID: | 06080220 |
| Entity Status: | **Active** |
| Reason for Status: | Active and In Good Standing |
| Status Date: | 02/19/2021 |
| Period of Duration: | Perpetual |
| Annual Report Due Date: | N/A |
| Charter Fee: | $50.00 |

### Registered Agent Information

| | |
|---|---|
| RA Type: | Individual |
| RA Qualification: | Director of the Corporation |

| | |
|---|---|
| Locality: | Fairfax |

Privacy Policy    |    Contact Us

|  |  |
|---|---|
| Name: Sadia Iqbal | Registered Office Address: 4116 Walney Rd Ste D, Chantilly, VA, 20151 - 2948, USA |

## Principal Office Address

Address: 4116 Walney Rd Ste D,
Chantilly, VA, 20151 -
2948, USA

## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| President, Chief Executive Officer, Executive Director, Secretary | Yes | Shehraze Shah | 4116 Walney Rd Ste D, Chantilly, VA, 20151 - 2948, USA | 06/04/2026 |

## Current Shares

Total Shares: 10000

Filing History    RA History    Name History    Previous Registrations

Garnishment Designees    Image Request

( Back )  ( Return to Search )  ( Return to Results )

Back to Login