# UNITED STATES BANKRUPTCY COURT

Western   DISTRICT OF   Louisiana

Lafayette Division

In Re. Swiftships LLC  §  Case No.  26-50237
  §
_____  §
Debtor(s)  §

☐ Jointly Administered

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 05/31/2026          Petition Date: 03/18/2026

Months Pending: 2          Industry Classification: | 6 | 6 | 1 | 1 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):          20

Debtor's Full-Time Employees (as of date of order for relief):          20

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒   Statement of cash receipts and disbursements
☒   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

**/s/ Shehraze Shah**
_____
Signature of Responsible Party

06/22/2026
_____
Date

Shehraze Shah
_____
Printed Name of Responsible Party

1105 Levee Road Morgan City LA 70380
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Swiftships LLC    Case No. 26-50237

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $2,631,814 | |
| b. Total receipts (net of transfers between accounts) | $8,479 | $1,536,404 |
| c. Total disbursements (net of transfers between accounts) | $932,725 | $1,348,829 |
| d. Cash balance end of month (a+b-c) | $1,707,568 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $81,075 |
| f. Total disbursements for quarterly fee calculation (c+e) | $932,725 | $1,429,904 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $375,000 |
| c. Inventory    (Book ○    Market ○    Other ⊙    (attach explanation)) | $28,963,333 |
| d. Total current assets | $37,738,365 |
| e. Total assets | $53,485,031 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $4,960,157 |
| l. Prepetition priority debt | $219,678 |
| m. Prepetition unsecured debt | $52,107,546 |
| n. Total liabilities (debt) (j+k+l+m) | $57,287,382 |
| o. Ending equity/net worth (e-n) | $-3,802,351 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $131,369 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $446,540 | |
| c. Gross profit (a-b) | $-315,171 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $243,896 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $8,699 | |
| h. Interest | $75,311 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-643,077 | $-1,106,959 |

Debtor's Name  Swiftships LLC                                      Case No.  26-50237

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $250 | $0 | $250 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Office of The U.S. Trustee | Other | $0 | $250 | $0 | $250 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $8,044 | $22,842 |
| d. Postpetition employer payroll taxes paid | $13,164 | $22,841 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $5,500 | $13,129 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

### Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ●

c. Were any payments made to or on behalf of insiders? — Yes ○ No ●

d. Are you current on postpetition tax return filings? — Yes ● No ○

e. Are you current on postpetition estimated tax payments? — Yes ● No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ●

i. Do you have: Worker's compensation insurance? — Yes ● No ○

   If yes, are your premiums current? — Yes ○ No ● N/A ○ (if no, see Instructions)

   Casualty/property insurance? — Yes ● No ○

   If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)

   General liability insurance? — Yes ● No ○

   If yes, are your premiums current? — Yes ● No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ●

k. Has a disclosure statement been filed with the court? — Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ● No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---:|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯ No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯ No ◯ N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." See 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Shehraze Shah

Signature of Responsible Party

Manager

Title

Shehraze Shah

Printed Name of Responsible Party

06/29/2026

Date



PageOnePartOne

PageOnePartTwo



PageTwoPartOne

PageTwoPartTwo



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100



PageThree



PageFour

**Swiftships LLC (Debtors)**

Cash Receipts and Disbusrtment Report
From May 01 through May 31st

|  |  | Amount $ |
|---|---|---|
| Cash Balance available for use | $ | 1,131,814 |
| Resitricted Cash (Cash Margin against APG) | $ | 1,500,000 |
| **a. Cash balance (Begnining Balance)** | **$** | **2,631,814** |

**b. Total receipts (net of transfer between accounts)**

| Date | Party Name | Reason for Payment | Bank Name | Amount |
|---|---|---|---|---|
| 5/7/2026 | Misc. Randy Parcel | Deposit | PSB-0401 | 319.66 |
| 5/7/2026 | NBoE Interest on $1.5M Cash Margin | Interest Income | NBoE-5-010 | 988.75 |
| 5/8/2026 | Green Marine | Vendor Prepayment refund | PNC-8759 | 4,260.01 |
| 5/13/2026 | NBoE Interest on $1.5M Cash Margin | Interest Income | NBoE-5-010 | 982.92 |
| 5/15/2026 | PSB bank | Inter bank transfer | PSB-0401 | (35,000.00) |
| 5/15/2026 | PNC Bank | Inter bank transfer | PNC-6174 | 35,000.00 |
| 5/19/2026 | PSB bank | Inter bank transfer | PSB-0401 | (35,000.00) |
| 5/19/2026 | PNC Bank | Inter bank transfer | PNC-6174 | 35,000.00 |
| 5/20/2026 | NBoE Interest on $1.5M Cash Margin | Interest Income | NBoE-5-010 | 977.08 |
| 5/27/2026 | NBoE Interest on $1.5M Cash Margin | Interest Income | NBoE-5-010 | 950.83 |
|  |  |  | $ | 8,479 |

