UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

SWIFTSHIPS, LLC                                              CASE NO. 26-50237
    Debtor                                                   CHAPTER 11

**<u>UNITED STATES TRUSTEE' S WITNESS AND EXHIBIT LIST</u>**

Plaintiff, Kevin M. Epstein, United States Trustee for Region 5 (the "U.S. Trustee"), hereby files this Witness and Exhibit List for the hearing on the U.S. Trustee's Objection to the Debtor's Cash Management Motion (D.E. 99), set forth June 30, 2026, at 2:30 p.m.  The U.S. Trustee states as follows:

1.      The U.S. Trustee intends to call any designated representatives of the Debtor to testify in support of the Debtor's motions scheduled for the June 30, 2026 hearing. These witnesses include, but are not limited to, Omer Saeed, Shehraze Shah, and Saadia Iqbal.

2.      The U.S. Trustee intends to introduce and present the following exhibits attached to the Witness and Exhibit List:

a.      Ex. 1 Public corporate records from the Virginia State Corporation Commission (SCC) regarding ICS Nett, Inc.'s leadership and management. (ECF No. 99-1).

b.      Ex. 2: United States Trustee's Objection to Debtor's Request to Waive Depositary Requirements of § 345(b) (ECF No. 99).

c.      Ex. 3: Debtor's Voluntary Chapter 11 Bankruptcy Petition (ECF No. 1).

d.      Ex. 4: Debtor's Emergency Motion to Use Cash Collateral (ECF No. 12)

e.      Ex. 5: Debtor's Schedules A/B, D, E/F, G, and H (ECF No. 52).

f.      Ex. 6: Debtor's Statement of Financial Affairs (SOFA) (ECF No. 53).

g.      Ex. 7: Debtor's Cash Management/Collateral Motion (ECF No. 80).

1

h.  Ex. 8: Debtor's Monthly Operating Report for the Period Ending March 31, 2026, including all attached bank statement summaries and accounts receivable schedules (ECF No. 96).

i.  Ex. 9: Debtor's Monthly Operating Report for the Period Ending April 30, 2026, including itemized Cash Receipt and Disbursement Reports and account registries (ECF No. 97).

j.  Ex. 10: Debtor's Monthly Operating Report for the Period Ending May 31, 2026, including itemized Cash Receipt and Disbursement Reports and account registries (ECF No. 107).

k.  Ex. 11: Debtor's Amended Schedules A/B, G, and H (ECF No. 108).

Kevin M. Epstein

United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By:  */s/ Anna Haugen*

Anna Haugen
Trial Attorney, FL Bar No. 0089555
Office of U. S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Email: Anna.Haugen@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3554

2