UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

SWIFTSHIPS, LLC                                    CASE NO. 26-50237
Debtor                                             CHAPTER 11

**STATUS CONFERENCE REPORT**
(As of June 29, 2026)

**Status of Monthly Operating Reports:**

- **Average Monthly Cash Flow**: $62,525
- **Cash On Hand:** $1,707,568
- **Post-Petition Accounts Payable**: $0.00
- **Post-Petition Taxes Payable**:  $0.00

**Status of Plan:** The Order to Debtor in Possession provides that the Debtor shall file a plan 120 days after the entry of the order of relief, which falls on July 16, 2025.

**IDI Document Deficiencies**:

- Proof of workers' compensation and employers' liability policy (existing expires on June 28, 2026);
- Proof of vessel pollution liability policy (the additional remarks schedule on the certificate furnished to the U.S. Trustee shows an expired timeline of "12/8/202- to 12/8/2025");
- Signature cards and a copy of voided check for a DIP account;
- Six-month cashflow projections which reflect bankruptcy realities;
- Balance sheet and profit and loss statement, which matches the representations in the Schedules and SOFA;
- Amend Schedule G to disclose defense logistics contracts, which continue generating income;

**Other Deficiencies (insurance, etc.):** The U.S. Trustee anticipates filing a motion to convert this matter to a case under Chapter 7 within the next two weeks on various grounds.

Respectfully submitted,

Kevin M. Epstein
United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By:    /s/ *Anna Haugen*
Anna Haugen

Anna Haugen, FL Bar No. 89555
Trial Attorney, Office of the U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Anna.Haugen@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3554