**SO ORDERED.**

**SIGNED July 14, 2026.**



_____
**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 26-50237** |
| **SWIFTSHIPS, LLC**[1] | **CHAPTER 11** |
| **Debtor.** | |

### O R D E R

**CONSIDERING** the Motion of Supreme Integrated Technology, Inc. for Stay Relief and Related Relief (the "Motion") (ECF No. 90) filed by Supreme Integrated Technology, Inc. ("SIT"), the record in this case, and applicable law:

**IT IS ORDERED** that SIT is granted relief from the automatic stay, to the extent applicable, pursuant to 11 U.S.C. § 362(d)(1), to sell, use, redeploy, or otherwise dispose of the winches identified in **Exhibit A** hereto (the "Subject Winches").

**IT IS FURTHER ORDERED** that SIT shall maintain records regarding any sale, use, redeployment, or other disposition of the Subject Winches.

---

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

**IT IS FURTHER ORDERED** that SIT shall account for, hold, escrow, or credit the net proceeds or value of the Subject Winches pending further agreement of the parties or further order of this Court.

**IT IS FURTHER ORDERED** that SIT's sale, use, redeployment, or other disposition of the Subject Winches shall be without prejudice to any party's rights, claims, defenses, ownership arguments, lien rights, setoff rights, recoupment rights, administrative expense claims, or objections concerning the final allocation of the value or proceeds of the Subject Winches.

**IT IS FURTHER ORDERED** that remainder of the relief requested in the Motion is **DENIED** without prejudice and, except as expressly provided in this Order, nothing herein shall impair, waive, release, modify, or otherwise affect any rights, claims, defenses, causes of action, liens, priorities, or remedies of Swiftships, LLC, SIT, the estate, or any other party-in-interest, all of which are expressly reserved.

###

Order prepared and submitted by:

*/s/Laura F. Ashley*
Laura F. Ashley (La. Bar No. 32820)
Elliot Scharfenberg (La. Bar No. 35304)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
Email: lashley@krebsfarley.com
   escharfenberg@krebsfarley.com
*Attorneys for Supreme Integrated Technology, Inc.*

**EXHIBIT A**

**WINCHES AUTHORIZED FOR SALE, USE, OR REDEPLOYMENT**

| No. | Equipment Deliverable | Project/Purchase Order |
|---|---|---|
| 1 | Bow Ramp Electric Winch (5346-7000) | 5346-A/0016402-1 |
| 2 | Stern Anchor Winch (5346-7100) | 5346-A/0016402-1 |
| 3 | Bow Ramp Electric Winch (5346-7000) | 5346-B/0016754-1 |
| 4 | Stern Anchor Winch (5346-7100) | 5346-B/0016754-1 |
| 5 | Bow Ramp Electric Winch (5346-7000) | 5346-C/0016755-1 |
| 6 | Stern Anchor Winch (5346-7100) | 5346-C/0016755-1 |
| 7 | Bow Ramp Electric Winch (5346-7000) | 5346-D/0016756-1 |
| 8 | Stern Anchor Winch (5346-7100) | 5346-D/0016756-1 |
| 9 | Bow Ramp Electric Winch (5346-7000) | 5346-E/0016757-1 |
| 10 | Stern Anchor Winch (5346-7100) | 5346-E/0016757-1 |