IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re: | Case No. 26-50237 |
| SWIFTSHIPS, LLC, | Chapter 11 |
| *Debtor-in-Possession*. | |

## MOTION FOR EXPEDITED CONSIDERATION

**NOW INTO COURT**, through undersigned counsel, comes Swiftships, LLC (the "Debtor"), who moves for expedited consideration of the *Debtor's Motion For Order Extending the Exclusive Period During Which Only the Debtor May File and Confirm a Plan* (the "Exclusivity Motion") (ECF No. 116) and *Debtor's Expedited Motion for Interim and Final Orders Authorizing the Debtor to Obtain Post-Petition Financing and Granting Related Relief* (the "DIP Financing Motion"). (ECF No. 117) In support, the Debtor represents:

1. On March 18, 2026, the Debtor filed for relief under chapter 11 of the Bankruptcy Code.

2. The Debtor requests that this Court enter an order setting an expedited hearing on the Exclusivity Motion and DIP Financing Motion for Tuesday, Julu 21, 2026 at 2:30 p.m. Central Time.

3. The undersigned has communicated with counsel for the Official Committee of Unsecured Creditors. The undersigned counsel represents that the Committee does not oppose the expedited consideration requested.

**WHEREFORE**, the Debtor requests that this Court enter an order: (a) setting an expedited hearing on the Exclusivity Motion and DIP Financing Motion for July 21, 2026 at 2:30 p.m. Central Time; (b) granting such further and additional relief as the facts may warrant and justice so requires.

Submitted by:

STERNBERG, NACCARI & WHITE, LLC

By: **/s/ Ryan J. Richmond**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Tel. (225) 412-3667
Fax (225) 286-3046
ryan@snw.law

*Attorneys for Swiftships, LLC*