# UNITED STATES BANKRUPTCY COURT

## WESTERN DISTRICT OF LOUISIANA

### JUDGE JOHN KOLWE



FILED

JUN 3 0 2026

EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

IN RE: Swiftships, LLC

CASE NO.: 26-50237

---

### EXHIBIT RECORD

DATE: 6-30-2026

MATTER: 12- Emergency Motion to Use Cash collateral, 100- Expedited motion to Pay Critical Vendor, 80- Motion for Authority to Use Bank Accounts, 15- Order to Debtor in possession

☐ EXHIBIT RECORD FILED IN OPEN COURT  ☑ EXHIBIT ADMITTED BY REFERENCE OF ECF FILING  ☑ TESTIMONY ADDUCED

| Exhibit No. | Description |
|---|---|
| 1 | ecf 112-1 - Projected Rolling Cashflow |

WITNESS: Omer Saeed
Mike Poel

ECRO: Charlie Broussard      DATE: 6-30-26