Label Matrix for local noticing
0536-4
Case 26-50237
Western District of Louisiana
Lafayette
Fri Oct 9 15:14:31 CDT 2026

A-Jax Company Inc.
1500 E. 8th Street
Jacksonville, FL 32206-5406

ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068-1786

AIT Machine
209 Venture Boulevard
Houma, LA 70360-7902

AIT Machine, LLC
4752 Highway 311, Ste 114
4752 Highway 311, Ste 114
HOUMA, LA 70360-2810

ALL Crane Rental of Louisiana, LLC
4700 Acorn Drive
Independence, OH 44131-6940

API Control Systems, Inc.
PO Box 81129
Lafayette, LA 70508 United States 70598-1129

API Control Systems, Inc.
218 Hector Connoly Road
Carencro, LA 70520-6300

AT & T Mobility
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

AT&T
P.O. Box 5014
Carol Stream, IL 60197-5014

All Crane Rental of LA LLC
37316 Highway 74
Geismar, LA 70734-3216

Allen & Gooch
2000 Kaliste Saloom Road
#400
Lafayette, LA 70508-6180

Allen's TV Cable Services Inc
800 Victor II Blvd.
Morgan City, LA 70380-1325

Allied World Insurance Company
Attn: Richard E. Towle
20 Locktown Sergeantsville Road
Stockton, NJ 08559-1119

Amelia L. Hurt
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, LA 70130-3347

Anna Haugen
Trial Attorney
Office of U. S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101-3122

Laura Ashley
Krebs Farley, PLLC
400 Poydras Street
Suite 2500
New Orleans, LA 70130-3224

BOT LLC
P.O. Box 2869
Morgan City, LA 70381-2869

Bayou Electric & Specialty, Inc.
4412 Decon Road
Youngsville, LA 70592

Bayou Electric & Specialty, Inc.
P.O. Box 1264
Youngsville, LA 70592-1264

Bigge Crane and Rigging Co.
10604 Airline Hwy.
Gonzales, LA 70737-7913

Bigge Equipment Co
P.O. Box 843067
Dallas, TX 75284-3067

Bigge Equipment Company
C /O CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

Bollhalter Services & Equipment
5145 Bayou Black Drive
Gibson, LA 70356-3320

Breaux Petroleum Producsts, Inc.
237 N. Barrios Street
Lockport, LA 70374-2203

Brian J. Marceaux
4752 Highway 311, Ste 114
HOUMA, LA 70360-2810

Brian R. Hurey
Defense Finance and Accounting Service
Office of General Counsel
8899 E. 56th Street
Indianapolis, IN 46249-0002

Bryan Whitaker
Defense Finance and Accounting Service
Office of General Counsel
8899 E. 56th Street
Indianapolis, IN 46249-0002

C/O CRF Solutions
PO Box 1389
Simi Valley, CA 93062-1389

C6 Strategies, LLC
11545 W Bernardo CT
#201
San Diego, CA 92127-1631

COX
P.O. Box 900180
Louisville, KY 40290-1080

Claire A. Campbell
Phelps Dunbar LLP
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534

Carli M. Worsham
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
( 70170-3600

Caterpillar Inc.
c/o Benjamin W. Janke
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170-3600

Caterpillar Inc.
100 N.E. Adams Street
AB 6310
Peoria, IL 61629-0002

Caterpillar Inc.
c/o Benjamin W. Janke
Baker Donelson
201 St. Charles, Suite 3600
N.O., LA 70170-3600

City Of Morgan City
Morgan City City Hall
512 First Street
Morgan City, LA 70380-3702

Classic Business Products
7828 LA-182
Morgan City, LA 70380

Cleco Power LLC
P.O. Box 660228
Dallas, TX 75266-0228

Cleco Power, LLC
c/o Richard A. Rozanski, Attorney
P.O. Box 13199
Alexandria, LA 71315-3199

Coating Services Inc.
P.O. Box 1330
Gonzales, LA 70707-1330

Coating Services, Incorporated
Thorguson Law Firm, LLC
1201 Brashear Avenue, Suite 201
Morgan City, LA 70380-1380

Consolidated Electrical
3321 Westbank Expressway
Harvey, LA 70058-2643

Consolidated Electrical Distributors
114 Northpark Blvd Suite5
Covington LA 70433
114 Northpark Blvd, LA 70433-5002