**c. Total disbursments (net of transfer between accounts)**

| Date | Party Name | Reason for Payment | Bank Name | Amount |
|---|---|---|---|---|
| 5/1/2026 | Nathanial K Merlock | Payroll | PSB-0401 | 787.75 |
| 5/1/2026 | WASHINGTON NATIONAL INSURANCE COM | Fringe Benefits / Insurance | PSB-0401 | 3,238.98 |
| 5/1/2026 | PSB Bank | Bank fee | PSB-0401 | 25.00 |
| 5/4/2026 | ADT SECURITY SER | Security charges | PSB-0401 | 273.57 |
| 5/4/2026 | IPFS | Insurance | PSB-0401 | 32,309.83 |
| 5/5/2026 | INGLEWOOD | Site Rent | PSB-0401 | 7,600.00 |
| 5/5/2026 | Sewart Supply | DIU Program vendor payment | PSB-0401 | 160,045.12 |
| 5/5/2026 | PSB Bank | OUTGOING WIRE FEE | PSB-0401 | 25.00 |
| 5/6/2026 | Sunrays International | Subcontractor charges | PSB-0401 | 210,844.59 |
| 5/6/2026 | USA Dep of Treasury | QUARTERLY FEE/PAYMENT | PSB-0401 | 250.00 |
| 5/6/2026 | PRINCIPAL LIFE | Fringe Benefits / 401K | PSB-0401 | 2,003.79 |
| 5/6/2026 | PRINCIPAL LIFE | Fringe Benefits / 401K | PSB-0401 | 2,052.22 |
| 5/6/2026 | Marsis Makine | PNGB Program vendor payment | PSB-0401 | 1,134.61 |
| 5/6/2026 | Sequence Tel | PNGB Program vendor payment | PSB-0401 | 1,200.00 |
| 5/6/2026 | Alfa Marine | PNGB Program vendor payment | PSB-0401 | 2,044.05 |
| 5/6/2026 | TRUE NORTH HORIZON LLC | DIU Program vendor payment | PSB-0401 | 71,335.00 |
| 5/6/2026 | PSB Bank | Bank fee | PSB-0401 | 25.00 |
| 5/6/2026 | PSB Bank | Wire fees | PSB-0401 | 75.00 |
| 5/6/2026 | PSB Bank | Wire fees | PSB-0401 | 75.00 |
| 5/6/2026 | PSB Bank | Wire fees | PSB-0401 | 75.00 |
| 5/8/2026 | Gage Geibel | Payroll Related Cost / Fringe Benefits | PSB-0401 | 1,016.18 |
| 5/8/2026 | ADP LLC | Payroll | PSB-0401 | 605.77 |
| 5/11/2026 | ADT SECURITY SER | Security charges | PSB-0401 | 83.45 |
| 5/11/2026 | DISH NETWORK | Utility | PSB-0401 | 132.12 |
| 5/12/2026 | Yanmar Mastry | DIU Program vendor payment | PSB-0401 | 172,921.80 |
| 5/12/2026 | PSB Bank | OUTGOING WIRE FEE | PSB-0401 | 25.00 |
| 5/14/2026 | CITY OF MORGAN CITY | Utility | PSB-0401 | 15,924.04 |
| 5/14/2026 | ADP LLC | Payroll | PSB-0401 | 62,472.44 |
| 5/14/2026 | PSB Bank | OUTGOING WIRE FEE | PSB-0401 | 25.00 |
| 5/14/2026 | PSB Bank | OUTGOING WIRE FEE | PSB-0401 | 25.00 |
| 5/15/2026 | Nathanial K Merlock | Payroll | PSB-0401 | 870.18 |
| 5/15/2026 | PEX HOLDING | Utility | PSB-0401 | 1,000.00 |
| 5/15/2026 | PSB Bank | Bank fee | PSB-0401 | 25.00 |
| 5/15/2026 | PSB Bank | Bank fee | PSB-0401 | 25.00 |
| 5/15/2026 | KRISTINA PASKEVICIUTE | Overseas Contract Employees | PNC-6174 | 8,000.00 |

| Date | Party Name | Reason | Account | Amount |
|---|---|---|---|---|
| 5/15/2026 | Araby Gamal Araby | Overseas Contract Employees | PNC-6174 | 5,800.00 |
| 5/15/2026 | Mohamed Bichoutar | Overseas Contract Employees | PNC-6174 | 5,000.00 |
| 5/15/2026 | KHURRAM SHAHZAD | Overseas Contract Employees | PNC-6174 | 5,000.00 |
| 5/15/2026 | Mohamed Rashad Reyad | Overseas Contract Employees | PNC-6174 | 1,500.00 |
| 5/15/2026 | Mohamed Ibrahim Mohame | Overseas Contract Employees | PNC-6174 | 1,700.00 |
| 5/15/2026 | Syed Hashim Rizvi | Overseas Contract Employees | PNC-6174 | 3,750.00 |
| 5/18/2026 | Cleco | Utility | PSB-0401 | 24.48 |
| 5/18/2026 | Cleco | Utility | PSB-0401 | 24.48 |
| 5/18/2026 | Cleco | Utility | PSB-0401 | 28.56 |
| 5/18/2026 | NYLIFE FINANCIAL | Fringe Benefits / Life Insurance | PSB-0401 | 400.00 |
| 5/19/2026 | NEELAN KAVIL JACOB | Overseas Contract Employees | PNC-6174 | 8,750.00 |
| 5/19/2026 | Omar Fathi Abbas | Overseas Contract Employees | PNC-6174 | 3,500.00 |
| 5/20/2026 | Araby Gamal Araby | Overseas Contract Employees | PNC-6174 | 1,800.00 |
| 5/20/2026 | Omar Fathi Abbas | Overseas Contract Employees | PNC-6174 | 3,500.00 |
| 5/20/2026 | Mohamed Ibrahim | Overseas Contract Employees | PNC-6174 | 1,700.00 |
| 5/20/2026 | Ahmed Yosry Saad | Overseas Contract Employees | PNC-6174 | 1,600.00 |
| 5/20/2026 | Mohamed Rashad Reyad | Overseas Contract Employees | PNC-6174 | 1,500.00 |
| 5/20/2026 | Mohamed Elsayed Mohame | Overseas Contract Employees | PNC-6174 | 2,500.00 |
| 5/20/2026 | Mohamed Rashad Mahmoud | Overseas Contract Employees | PNC-6174 | 2,400.00 |
| 5/20/2026 | Islam Mohamed Ahmed | Overseas Contract Employees | PNC-6174 | 2,400.00 |
| 5/21/2026 | Mohamed Elsayed Mohame | Overseas Contract Employees | PNC-6174 | 3,615.00 |
| 5/28/2026 | Patriot Crane Rentals | Utility | PNC-6174 | 3,416.00 |
| 5/20/2026 | AT&T | Phone utility charges | PSB-0401 | 3,204.23 |
| 5/20/2026 | CIGNA | Fringe Benefits / Medical Insurance | PSB-0401 | 25,651.16 |
| 5/21/2026 | PRINCIPAL LIFE | Fringe Benefits / 401K | PSB-0401 | 5,632.35 |
| 5/21/2026 | IPFS | Insurance | PSB-0401 | 15,718.12 |
| 5/22/2026 | Gage Geibel | Payroll | PSB-0401 | 843.89 |
| 5/22/2026 | Kenwood Primo | Utility | PSB-0401 | 2.00 |
| 5/22/2026 | American Intest | Worker Comp insurance | PSB-0401 | 4,618.00 |
| 5/22/2026 | INGLEWOOD | Site Rent | PSB-0401 | 7,600.00 |
| 5/28/2026 | NYLIFE FINANCIAL | Fringe Benefits / Life Insurance | PSB-0401 | 250.00 |
| 5/28/2026 | ADP LLC | Payroll | PSB-0401 | 50,626.00 |
| 5/28/2026 | PSB Bank | Bank fee | PSB-0401 | 25.00 |
| 5/22/2026 | NBoE Bank | Bank fee | NBoE-5-010 | 75.00 |