Cox Business
P.O. Box 1259
Oaks, PA 19456-1259

Cox Communications
7401 Florida Blvd
Baton Rouge, LA 70806-4188

Cox Communications
PO Box 919243
Dallas, TX 75391-9243

Cox Communications Baton Rouge
1400 Lake Hearn Drive, N.E.
Atlanta, GA 30319-1464

Cox Communications, Inc.
6205-B Peachtree Dunwoody Road N
Atlanta, GA 30328-4524

DISH Network
9601 S. Meridian Boulevard
Englewood, CO 80112-5905

DISH Network
P.O. Box 94063
Palatine, IL 60094-4063

David Oriol
403 W. 21st Avenue
Covington, LA 70433-3011

David Thorguson
1201 Brashear Avenue
Suite 201
Morgan City, LA 70380-1380

Davis & Jones, LLC
Attn: File No. 127461 - PRT
3120 Sabre Drive
Suite 280
Southlake, TX 76092-2109

(p)DE LAGE LANDEN FINANCIAL
ATTN LITIGATION & RECOVERY
1111 OLD EAGLE SCHOOL ROAD
WAYNE PA 19087-1453

Deugro USA, Inc.
480 Wildwood Forest Dr., Ste. 350
The Woodlands, TX 77380-4119

(p)PRISCILLA MICHEL
ATTN DEUTSCH KERRIGAN LLP
755 MAGAZINE STREET
NEW ORLEANS LA 70130-3629

Diamond Oil Field Supply Inc.
Charles M Rush APLC
202 Magnate Dr.
Lafayette, LA 70508-3830

Diamond Oilfield Supply
201 Cummings Road
Broussard, LA 70518-3229

Dometic Corporation
601 Poydras Sreet
New Orleans, LA 70130-6029

Fairlead Boatworks, Inc
3132 Victory Blvd.
Portsmouth, VA 23702-1830

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987-9902

Favret Carriere,LLC
c/o Austin Hight
650 Poydras Street
Suite 2300
New Orleans, LA 70130-6162

(p)FERGUSON ENTERPRISES LLC
751 LAKEFRONT COMMONS
ATTN CREDIT DEPARTMENT
NEWPORT NEWS VA 23606-3322

Foley & Mansfield, PLLP
650 Poydras St., Suite 2450
New Orleans, LA 70130-6120

Gary McGoffin
220 Hermann Boulevard
Lafayette, LA 70503-2414

Genoa Design International LTD
Jones Walker LLP
Mark A. Mintz
201 St. Charles Avenue, Suite 5100
New Orleans, LA 70170-5100

Genoa Design International LTD
ATTN: Mark Mintz
201 St. Charles Ave Suite 5100
New Orleans, LA 70170-5101

Genoa Design International LTD
ATTN: Mark Mintz
Jones Walker LLP
201 St. Charles Ave Suite 5100
New Orleans, LA 70170-5101

Genoa Design International Ltd.
900 Camp Street
New Orleans, LA 70130-3971

H.I.S Fire & Safety, L.L.C.
7905 Highway 90 West
New Iberia, LA 70560-7651

H.I.S Fire & Safety, L.L.C.
P.O. Box 368
Delcambre, LA 70528-0368

Anna Haugen
Office of the U.S. Trustee
300 Fannin St., Ste. 3196
Shreveport, LA 71101-3122

Duris Holmes
Deutsch Kerrigan, LLP
755 Magazine St.
New Orleans, LA 70130-3629

Hooley Manufacturing Co. LLC
331 N. Alexander Street
New Orleans, LA 70119-4505

ICS Nett Inc
4116 Walney Road
Suite D
Chantilly, VA 20151-2948

III D Construction, LLC
1029 Lia Street
Patterson, LA 70392-4223

III D Construction, LLC
P.O. Box 1222
Patterson, LA 70392-1222

ISH International LLC
600 Palisade Avenue
Unit 308
Union City, NJ 07087-5241

ISH International, LLC
Thorguson Law Firm, LLC
1201 Brashear Avenue, Suite 201
MORGAN CITY, LA 70380-1380

Iberia Parish Tax Collector
300 Iberia Street
Suite 120
New Iberia, LA 70560-4543