$ 932,725

**d. Cash balance end of month (a+b-c)**      $ 1,707,569

**e. Disburstments made by third party for the benefit of the state**

| Date | Party Name | Reason for Payment | Paid by | Amount |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

$ -

**f. Total Disburstments for Quaterly fee (c+e)**      $ 932,725

# SWIFTSHIPS, LLC

## IN HOUSE FINANCIAL STATEMENTS

MAY 31st , 2026

# SWIFTSHIPS, LLC

**Balance Sheet**

| As on May 31st | A | B | C = A - B |
|---|---|---|---|
| | Inhouse Balance Sheet | Prepayment / Deffered Rev. | Off Sett Balance Sheet |
| | **May-26** | **May-26** | **May-26** |
| **Assets** | | 0 | |
| **Current Assets** | | | |
| Cash and Cash Equivalents | 201,535 | - | 201,535 |
| Cash Margin (Restricted) | 1,500,000 | - | 1,500,000 |
| Accounts Receivable | 375,000 | - | 375,000 |
| Unbilled | 3,776,819 | - | 3,776,819 |
| Prepaid Expenses and Other Current Assets | 36,430,721 | (33,509,044) | 2,921,677 |
| Inventory | 28,963,333 | | 28,963,333 |
| **Total Current Assets** | **71,247,409** | **(33,509,044)** | **37,738,365** |
| **Property and equipment, net** | **288,216** | **-** | **288,216** |
| **Other Assets** | | | |
| Due from Affiliates | 2,744,125 | - | 2,744,125 |
| Vessel Held for Sale | 12,621,437 | - | 12,621,437 |
| Deposits | 92,888 | - | 92,888 |
| | | - | |
| **Total Other Assets** | **15,458,450** | **-** | **15,458,450** |
| **Total Assets** | **86,994,075** | **(33,509,044)** | **53,485,031** |

# SWIFTSHIPS, LLC

**Balance Sheet**

| | *A* | *B* | *C = A - B* |
|---|---|---|---|
| | Inhouse Balance Sheet | Prepayment / Deffered Rev. | Off Sett Balance Sheet |
| **As on May 31st** | **May-26** | **May-26** | **May-26** |

## Liabilities and Member Equity (Deficit)

**Current Liabilities**

| | | | |
|---|---|---|---|
| Over Draft | - | - | - |
| Term Loan, Current Portion | 195,346 | - | 195,346 |
| Current Portion of Capital Lease Obligation | - | - | - |
| Accounts Payable and Accrued Expenses | 12,240,630 | - | 12,240,630 |
| Accrued Salaries and Related Liabilities | 1,273,792 | - | 1,273,792 |
| Deffered Revenue | 37,720,847 | (33,509,044) | 4,211,802 |
| **Total Current Liabilities** | **51,430,614** | **(33,509,044)** | **17,921,570** |

**Long Term Liabilities**

| | | | |
|---|---|---|---|
| Term Loan, Net of Current Portion | 3,523,675 | - | 3,523,675 |
| Capital Lease Obligation, net of Current Portion | - | - | - |
| Accrued Expenses | 1,200,000 | - | 1,200,000 |
| Loan payable, affiliate | 17,836,550 | - | 17,836,550 |
| Due to Affiliates | 16,805,587 | - | 16,805,587 |
| **Total Long Term Liabilities** | **39,365,812** | **-** | **39,365,812** |
| **Total Liabilities** | **90,796,426** | **(33,509,044)** | **57,287,382** |

**Commitments and Contingencies**

| | | | |
|---|---|---|---|
| Due from partner / stocpholder | **(3,841,745)** | **-** | **(3,841,745)** |
| Accumulated and members' deficit / Surplus | **39,394** | **-** | **39,394** |
| **Total Deficit / Surplus** | **(3,802,351)** | **-** | **(3,802,351)** |
| **Total Liabilities and Equity** | **86,994,075** | **(33,509,044)** | **53,485,031** |
| | - | - | - |

**Notes:**

1. Financial statements are being prepared on an accrual basis.

2. The prepayments and deferred revenue are being offset in the Monthly Operating Report to reflect the net economic exposure associated with the cancelled LCU 1700 program. The vendor prepayments were substantially funded through customer advances recorded as deferred revenue, and the related materials were never delivered.

Management believes presenting these balances on a gross basis would overstate both assets and liabilities without reflecting the underlying commercial substance. Any future vendor recoveries or customer settlements will be adjusted against the related deferred revenue or accounted for in accordance with the final settlement terms.