Industrial Alliance Services LLC
P.O Box 5677
Thibodaux, LA 70302-5677

Industrial Alliance Services, LLC
1915 Hwy 182
MORGAN CITY, LA 70380-5415

Infinity Energy Services, LLC
122 Bourg Larose Hwy.
Bourg, LA 70343-5206

Inner Parish Security Corp.
43222 Pecan Ridge Drive
Hammond, LA 70403-0605

Inner Parish Security Corporation
111 North Oak Street
Suite 200
Hammond, LA 70401-3240

Internal Revenue Service
P.O. Box 30509
New Orleans LA 70190-0509

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Paint
6001 Antoine Drive
Houston, TX 77091-3599

JD Networks, LLC
24829 Woodland Run PL
Aldie, VA 20105-5857

Benjamin West Janke
Baker Donelson Bearman Caldwell & Berkow
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170-3600

Emile Joseph Jr.
POB 81129
Lafayette, LA 70598-1129

Joseph E. Lee III
365 Canal Street
Suite 2000
New Orleans, LA 70130-6534

Joseph E. Lee III
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

K&J Supplies, LLC
3314 W. Admiral Doyle Drive
New Iberia, LA 70560-9366

K.A.D., L.L.C.
S. Patrick Skiles
1915 Highway 182 E
Morgan City, LA 70380-5415

K.A.D., LLC
P.O Box 2898
Morgan City, LA 70381-2898

King & Jurgens, LLC
201 St. Charles Avenue, Suite 4500
New Orleans, LA 70170-1030

Kings & Jurgens, LLC
201 St Charles Avenue
45th Floor
New Orleans, LA 70170-1000

Lafayette Electric, LLC
1207 Greenwood Street
Morgan City, LA 70380-2052

Ryan Lamb
DOJ-Civ
Corporate / Financial Litigation Section
Commercial Litigation Branch, Civil Divi
U.S. Department of Justice
Washington, DC 20530-0001

Laura M. Blouin
101 Wilson Avenue
Houma, LA 70364-3137

LeBlanc & Associates
132 Intracoastal Drive
Houma, LA 70363-6776

LeBlanc & Associates, L.L.C.
c/o Joseph E. Josh Lee III
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

LeBlanc & Associates, LLC
c/o Claire A. Campbell
Canal Place
365 Canal Street Suite 2000
New Orleans LA 70130-6534

Joseph Edward Lee III
Phelps Dunbar LLP
365 Canal Street
Ste 2000
New Orleans, LA 70130-6534

Lee Felterman & Associates, LLC
115 Landry St.
Patterson, LA 70392-5623

Lloyd T. Bourgeois, Jr.
1915 Hwy 182
MORGAN CITY, LA 70380-5415

Louis M. Phillips
KELLY HART PITRE
One American Place
301 Main Street
Suite 1600
Baton Rouge, LA 70801-1200

Louisiana CAT
3799 West Airline Highway
Reserve, LA 70084-5717

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-6658

Louisiana Department of Revenue and Taxation
Attn: Bankruptcy Division
P.O. Box 66658
Baton Rouge, LA 70896-6658

Louisiana Machinery Company
3799 W. Airline Highway
Reserve, LA 70084-5717

Louisiana Water Company
448 E Main Street
New Iberia, LA 70560-3731

MP HTB ONE, LLC
2315 Florida Street
Suite 200
Mandeville, LA 70448-5134

Marse Welding Supplies, Inc.
2700 Hessmer Avenue
Metairie, LA 70002-7020

Michael D. Lopresto
203 West Main Street
Suite 200
New Iberia, LA 70560-3792

Michael L. Vincenzo
King & Jurgens, LLC
201 St.Charles Avenue
Suite 4500
New Orleans, LA 70170-1030