# SWIFTSHIPS, LLC
**Statement of Income**

| For the Month Ended May 31st | May-26 |
|---|---|
| **Revenue** | **$ 131,369** |
| **Direct Costs** | 446,540 |
| **Gross margin on revenue** | **(315,170)** |
| **Indirect Cost** | 243,896 |
| **Depreciation and amortization** | 8,699 |
| **(Loss) Income from Operations** | **(567,765)** |
| **Other (expenses)/ Income** | |
| Other Income / (Expenses) | - |
| Interest Income | 18,448 |
| Interest Expenses | (93,759) |
| **Total Other (expenses) / Income** | **(75,311)** |
| **Income (Loss) before provision (benefit)  for income Taxes** | **(643,077)** |
| **(Benefit) Provision for Income taxes** | **-** |
| **Net Income (Loss)** | **$ (643,077)** |

| | | Swiftships LLC | | | |
|---|---|---|---|---|---|

| | | Accounts Receivables as of May 31st, 2026 | | | |
|---|---|---|---|---|---|
| Name of the Customer | Amount | with in 0 - 30 days | with in 31-60 days | with in 61-90 days | Over 90 + days |
| Egypt Navy DCS Project | 375,000 | - | - | - | 375,000 |
| Total | $ 375,000 | $ - | $ - | $ - | $ 375,000 |

# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | NBoE-5010 | National Bank of Egypt 28m DCS | 5/31/2026 | 1405715010-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | Description | Counter | Amount |
|---|---|---|---|
| **Opening balance** | | | **$21,473.63** |
| | Transactions | 5 | 3,824.58 |
| **Cleared balance** | | | **$3,824.58** |
| **Register balance** | | | 25,298.21 |
| **Difference** | | | 0.00 |
| **Ending balance** | | | **$25,298.21** |

**Unreconciled bank transactions**

| | | | |
|---|---|---|---|
| **Register balance as of** | **6/16/2026** | | 25,298.21 |
| **Register balance** | | | 25,298.21 |

290526


S T A T E M E N T   O F   A C C O U N T

SWIFTSHIPS LLC
1105 LEVEE ROAD
MORGAN CITY, LA 70380

National Bank Of Egypt
New York Branch
825 Third Ave.
34th Floor
New York, NY 10022

DATE: MAY 29 2026

Account Type: Demand Deposit Account
Account No: ████████
Currency: US Dollar
Statement:   112    Page:    1

THIS DEPOSIT IS NOT INSURED BY THE FDIC.

| Date | Particulars | Debit | Credit | Balance |
|---|---|---|---|---|
| 30APR26 | Brought forward | | | 21,473.63 |
| 6MAY26 | Earnings MBD10092BJ | | 988.75 | 22,462.38 |
| 13MAY26 | Earnings MBD10092BK | | 982.92 | 23,445.30 |
| 20MAY26 | Earnings MBD10092BL | | 977.08 | 24,422.38 |
| 22MAY26 | Charges DDA SERVICE CHGS APRIL 2026 | 75.00 | | 24,347.38 |
| 27MAY26 | Earnings MBD10092BM | | 950.83 | 25,298.21 |
| 29MAY26 | Carried forward | | | 25,298.21 |

# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | PNC-6174 | Corporate Analysis Checking | 5/31/2026 | 5403546174-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | | Description | Counter | Amount |
|---|---|---|---|---|
| **Opening balance** | | | | **0.00** |
| | | Transactions | 39 | 2,569.00 |
| **Cleared balance** | | | | **$2,569.00** |
| **Register balance** | | | | **2,569.00** |
| **Difference** | | | | **0.00** |
| **Ending balance** | | | | **$2,569.00** |

**Unreconciled bank transactions**

| | | | | |
|---|---|---|---|---|
| **Register balance as of** | **6/17/2026** | | | **2,569.00** |
| **Register balance** | | | | **2,569.00** |

# Corporate Business Account Statement



**For the period  05/13/2026  to  05/29/2026**

SWIFTSHIPS LLC
DEBTOR-IN-POSSESSION
1105 LEVEE RD
MORGAN CITY LA 70380-1001

Number of enclosures:  0
Tax ID Number: XX-XXX8795
☎ For Client Services:
　Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
　500 1St Ave
　Locator P7-Pfsc-03-B
　Pittsburgh PA 15219-3128

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | .00 | 70,000.00 | 67,431.00 | 2,569.00 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 0 | .00 |
| Funds Transfers In | 2 | 70,000.00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 2 | 70,000.00 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 0 | .00 |
| Funds Transfers Out | 19 | 67,431.00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 0 | .00 |
| Total | 19 | 67,431.00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/13 | .00 | 05/19 | 27,000.00 | 05/21 | 5,985.00 |
| 05/15 | 4,250.00 | 05/20 | 9,600.00 | 05/28 | 2,569.00 |

## Deposits and Other Credits

**Funds Transfer In**　　　　　　　**2 transactions for a total of $70,000.00**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/15 | 35,000.00 | Domestic Incoming Wire 265Fh3317D44072M | W265FH3317D44072M |
| 05/19 | 35,000.00 | Domestic Incoming Wire 265JH3525Da93Kyo | W265JH3525DA93KYO |