Mark A. Mintz
201 St. Charles Ave., 49th Floor
New Orleans, LA 70170-1000

Mobile Modular
5700 Las Positas Road
Livermore, CA 94551-7806

Multinational Defense Service
4116 Walney Road
Suite D
Chantilly, VA 20151-2948

NI Welding Supply, LLC
7917 Highway 182 East
Morgan City, LA 70380-2473

Newman Mathis Brady & Spedale
3301 North Blvd
Baton Rouge, LA 70806-3745

Nicholas J. Zeringue
P.O. Box 759
Thibodaux, LA 70302-0759

(p)NUTS AND BOLTS INC
6950 ALMA STREET
HOUMA LA 70364-2693

Nuts and Bolts, Inc.
c/o Laura M. Blouin
101 Wilson Avenue
Houma, LA 70364-3137

OCR Global Inc
4116 Walney Road
Suite D
Chantilly, VA 20151-2948

Office of the U.S. Trustee
300 Fannin Street
Suite 3196
Shreveport, LA 71101-3122

Official Committee of Unsecured Creditors of
Kelly Hart Pitre
c/o Rick Shelby
400 Poydras Street, Suite 1812
New Orleans, LA 70130-3347

Offshore Air & Refrigeration
P.O. Box 2626
Lafayette, LA 70502-2626

Oil States Skagit SMATCO, LLC
333 Clay Street
Suite 4620
Houston, TX 77002-4101

Pacific Power Group LLC
3005 SW 3rd Ave
Fort Lauderdale, FL 33315-3312

Patrick K. Reso
111 N Oak Street, Ste 200
Hammond, La 70401-3240

Patterson State Bank
c/o Jason H. Watson
1130 Highway 90 West
Patterson, LA 70392-4541

Louis M. Phillips
Kelly Hart & Pitre LLP
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1200

Pierce Aluminum Co., Inc.
34 Forge Park
Franklin, MA 02038-3134

Republic Brass Sales, Inc.
6566 Federal Boulevard
Lemon Grove, CA 91945-1311

Patrick K. Reso
Chehardy, Sherman, Williams, Recile & Ha
111 N Oak Street, Ste 200
Hammond, LA 70401-3240

Ryan James Richmond
Sternberg, Naccari & White, LLC
450 Laurel Street
Suite 1450
Baton Rouge, LA 70801-1821

Rick M. Shelby
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, LA 70130-3347

Charles M. Rush
Charles M. Rush, APLC
202 Magnate Drive
Lafayette, LA 70508-3830

Saadia Iqbal
44378 Hempland Drive
Ashburn, VA 20147-6091

Elliot Scharfenberg
Krebs Farley, PLLC
400 Poydras Street
Ste 2500
New Orleans, LA 70130-3224

Schoellhorn-Albrecht Machine Co.
1141 Reco Avenue
Saint Louis, MO 63126-1026

Scott J. Boudreaux
601 Renwick Boulevard
Berwick, LA 70342-3215

Scott-Macon Equipment Louisiana
800 3rd Avenue
16th Floor
New York, NY 10022-7604

Seth Brandon Shapiro
DOJ-Civ
1100 L St., N.W.
7th Floor
Ste 7114
Washington, DC 20005-4035

Patrick M. Shelby
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130-3347

Sheriff, St. Mary Parish
POB 571
Franklin LA 70538-0571

St. Mary Parish Sheriff's Office
500 Main Street #4
Franklin, LA 70538-6141

St. Mary Parish Sheriff's Office
P.O. Box 610
Patterson, LA 70392-0610

State of Louisiana, Department of Labor
Delinquent Accounts Unit,UI Tech Support
1001 North 23rd Street, Room 322
Baton Rouge, LA 70802-3338

Stephen Patrick Skiles
1915 Highway 182 E
Morgan City, LA 70380-5415

Sternberg, Naccari & White, LLC
450 Laurel Street
Suite 1450
Baton Reuge, LA 70801-1821

Stonebriar Commercial Finance
5601 Granite Parkway
Suite 1350
Plano, TX 75024-6770

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223-2213

Sunbelt Rentals, Inc.
P.O. Box 409211
Atlanta, GA 30384-9211

Sunrays International LLC
4116 Walney Road
Suite D
Chantilly, VA 20151-2948

Supreme Integrated Technology
KREBS FARLEY, PLLC
Laura F. Ashley
400 Poydras Street, Ste. 2500
New Orleans, LA 70130-3224

Supreme Integrated Technology
c/o Elliot Scharfenberg
400 Poydras St., Suite 2500
New Orleans, LA 70130-3224

Supreme Intergrated Technology
KREBS FARLEY, PLLC
400 Poydras Street, Ste. 2500
New Orleans, LA 70130-3224