# Corporate Business Account Statement

SWIFTSHIPS LLC
DEBTOR-IN-POSSESSION

## Checks and Other Debits

**Funds Transfers Out**                                    19 transactions for a total of $67,431.00

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 05/15 | 8,000.00 | Domestic Assist Wire Paskeviciute | Kristina | W265FL2713HU225K8 |
| 05/15 | 5,800.00 | Domestic Assist Wire | Araby Gamal Araby | W265FL2713B025AK5 |
| 05/15 | 5,000.00 | Domestic Assist Wire | Mohamed Bichoutar | W265FL2713MQ45DRX |
| 05/15 | 5,000.00 | Domestic Assist Wire | Khurram Shahzad | W265FL2713JW30YW7 |
| 05/15 | 1,500.00 | Domestic Assist Wire Reyad S | Mohamed Rashad | W265FL2713NK25AKB |
| 05/15 | 1,700.00 | Domestic Assist Wire Mohame | Mohamed Ibrahim | W265FL2713MZ42PRZ |
| 05/15 | 3,750.00 | Domestic Assist Wire | Syed Hashim Rizvi | W265FL2713AG42PRU |
| 05/19 | 8,750.00 | Domestic Assist Wire Joy | Neelan Kavil Jacob | W265JL1504PVA11MD |
| 05/19 | 3,500.00 | Domestic Assist Wire Hassa | Omar Fathi Abbas | W265JL1504838584Q |
| 05/20 | 1,800.00 | Domestic Assist Wire | Araby Gamal Araby | W265KJ30270R83G3Z |
| 05/20 | 3,500.00 | Domestic Assist Wire Hassa | Omar Fathi Abbas | W265KJ3027HO83G45 |
| 05/20 | 1,700.00 | Domestic Assist Wire Mohame | Mohamed Ibrahim | W265KJ30279E965FI |
| 05/20 | 1,600.00 | Domestic Assist Wire Moham | Ahmed Yosry Saad | W265KJ3027ESA51RI |
| 05/20 | 1,500.00 | Domestic Assist Wire Reyad S | Mohamed Rashad | W265KJ3027CF86M42 |
| 05/20 | 2,500.00 | Domestic Assist Wire Mohame | Mohamed Elsayed | W265FL2713KZ354W9 |
| 05/20 | 2,400.00 | Domestic Assist Wire Mahmoud | Mohamed Rashad | W265KJ3027J8A7LRL |
| 05/20 | 2,400.00 | Domestic Assist Wire Ahmed | Islam Mohamed | W265KJ30270XA7LRE |
| 05/21 | 3,615.00 | Domestic Assist Wire Mohame | Mohamed Elsayed | W265KJ302786945FG |
| 05/28 | 3,416.00 | Domestic Assist Wire Rentals | Patriot Crane | W265SH5928498566V |

# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | PNC-8759 | PNC Operating | 5/31/2026 | 5303618759-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | Description | Counter | Amount |
|---|---|---|---|
| **Opening balance** | | | **$16,806.80** |
| | Transactions | 1 | 4,260.01 |
| **Cleared balance** | | | **$4,260.01** |
| **Register balance** | | | **21,066.81** |
| **Difference** | | | **0.00** |
| **Ending balance** | | | **$21,066.81** |

**Unreconciled bank transactions**

| | | | |
|---|---|---|---|
| **Register balance as of** | **6/16/2026** | | 21,066.81 |
| **Register balance** | | | 21,066.81 |

# Corporate Business Account Statement

 PNC BANK

**For the period    05/01/2026  to  05/29/2026**

SWIFTSHIPS LLC CASE# 26-50237
DEBTOR IN POSSESSION
STE D
4116 WALNEY RD
CHANTILLY VA 20151-2948

Number of enclosures:    0
Tax ID Number: XX-XXX8795
☎ For Client Services:
   Call 1-800-669-1518

💻 Visit us at PNC.com/treasury

✉ Write to:  Treas Mgmt Client Care
   500 1St Ave
   Locator P7-Pfsc-03-B
   Pittsburgh PA 15219-3128

## Account Summary Information

### Balance Summary

| | Beginning balance | Deposits and other credits | Checks and other debits | Ending balance |
|---|---|---|---|---|
| | 16,806.80 | 4,260.01 | .00 | 21,066.81 |

### Deposits and Other Credits

| Description | Items | Amount |
|---|---|---|
| Deposits | 0 | .00 |
| National Lockbox | 0 | .00 |
| ACH Credits | 1 | 4,260.01 |
| Funds Transfers In | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Credits | 0 | .00 |
| Total | 1 | 4,260.01 |

### Checks and Other Debits

| Description | Items | Amount |
|---|---|---|
| Checks | 0 | .00 |
| Returned Items | 0 | .00 |
| ACH Debits | 0 | .00 |
| Funds Transfers Out | 0 | .00 |
| Trade Services | 0 | .00 |
| Investments | 0 | .00 |
| Zero Balance Transfers | 0 | .00 |
| Adjustments | 0 | .00 |
| Other Debits | 0 | .00 |
| Total | 0 | .00 |

### Ledger Balance

| Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|
| 05/01 | 16,806.80 | 05/08 | 21,066.81 |

## Deposits and Other Credits

### ACH Credits

**1 transaction for a total of $4,260.01**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/08 | 4,260.01 | ACH Credit Cons Pay Greenmarineindu | 00026127005628490 |

Member FDIC          🏠 Equal Housing Lender

# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | PSB-0401 | Patterson State Bank | 5/31/2026 | 222060401-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | | Description | Counter | Amount |
|---|---|---|---|---|
| **Opening balance** | | | | **$1,091,421.90** |
| | | Transactions | 52 | -934,899.10 |
| **Cleared balance** | | | | **$-934,899.10** |
| **Register balance** | | | | **156,522.80** |
| **Difference** | | | | **0.00** |
| **Ending balance** | | | | **$156,522.80** |

**Unreconciled bank transactions**

| | | Description | Counter | Amount |
|---|---|---|---|---|
| | | Transactions | 5 | -6,033.79 |
| **Register balance as of** | **6/16/2026** | | | **150,489.01** |
| **Register balance** | | | | **150,489.01** |



# patterson state bank

1130 Highway 90
Patterson, LA 70392

| | |
|---|---|
| Account Number | ████ 0401 |
| Statement Date | 05/29/2026 |
| *Statement Thru Date* | 05/31/2026 |
| Check/Items Enclosed | 5 |
| Page | 1 |