Swiftships Group, Inc.
4116 Walney Road
Suite C
Chantilly, VA 20151-2948

Swiftships, LLC
1105 Levee Road
Morgan City, LA 70380-1001

Teledyne Flir Maritime US
110 Lowell Road
Hudson, NH 03051-4806

Terma North America Inc.
128 Osigian Boulevard
Warner Robins, GA 31088-8903

Terma, Inc. c/o Bowes, Petkovich & Palmer, L
2550 Belle chasse Hwy., Ste. 200
Gretna, LA 70053-6758

True North Horizon LLC
24231 Rain Creek Dr
Tomball, TX 77375-5110

Office of U. S. Trustee
300 Fannin St., Suite 3196
Shreveport, LA 71101-3122

(p)U S ATTORNEY'S OFFICE WESTERN DISTRICT OF
300 FANNIN STREET SUITE 3201
SHREVEPORT LA 71101-3120

U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Road
Atlanta, GA 30326-1180

U.S. Small Business Admin.
1545 Hawkins Boulevard
Suite 202
El Paso, TX 79925-2654

U.S. Small Business Admin.
365 Canal Street
Suite 2820
New Orleans, LA 70130-1176

U.S. Small Business Admin.
500 Poydras Street
Suite 828
New Orleans, LA 70130-3374

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

United Rental
P.O. Box 840514
Dallas, TX 75284-0514

United States Department of Defense
Bryan Whitaker
Defense Finance and Accounting Service -
8899 E. 56th Street
Indianapolis, IN 46249-0002

United States of America
U.S. Department of Justice
P.O. Box 8750 Ben Franklin Station
Washington, DC 20044

United States of America
c/o Ryan W. Lamb
U.S. Department of Justice
P.O. Box 875-Ben Franklin Station
Washington, DC 20044

Valerie Landreneau
c/o Willis & Buckley
3723 Canal Street
New Orleans, LA 70119-6140

Valkyrie Enterprises LLC
2877 Guardian Lane
#300
Virginia Beach, VA 23452-7330

Valkyrie Enterprises LLC
4460 Corporation Lane
Suite 130
Virginia Beach, VA 23462-3150

Valkyrie Enterprises, LLC
755 Magazine Street
New Orleans, LA 70130-3629

Valkyrie Enterprises, LLC
c/o Duris L. Holmes
Deutsch Kerrigan, L.L.P.
755 Magazine St.
New Orleans, LA 70130-3629

Vard Marine US, Inc.
15995 N. Barkers Landing
Suite 125
Houston, TX 77079-2476

Carli Marcello Worsham
Baker, Donelson, Bearman, Caldwell & Ber
201 St. Charles Ave.
Ste. 3600
New Orleans, LA 70170-3600

Zack Kull
4700 Acorn Drive
Independence, OH 44131-6940

deugro (USA), Inc.
480 Wildwood Forest Drive
#350
Spring, TX 77380-4119

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

De Lage Landen Financial Service
1111 Old Eagle School Road
Wayne, PA 19087-1453

Deutsch Kerrigan LLP
Duris L. Holmes
755 Magazine Street
New Orleans, LA 70130

Ferguson Enterprises LLC
751 Lakrefront Commons
Newport News, VA 23606

Nuts & Bolts, Inc.
6950 Alma Street
Houma, LA 70364

U.S. Attorney, WDLA
300 Fannin Street
Suite 3201
Shreveport, LA 71101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Aslean Middle East

(d)Claire A. Campbell
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534

(u)DIP

(d)Diamond Oil Field Supply Inc.
Charles M Rush APLC
202 Magnate Dr.
Lafayette, LA 70508-3830

(d)Amelia L. Hurt
Kelly Hart Pitre
400 Poydras Street, Suite 1812
New Orleans, LA 70130-3347

(u)Inner Parish Security, Corporation

(d)LeBlanc & Associates, LLC
c/o Joseph E. Josh Lee III
Canal Place
365 Canal Street Suite 2000
New Orleans LA 70130-6534

(d)United States of America
U.S. Department of Justice
P.O. Box 8750 Ben Franklin Station
Washington, DC 20044

End of Label Matrix
Mailable recipients 186
Bypassed recipients 8
Total 194