00007472 T3012DDA053026013335 01 000000000 0000000 004

SWIFTSHIPS LLC
PO BOX 2869
MORGAN CITY LA 70381-2869

## Customer Service Information

| | | |
|---|---|---|
| 📱 | Phone: | 985-395-6131 |
| ✉ | Mail To: | 1130 Highway 90 Patterson, LA 70392 |
| 🖱 | Visit Us Online: | www.pattersonstatebank.com |
| | Find Us On: | f 🐦 📷 |

---

## FREE BUSINESS

**Account Number:** ████ 0401

**Account Owner(s):** SWIFTSHIPS LLC

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/2026** | **$1,091,421.90** |
| + Deposits and Credits  (1) | $319.66 |
| - Withdrawals and Debits  (51) | $935,218.76 |
| **Ending Balance as of 05/31/2026** | **$156,522.80** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $444,804 |
| Minimum Balance for Period | $156,522 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| May 07 | DEPOSIT | 319.66 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| May 01 | BENE:WASHINGTON NATIONAL INSURANCE COMPA TRN:P202605010120099 | 3,238.98 |
| May 01 | OUTGOING WIRE FEE-P202605010120099 | 25.00 |
| May 04 | ADT SECURITY SER/ADTPAPACH SWIFT SHIPS | 273.57 |
| May 04 | IPFS/J2875 OOFF TRN*1*CZ10000RPKTDC\RMR*IK*IPFS INS PMT\ SHEHRAZE SHAH | 32,309.83 |
| May 05 | INGLEWOOD INV RE/RENT SWIFTSHIPS LLC | 7,600.00 |
| May 05 | BENE:SEWART SUPPLY LLC TRN:P202605050116234 | 160,045.12 |
| May 05 | OUTGOING WIRE FEE-P202605050116234 | 25.00 |
| May 06 | INTERNET TRANSFER TO CHECKING-1201 | 210,844.59 |
| May 06 | QUARTERLY FEE/PAYMENT SWIFTSHIPS LLC | 250.00 |
| May 06 | PRINCIPAL LIFE P/PLIC-PERIS SWIFTSHIPS LLC | 2,003.79 |
| May 06 | PRINCIPAL LIFE P/PLIC-PERIS SWIFTSHIPS LLC | 2,052.22 |
| May 06 | OUT WIRE INTL MARSIS MAKINE VE GEMI SAN | 1,134.61 |
| May 06 | OUTGOING WIRE INTL SEQUENCE TEL PTY LTD | 1,200.00 |
| May 06 | OUT WIRE INTL ALFA MARINE ELECTRONICS | 2,044.05 |
| May 06 | BENE:TRUE NORTH HORIZON LLC TRN:P202605060075617 | 71,335.00 |
| May 06 | OUTGOING WIRE FEE-P202605060075617 | 25.00 |



DIRECT INQUIRIES TO:
CUSTOMER SERVICES
PATTERSON STATE BANK
1130 HWY. 90
PATTERSON, LA.
www.pattersonstatebank.com

PHONE: (985) 395-6131



# Checkbook Reconciliation Worksheet

**① List Checks Outstanding**
(Checks or withdrawals not shown on this or previous statements)

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Subtotal**<br>(Enter here and on line 5) | | |

**② Enter Ending Balance**
(as shown on this statement)   $ _____

**③ List Recent Deposits**
(deposits not shown on this statement)   _____

_____

_____

**④ Subtotal**
(add recent deposits to ending balance)   _____

**⑤ Enter Subtotal of Checks Outstanding**
(from list at left)   _____

**⑥ Balance**
(line 4 minus line 5)   $ _____

This balance should agree with your checkbook balance after deducting charges and adding credits included on this statement but not shown in your checkbook.

**⑦ Enter Adjusted Balance From Your Checkbook**   $ _____

**⑧ Test Balance**
(subtract line 7 from line 6)   _____

IF TEST BALANCE DOES NOT EQUAL ZERO (0), RECHECK FIGURES BEFORE CONTACTING BANK.

**This notice is applicable for consumer deposit accounts established primarily for personal, family, or household purposes.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at 985-395-6131 or write us at:

Patterson State Bank
1130 Highway 90
Patterson, LA 70392

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

Give us the following information:

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it to be an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions:**

Contact Patterson State Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify Patterson State Bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Deposit Account Agreement or other applicable account agreement that governs your account.

Please examine this statement promptly and immediately advise PATTERSON STATE BANK of any errors. If no error is reported within sixty days this statement will be considered correct.



## DEBITS AND OTHER WITHDRAWALS (Continued)

| Date | Description | Withdrawals |
|---|---|---|
| May 06 | INTERNATIONAL OUTGOING WIRE FEE | 75.00 |
| May 06 | INTERNATIONAL OUTGOING WIRE FEE | 75.00 |
| May 06 | INTERNATIONAL OUTGOING WIRE FEE | 75.00 |
| May 08 | ADP PAYROLL FEES/ADP FEES 719743642ICS-NETT | 605.77 |
| May 11 | ADT SECURITY SER/ADTPAPACH SWIFT SHIPS | 83.45 |
| May 11 | DISH NETWORK 003/EFTPAYMENT SWIFTSHIPS SHIPBUILDER | 132.12 |
| May 12 | BENE:YANMAR MASTRY ENGINE CENTER LLC TRN:P202605120062931 | 172,921.80 |
| May 12 | OUTGOING WIRE FEE-P202605120062931 | 25.00 |
| May 14 | BENE:CITY OF MORGAN CITY TRN:P202605140076879 | 15,924.04 |
| May 14 | BENE:ADP LLC TRN:P202605140076878 | 62,472.44 |
| May 14 | OUTGOING WIRE FEE-P202605140076879 | 25.00 |
| May 14 | OUTGOING WIRE FEE-P202605140076878 | 25.00 |
| May 15 | BENE:PEX HOLDING ACCOUNT TRN:P202605150108163 | 1,000.00 |
| May 15 | BENE:SWIFTSHIPS LLC TRN:P202605150108165 | 35,000.00 |
| May 15 | OUTGOING WIRE FEE-P202605150108165 | 25.00 |
| May 15 | OUTGOING WIRE FEE-P202605150108163 | 25.00 |
| May 18 | CLECOPOWER/BILLPAY SWIFTSHIPS SHIP BUILD | 24.48 |
| May 18 | CLECOPOWER/BILLPAY SWIFTSHIPS SHIP BUILD | 24.48 |
| May 18 | CLECOPOWER/BILLPAY SWIFTSHIPS SHIP BUILD | 28.56 |
| May 18 | NYLIFE FINANCIAL/INSPAYMENT SHEHRAZE SHAH | 400.00 |
| May 19 | BENE:SWIFTSHIPS LLC TRN:P202605190053852 | 35,000.00 |
| May 20 | ATT/PAYMENT 394154003GLB2S PATTERSON STATE BANK | 3,204.23 |
| May 20 | CIGNA EDGE TRANS/COLLECTION SWIFTSHIPS LLC | 25,651.16 |
| May 21 | PRINCIPAL TRUST/DR CR NA | 5,632.35 |
| May 21 | IPFS800-247-6129/IPFSPMTTXH SWIFTSHIPS LLC | 15,718.12 |
| May 22 | PRIMO BRANDS/ECHECKPAY SHELBY LAMBERT | 2.00 |
| May 22 | AMERICAN INTERST/INS PREM SWIFTSHIPS, LLC | 4,618.00 |
| May 22 | INGLEWOOD INV RE/RENT SWIFTSHIPS LLC | 7,600.00 |
| May 28 | NYLIFE FINANCIAL/INSPAYMENT SWIFTSHIPS LLC | 250.00 |
| May 28 | BENE:ADP LLC TRN:P202605280075401 | 50,626.00 |
| May 28 | OUTGOING WIRE FEE-P202605280075401 | 25.00 |

## CHECKS PAID
*Indicates a Skip in Check Number(s)*

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| May 01 | 31161 | 787.75 | May 15 | 31163 | 870.18 | May 22 | 31164 | 843.89 |
| May 08 | 31162 | 1,016.18 | | | | | | |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $704.00 |
| Total Returned Item Fees | $0.00 | $928.00 |



## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| May 01 | 1,087,370.17 | May 11 | 594,484.53 | May 19 | 270,693.55 |
| May 04 | 1,054,786.77 | May 12 | 421,537.73 | May 20 | 241,838.16 |
| May 05 | 887,116.65 | May 14 | 343,091.25 | May 21 | 220,487.69 |
| May 06 | 596,002.39 | May 15 | 306,171.07 | May 22 | 207,423.80 |
| May 07 | 596,322.05 | May 18 | 305,693.55 | May 28 | 156,522.80 |
| May 08 | 594,700.10 | | | | |



## patterson state bank

| Account Number | ████0401 |
|---|---|
| Statement Date | 05/29/2026 |
| Statement Thru Date | 05/31/2026 |
| Page | 3 |

# CHECK IMAGES



| | |
|---|---|
| 05/07/2026 | $319.66 |



| | | |
|---|---|---|
| 05/01/2026 | Check 31161 | $787.75 |



| | | |
|---|---|---|
| 05/08/2026 | Check 31162 | $1,016.18 |



| | | |
|---|---|---|
| 05/15/2026 | Check 31163 | $870.18 |



| | | |
|---|---|---|
| 05/22/2026 | Check 31164 | $843.89 |



# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | PSB-0901 | Patterson State Bank 28m CDA | 5/31/2026 | 0222090901-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | Description | Counter | Amount |
|---|---|---|---|
| **Opening balance** | | | **$2,010.77** |
| **Cleared balance** | | | **0.00** |
| **Register balance** | | | **2,010.77** |
| **Difference** | | | **0.00** |
| **Ending balance** | | | **$2,010.77** |

**Unreconciled bank transactions**

| | | | |
|---|---|---|---|
| **Register balance as of** | **6/16/2026** | | **2,010.77** |
| **Register balance** | | | **2,010.77** |



# patterson state bank

1130 Highway 90
Patterson, LA 70392

| | |
|---|---|
| Account Number | ■■■0901 |
| Statement Date | 05/29/2026 |
| *Statement Thru Date* | 05/31/2026 |
| Check/Items Enclosed | 0 |
| Page | 1 |

00003340 T3012DDA053026013335 01 000000000 0000000 002

SWIFTSHIPS LLC
28M CONTROL ACCT, NAVAL SEA SYSTEM
COMMAND AND SPECIAL ACCOUNT
PO BOX 2869
MORGAN CITY LA 70381-2869

## Customer Service Information

| | | |
|---|---|---|
| 📱 | Phone: | 985-395-6131 |
| ✉ | Mail To: | 1130 Highway 90 Patterson, LA 70392 |
| 🖱 | Visit Us Online: | www.pattersonstatebank.com |
| | Find Us On: | f 🐦 📷 |

## FREE BUSINESS

**Account Number:** ■■■0901

**Account Owner(s):** **SWIFTSHIPS LLC**
**28M CONTROL ACCT, NAVAL SEA SYSTEM**
**COMMAND AND SPECIAL ACCOUNT**

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/2026** | **$2,010.77** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 05/31/2026** | **$2,010.77** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $2,010 |
| Minimum Balance for Period | $2,010 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



PHONE: (985) 395-6131

DIRECT INQUIRIES TO:
CUSTOMER SERVICES
PATTERSON STATE BANK
1130 HWY. 90
PATTERSON, LA.
www.pattersonstatebank.com


**FDIC**

# Checkbook Reconciliation Worksheet

**① List Checks Outstanding**
(Checks or withdrawals not shown on this or previous statements)

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Subtotal** (Enter here and on line 5) | | |

**② Enter Ending Balance**
(as shown on this statement)  $ _____

**③ List Recent Deposits**
(deposits not shown on this statement)
_____
_____
_____

**④ Subtotal**
(add recent deposits to ending balance)  _____

**⑤ Enter Subtotal of Checks Outstanding**
(from list at left)  _____

**⑥ Balance**
(line 4 minus line 5)  $ _____

This balance should agree with your checkbook balance after deducting charges and adding credits included on this statement but not shown in your checkbook.

**⑦ Enter Adjusted Balance From Your Checkbook**  $ _____

**⑧ Test Balance**
(subtract line 7 from line 6)  _____

IF TEST BALANCE DOES NOT EQUAL ZERO (0), RECHECK FIGURES BEFORE CONTACTING BANK

**This notice is applicable for consumer deposit accounts established primarily for personal, family, or household purposes.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at 985-395-6131 or write us at:

Patterson State Bank
1130 Highway 90
Patterson, LA 70392

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

Give us the following information:

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it to be an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions:**

Contact Patterson State Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify Patterson State Bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Deposit Account Agreement or other applicable account agreement that governs your account.

Please examine this statement promptly and immediately advise PATTERSON STATE BANK of any errors. If no error is reported within sixty days this statement will be considered correct.

# Reconciliation summary

SwiftShips LLC

## Reconciliation summary

| Checking date | Bank account | Description | Bank statement date | Bank statement | Reconciled |
|---|---|---|---|---|---|
| | PSB-6401 | Patterson State Bank LCU CDA | 5/31/2026 | 0222086401-202605 | 6/15/2026 |

**Reconciled bank transactions**

| Transaction type | Description | Counter | Amount |
|---|---|---|---|
| **Opening balance** | | | **$100.99** |
| **Cleared balance** | | | 0.00 |
| **Register balance** | | | 100.99 |
| **Difference** | | | 0.00 |
| **Ending balance** | | | $100.99 |

**Unreconciled bank transactions**

| | | | |
|---|---|---|---|
| **Register balance as of** | **6/16/2026** | | 100.99 |
| **Register balance** | | | 100.99 |



# patterson state bank

1130 Highway 90
Patterson, LA 70392

Account Number       ██ 6401
Statement Date       05/29/2026
*Statement Thru Date*       05/31/2026
Check/Items Enclosed       0
Page       1

00003317 T3012DDA053026013335 01 000000000 0000000 002

SWIFTSHIPS LLC
NAVSEA PMS 377 LCU 1700 SPECIAL
ACCOUNT
PO BOX 2869
MORGAN CITY LA 70381-2869

## Customer Service Information

| | | |
|---|---|---|
| 📱 | Phone: | 985-395-6131 |
| ✉ | Mail To: | 1130 Highway 90 Patterson, LA 70392 |
| 🖱 | Visit Us Online: | www.pattersonstatebank.com |
| | Find Us On: | f 🐦 📷 |

---

**FREE BUSINESS**            **Account Number:** ██ 6401

Account Owner(s):    SWIFTSHIPS LLC

## Balance Summary

| | |
|---|---|
| **Beginning Balance as of 05/01/2026** | **$100.99** |
| + Deposits and Credits  (0) | $0.00 |
| - Withdrawals and Debits  (0) | $0.00 |
| **Ending Balance as of 05/31/2026** | **$100.99** |
| Service Charges for Period | $0.00 |
| Average Balance for Period | $100 |
| Minimum Balance for Period | $100 |

## FEE RECAP

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



DIRECT INQUIRIES TO:
CUSTOMER SERVICES
**PATTERSON STATE BANK**
1130 HWY. 90
PATTERSON, LA.
www.pattersonstatebank.com

PHONE: (985) 395-6131



**FDIC**

# Checkbook Reconciliation Worksheet

**① List Checks Outstanding**
(Checks or withdrawals not shown on this or previous statements)

| DATE OR NUMBER | AMOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Subtotal**<br>(Enter here and on line 5) | | |

**② Enter Ending Balance**
(as shown on this statement)   $ _____

**③ List Recent Deposits**
(deposits not shown on this statement)   _____

_____

_____

**④ Subtotal**
(add recent deposits to ending balance)   _____

**⑤ Enter Subtotal of
Checks Outstanding**
(from list at left)   _____

**⑥ Balance**
(line 4 minus line 5)   $ _____

This balance should agree with your checkbook balance after deducting charges and adding credits included on this statement but not shown in your checkbook.

**⑦ Enter Adjusted Balance
From Your Checkbook**   $ _____

**⑧ Test Balance**
(subtract line 7 from line 6)   _____

IF TEST BALANCE DOES NOT EQUAL ZERO (0), RECHECK FIGURES BEFORE CONTACTING BANK.

**This notice is applicable for consumer deposit accounts established primarily for personal, family, or household purposes.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, please telephone us at 985-395-6131 or write us at:

Patterson State Bank
1130 Highway 90
Patterson, LA 70392

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

Give us the following information:

    (1) Tell us your name and account number.
    (2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it
        to be an error or why you need more information.
    (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so you will have the use of the money during the time it takes us to complete our investigation.

**In Case of Errors or Questions About Your Non-Electronic Transactions:**

Contact Patterson State Bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions on this statement. If any such error appears, you must notify Patterson State Bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Deposit Account Agreement or other applicable account agreement that governs your account.

Please examine this statement promptly and immediately advise PATTERSON STATE BANK of any errors. If no error is reported within sixty days this statement will be considered correct.