# Exhibit 3

**Via Email Only**

*Dated: Jan 23rd, 2026*
*Ref: 197-55-LCU1700*

**Swiftships' Urgent Request for Resolution Following LCU1700 Program Cancellation**

To: James - Ryan M. Ksanznak
Contracting Officer
Naval Sea Systems Command
ryan.m.ksanznak.civ@us.navy.mil
(202) 781-2633 (Office)
(202) 826-8746 (Cell)
1333 Isaac Hull Avenue SE
Washington Navy Yard, DC 20376-1150

Sub: Swiftships' Existential Circumstances, Minimal Recovery Prospects, and Commitment to Collaborative Resolution Following LCU1700 Program Cancellation

Ref: NAVSEA letter Ser 0224/002 dated 22 Jan 2026
US Navy's (USN) Landing Craft, Utility (LCU 1700) [Re: N00024-18-C-2401]

Dear Mr. Ksanznak,

**Introduction and Immediate Appeal**

We are writing in response to your letter dated January 22, 2026 ("January 22 Letter") requesting re-engagement concerning the turn-over of property acquired under Contract N000024-18-c-2401 (the "LCU 1700" program). Please note that when we received your January 22 Letter, we were already in the process of preparing our own request to re-engage concerning the LCU 1700 program, and we believe NAVSEA and Swiftships' interests on an effective resolution are closely aligned.

As such, Swiftships urgently seeks your guidance and support to address the critical challenges posed by the LCU 1700 program closeout. We are seeking authorization regarding the handling of LCU 1700 program materials, outstanding material purchase orders (POs), and existing on-hand inventory, as well as your direction to help us navigate the severe financial strain we are currently facing. Open and unpaid POs, coupled with escalating vendor claims that have led to judgments, lawsuits, and asset attachments, have placed Swiftships in a very difficult financial situation. As a small, disadvantaged shipyard still recovering from the profound impacts of COVID-19, our departure from the LCU 1700 program has inflicted significant harm to our operations, and dedicated workforce. We deeply appreciate NAVSEA AIO for extending a second chance to Swiftships and for aligning with the President's vision of revitalizing America's Defense Industrial Base (DIB). Your direction and guidance in addressing the multitude of issues related to the closeout of the LCU 1700 program is critically important for Swiftships and will mitigate the losses of all stakeholders including the U.S. Government

**Immediate Response to January 22 Letter**

Swiftships confirms that it is willing and eager to work with Navy to inventory the remaining LCU 1700 program related property possessed by Swiftships, allow the Navy to access Swiftships sites in order to assess the property, and perform an orderly turnover, as required.

**Acknowledgement of Challenges and Dire Predicament**

Swiftships regrets the disruptions caused to the program and acknowledges the adverse impact this has had on our valued client and partner. While we recognize that our management and controls did not meet the necessary standards, we believe it is essential to highlight those external factors, such as funding interruptions and substantial design changes during execution, critically effected the program's viability. In the spirit of transparency and accountability, we have meticulously prepared three comprehensive appendices detailing every expenditure, vendor payment, and open risk/liability to provide a clear overview of our situation. We request NAVSEA to convene a meeting at your earliest convenience to facilitate the timely and efficient closure of the program and to support our efforts to recover from the financial consequences Swiftships and its suppliers are facing at this time.

**Program Cancellation Aftermath: An Unprecedented Event**

Below is a synopsis of the significant challenges Swiftships faces following the cancellation of the LCU 1700 program:

1) **Incomplete Payments for Material & Service to Suppliers/Vendors – Appendix A:** Swiftships is currently facing over a dozen active lawsuits in Louisiana courts stemming from unpaid obligations to suppliers and vendors associated with the LCU 1700 program. The outstanding program liability, which primarily involves material suppliers (90%) and service providers (10%), totals approximately $17.3 million. This situation presents a significant challenge to our operations and the overall program's integrity.

2) **Recovery for Undelivered Material from Vendors Pre-paid – Appendix B:** Swiftships has identified a significant opportunity for recovery regarding suppliers who have been pre-paid but have not delivered the entirety of contracted materials and services, amounting to approximately $23.0 million. We have retained legal counsel and would like to receive your approval to actively pursue claims against approximately thirty (30) of these suppliers who remain non-compliant in fulfilling their contractual obligations.

3) **Inventory On-Hand – Appendix C:** Swiftships currently holds approximately $18.3 million worth of material in our yard, encompassing a diverse array of critical components, including flanges, pumps, elbows, pipes, engines, gensets, and anchor components. This inventory was procured during the design phase and was funded by NAVSEA. However, due to extensive design changes and the subsequent transition of the program to Austal, we believe much of this material - may now be deemed unusable for its original purpose.



info@swiftships.com
P: 985-384-1700
F: 703-356-1166

Headquarters
8001A Highway 182 East
Morgan City, LA 70380

Military & Commercial Programs
1105 Levee Road
Morgan City, LA 70380

Military & KIT Programs
4116 Walney Rd Ste D,
Chantilly, VA 20151-2948

**Internal Analysis and Proposal to NAVSEA (SEA02) - A Critical Path Forward**

Our primary objective is to leverage the distinct pools of assets outlined below to recover funds, thereby addressing outstanding program liabilities for delivered materials and negotiating agreements with vendors who have been adversely affected by storing manufactured goods for over three years. We want to emphasize that we are not seeking additional funds from NAVSEA unless it or Austal elects to carry over the vendors and materials on hand to the new program owner. Swiftships' primary objective is to seek reimbursement of funds pre-paid to our vendors for materials and equipment that were never delivered or only partially delivered to Swiftships.

1) Appendix A - Incomplete Payments for Material & Service to Suppliers/Vendors: Swiftships is encountering a growing number of demands, filings, and judgments due to the following issues:

- Unpaid Material and Services: Approximately $4.1 million in inventory and services have been received but remain unpaid by NAVSEA. Many of these suppliers are facing severe financial hardship and are escalating their claims against Swiftships directly. We respectfully propose that NAVSEA either disburse the outstanding payments to these suppliers directly or authorize the controlled sale of this inventory. This action would enable timely recovery of funds and mitigate additional liabilities for Swiftships.
- Undelivered Inventory on Issued/Unpaid Purchase Orders (POs): Swiftships is grappling with conflicting claims from suppliers regarding payments on POs where delivery has not been fulfilled. Some vendors reference cancellation notices, while others assert, they were instructed to retain materials, creating ambiguity that has led to a legal and financial deadlock. Resolving this situation is crucial and we believe that NAVSEA's guidance is essential in navigating these complexities.

By utilizing the assets outlined in Appendices A and B to offset these program liabilities, we aim to alleviate any associated risks for NAVSEA's ongoing programs with Austal. We are committed to ensuring that our actions provide a pathway forward that not only addresses our outstanding obligations but also supports NAVSEA's interest in maintaining program integrity and vendor relations. Your support in facilitating these adjustments will be instrumental in fostering a sustainable operational environment for Swiftships while ensuring fair treatment of our valued suppliers.

2) Appendix B: Recovery for Undelivered Material from Vendors Pre-paid
Despite our diligent recovery efforts, the scale and prolonged nature of these disputes have made it difficult for Swiftships to recover funds from vendors who were prepaid but have not delivered the purchased equipment and materials. Our realistic assessment suggests that the likelihood of recovering funds from these suppliers who are aware of Swiftships precarious financial condition may not exceed 10% of the outstanding $23 million owed for prepaid but undelivered materials and equipment. This anticipated recovery falls short of addressing the substantial liabilities associated with vendors holding materials or maintaining open purchase orders without down payments as outlined in Appendix A and C. Swiftships believe that NAVSEA's support will be critically important in maximizing the recovery of these prepaid amounts from Vendors.



info@swiftships.com
P: 985-384-1700
F: 703-356-1166

Headquarters
8001A Highway 182 East
Morgan City, LA 70380

Military & Commercial Programs
1105 Levee Road
Morgan City, LA 70380

Military & KIT Programs
4116 Walney Rd Ste D,
Chantilly, VA 20151-2948

To effectively navigate this path forward and engage with these non-compliant vendors, we urgently seek written authorization from NAVSEA. Many suppliers currently do not recognize Swiftships' authority to spearhead these recovery efforts, inhibiting our ability to resolve these outstanding matters.

Therefore, we respectfully seek NAVSEA's support and endorsement as we pursue these funds, ensuring we fulfill our obligations to those who are genuinely owed and facilitating a more efficient resolution process. By enabling us to take decisive action, we can collaboratively achieve a solution that benefits all parties involved and further reinforce the integrity of the program.

3) Appendix C: Inventory On-Hand

Approximately $18.3 million inventory remains in Swiftships' yards, paid for by NAVSEA under CDA direction (with certain vendor payments for delivered material still outstanding, as detailed in Appendix A). Considering this situation, we believe there is an opportunity to recover funds in a manner that will benefit all stakeholders. Allowing Swiftships to resell or repurpose this inventory will provide a means to generate the necessary funds to fulfill outstanding obligations to our vendors, who are still owed significant amounts. This collaborative approach will alleviate some of the financial pressures on Swiftships and its vendors and suppliers.

We request NAVSEA’s approval for the controlled sale or reallocation of this inventory which NAVSEA or Austal elect not to use. By doing so, we can transform what is currently a liability into an asset to settle the LCU 1700 program outstanding balances. This collaborative effort will help pay our vendors and fulfill NAVSEA’s commitment to fair and equitable treatment in the procurement process.

By authorizing Swiftships to manage this inventory effectively, we can work together towards a solution that is beneficial for all parties, fostering a more sustainable operational environment while respecting the financial commitments we have to our vendors. Your consideration and support in this matter would be invaluable as we navigate these challenges together.

**Request for Collaborative Engagement**

We respectfully request SEA02 to engage with Swiftships to resolve the many issues arising from the termination of the LCU 1700 program. Currently, the incomplete closeout of the program has put Swiftships in a very difficult predicament and we need NAVSEA’s cooperation and support in mitigating the losses to all stakeholders. Several judgments against Swiftships from the above suppliers/vendors have resulted in the seizure of key assets, such as the 65-meter "Risen Sun" vessel, an offshore supply vessel previously constructed by Swiftships for a civilian customer that defaulted under its contract with Swiftships. The orderly disposition of the inventory on hand and addressing the outstanding amounts due to our vendors requires swift action by both parties. Without your prompt and decisive intervention, these cumulative actions will cause significant and lasting damage to Swiftships and many of its vendors.



info@swiftships.com
P: 985-384-1700
F: 703-356-1166

**Headquarters**
8001A Highway 182 East
Morgan City, LA 70380

**Military & Commercial Programs**
1105 Levee Road
Morgan City, LA 70380

**Military & KIT Programs**
4116 Walney Rd Ste D,
Chantilly, VA 20151-2948

**Proposed Resolution and Next Steps**

We request NAVSEA's approval for Swiftships to sell existing LCU 1700 program materials, especially those tied to Hulls 664 through 670, so that the monies generated can be used to facilitate financial settlements with its vendors. Permitting us to sell all material and scrap the unbuilt hulls will provide a significant relief to Swiftships and the program suppliers who are integral to the long-term success of the LCU 1700 program under Austal. Although we anticipate low recovery for the assets on hand, this action will enable us to efficiently manage the inventory Austal elects not to use while ensuring equitable resolutions for our vendors and suppliers. By adopting this approach, we can effectively preserve our operational capacity, enabling us to sustain our commitments to critical programs like the Egyptian Navy program under our Foreign Military Sales (FMS) and the Defense Innovation Unit (DIU). Your collaborative partnership with Swiftships and continuing support are critically important for our recovery and for ensuring the success of these strategic initiatives.

**Conclusion and Request for Support**

In keeping with these principles, we respectfully seek your urgent guidance and support in forming a collaborative and balanced approach that protects the interests of NAVSEA and ensures the long-term stability of American shipbuilding. Swiftships is prepared to consider all practical solutions to ensure the program close-out minimizes the harm to all suppliers. We are ready to meet with your team at your earliest convenience to discuss these matters further, and to work collaboratively towards an equitable and pragmatic resolution.

Highest Regards,

Michael P. Poel

Michael "Mike" Poel
President/CEO
Swiftships, LLC

***Attachments:***

*Appendix A - Incomplete Payments for Material & Service to Suppliers/Vendors list*
*Appendix B - Recovery for Undelivered Material fromVendors Pre-paid list*
*Appendix C - Inventory On-Hand list*



info@swiftships.com
P: 985-384-1700
F: 703-356-1166

**Headquarters**
8001A Highway 182 East
Morgan City, LA 70380

**Military & Commercial Programs**
1105 Levee Road
Morgan City, LA 70380

**Military & KIT Programs**
4116 Walney Rd Ste D,
Chantilly, VA 20151-2948

## LCU 1700 Financial Data

**Summary of Appendices**

| Category | Category Name | Description | Appendix | Total Amount |
|---|---|---|---|---|
| 1 | **Outstanding Payable against delivered Material** | The unpaid amount owed to vendors for materials and Services through CDA that have been **delivered and accepted**. | Appendix "A" | **(4,791,129)** |
| 2 | **Vendors Claims through Legal** | The amount claimed by the vendor for materials **not delivered** (allegedly stored in their yard and not yet picked up), plus associated purchase order cancellation charges. | | **(2,231,314)** |
| 3 | **Swift LCU1700 Open Liability** | Potential liability related to open purchase orders that remain unpaid due to **non-delivery or non-performance** by the vendor. | | **(10,344,937)** |
| | | **Sub-Total** | | **(17,367,379)** |
| 4 | **Non Delivered / Pre-Paid Material** | Advance payments (full or partial PO') made under LCU 1700 program for materials/services that were **not delivered** by the vendors | Appendix "B" | **23,696,337** |
| 5 | **Project Inventory on Hand** | The remaining **physical inventory available** after excluding material consumed on hulls and Site 05 materials that were removed by the U.S. Navy for Boats 5–7. | Appendix "C" | **18,327,199** |
| | | **Sub-Total** | | **42,023,536** |

**LCU 1700 Program**

Outstanding Payable against delivered Material, Vendors Claims through Legal & Swiftships Liability

**APPENDIX "A"**

| ID | Name | Description | A<br>Material/Services PO Value | B<br>Total Value Paid through CDA | C<br>Delivered Material / Services Value | D = B -C<br>Outsanding CDA payment Material Delivered | E<br>Vendor Claim through Legal Non - Delivered | F = A-B-D-E<br>Swift LCU1700 Open Liability | Action Taken | Last / Proposed Action Date | Swift Rep. | Counterpart Rep. | Document Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| V-001251 | CATERPILLAR INC. - CATERPILLAR DEFENSE | Main engines and generators | 4,455,548.24 | 3,034,612.32 | 4,029,793.72 | (995,181.40) | (342,181.60) | (83,572.92) | Vendor has obtained a judgment related to the outstanding and open PO's | 19-Jul-24 | King & Jurgens, LLC | Lacey E. (Baker, D, B, C & B P.C) | Court Judgement |
| V-001831 | ISH International LLC | Misc pipe fitting | 1,647,748.20 | 88,786.40 | 780,052.50 | (691,266.10) | - | (867,695.70) | The vendor is following up on payment through email | 12-Oct-25 | Swiftship LLC | ISH International LLC Accounting team | Email Corrspondance |
| V-001660 | Republic Brass Sales, INC | Misc pipe fitting | 1,829,596.34 | 1,428,211.42 | 1,656,903.04 | (228,691.62) | - | (172,693.30) | The vendor is following up on payment through email | 31-Aug-23 | Swiftship LLC | Republic Brass Sales, INC Accounting team | Email Corrspondance |
| V-001397 | CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. | Misc Electric materials | 143,377.29 | 40,283.60 | 132,247.70 | (91,964.10) | - | (11,129.59) | Vendor has obtained a judgment related to the outstanding and open PO's | 22-Sep-25 | King & Jurgens, LLC | Austin J. (Favret Carrier, LLC) | Court Judgement |
| V-001092 | INTERNATIONAL PAINT | Paint | 329,901.50 | - | 86,089.21 | (86,089.21) | - | (243,812.29) | Demand Letter Received | 24-Nov-25 | King & Jurgens, LLC | Edward F. (Edward F. Bukaty, III) | Legal Notice |
| V-001501 | SCHOELLHORN-ALBRECHT MACHINE CO., INC | Deck fittings | 619,134.79 | 543,446.29 | 619,134.79 | (75,688.50) | - | - | The vendor is following up on payment through email | 3-Jan-24 | Swiftship LLC | SCHOELLHORN-ALBRECHT MACHINE CO., INC Accounting team | Email Corrspondance |
| V-000106 | COBURN SUPPLY COMPANY | Misc pipe fitting/ Plumbing materials | 127,669.75 | 47,427.04 | 111,796.35 | (64,369.31) | - | (15,873.40) | The vendor is following up on payment through email | 26-Dec-25 | Swiftship LLC | COBURN S. COM. Accounting team | Email Corrspondance |
| V-000215 | GENERAL MILLS | Misc pipe fitting | 897,264.18 | 849,823.83 | 883,705.73 | (33,881.90) | - | (13,558.45) | The vendor is following up on payment through email | 20-Feb-24 | Swiftship LLC | GENERAL MILLS Accounting team | Email Corrspondance |
| V-001820 | A-Jax Fasteners &Tools | Fasteners | 43,107.58 | 12,201.84 | 38,987.58 | (26,785.74) | - | (4,120.00) | The vendor is following up on payment through email | 24-May-24 | Swiftship LLC | A-Jax Fasteners &Tools Accounting team | Email Corrspondance |
| V-001881 | Hooley Manufacturing Co, LLc | Machine shop bending | 59,047.00 | 16,952.00 | 40,868.00 | (23,916.00) | - | (18,179.00) | Demand Letter Received | | King & Jurgens, LLC | | Legal Notice |
| V-001782 | Nuts and Bolts, Inc. | Fasteners | 85,341.64 | 57,953.20 | 81,715.40 | (23,762.20) | - | (3,626.24) | Vendor has obtained a judgment related to the outstanding and open PO's | | King & Jurgens, LLC | | Court Judgement |
| V-001842 | GHX Industrial, LLC. | Misc pipe fitting | 37,631.01 | 5,265.41 | 23,875.69 | (18,610.28) | - | (13,755.32) | The vendor is following up on payment through email | 1-May-24 | Swiftship LLC | GHX Industrial, LLC. Accounting team | Email Corrspondance |
| V-000647 | OFFSHORE SUPPLIERS, INC. | Misc Electric materials | 31,670.70 | 14,515.19 | 31,670.70 | (17,155.51) | - | (0.00) | The vendor is following up on payment through email | 10-Oct-24 | Swiftship LLC | OFFSHORE SUP. INC. Accounting team | Email Corrspondance |
| V-001928 | MMR CONSTRUCTORS INC | Misc pipe fitting | 16,249.52 | - | 16,249.52 | (16,249.52) | - | - | The vendor is following up on payment through email | 27-Feb-24 | Swiftship LLC | MMR CON.INC Accounting team | Email Corrspondance |
| V-001316 | FERGUSON ENTERPRISES, INC. | Misc pipe fitting | 111,862.94 | 99,536.85 | 109,362.94 | (9,826.09) | - | (2,500.00) | Vendor has obtained a judgment related to the outstanding and open PO's | 29-Aug-22 | | | - |
| V-000601 | Louisiana CAT | Main engines and generators | 17,252.90 | 2,652.90 | 9,952.90 | (7,300.00) | - | (7,300.00) | The vendor is following up on payment through email | Dec - 2025 | Swiftship LLC | Louisiana CAT Accounting team | Email Corrspondance |
| V-001934 | Allied Supply Company Incorporated | Misc pipe fitting | 111,489.00 | - | 5,388.00 | (5,388.00) | - | (106,101.00) | The vendor is following up on payment through email | 1-Oct-24 | Swiftship LLC | Allied Supply Company Incorporated Accounting team | Email Corrspondance |
| V-001552 | ASKEW INDUSTRIAL CORPORATION | Fasteners | 195,494.00 | 189,204.16 | 192,981.56 | (3,777.40) | - | (2,512.44) | The vendor is following up on payment through email | 1-Dec-25 | Swiftship LLC | ASKEW INDUSTRIAL CORPORATION Accounting team | Email Corrspondance |
| V-000062 | BLUEWATER RUBBER & GASKET | Hoses and gaskets | 25,940.99 | 23,352.99 | 25,940.99 | (2,588.00) | - | - | The vendor is following up on payment through email | 24-Jul-25 | Swiftship LLC | BLUEWATER RUBBER & GASKET Accounting team | Email Corrspondance |
| V-001657 | Hose Source LLC | Hoses | 33,024.53 | 28,308.53 | 29,094.53 | (786.00) | - | (3,930.00) | No followup | | | | - |
| V-000689 | RADTKE CONSTRUCTION, INC | Machine shop bending | 2,255.00 | 840.00 | 1,050.00 | (210.00) | - | (1,205.00) | No followup | | | | - |
| V-001723 | Genoa Design International Ltd. | Design Engineering Services | 1,346,568.00 | 353,045.50 | 761,330.50 | (408,285.00) | (115,715.00) | - | Vendor has obtained a judgment related to the outstanding and open PO's | 11-Dec-23 | Swiftship LLC | Jeffery A. (Pender & Coward P.C.) | Court Judgement |
| V-001232 | VARD MARINE US, INC. | Design Engineering Services | 3,762,102.00 | 3,696,588.77 | 3,752,816.27 | (56,227.50) | - | - | The vendor is following up on payment through email | 13-Jan-25 | Swiftship LLC | VARD MARINE US, INC. Accounting team | Email Corrspondance |
| V-001380 | Valkyrie Enterprises LLC | Design Engineering Services | 3,875,105.63 | 3,226,900.23 | 3,854,339.11 | (627,438.88) | - | (20,766.52) | Vendor has obtained a judgment related to the outstanding and open PO's | Nov - 2023 | Swiftship LLC | J. Bradely (ReavesColey PLLC) | Court Judgement |
| V-001666 | K.A.D, LLC | Rental Manpower | 2,351,422.25 | 1,847,225.25 | 2,123,225.25 | (276,000.00) | (24,000.00) | - | Vendor has obtained a judgment related to the outstanding and open PO's | Dec - 2025 | Mike V. (King & Jurgens, LLC) | | Court Judgement |
| V-001915 | JD Network | Rental Manpower | 178,585.75 | 18,942.50 | 178,585.75 | (159,643.25) | - | - | The vendor is following up on payment through email | 23-Jan-25 | Swiftship LLC | JD Network Accounting team | Email Corrspondance |
| V-001927 | Pelican Labor Service | Rental Manpower | 331,066.75 | 23,914.50 | 331,066.75 | (307,152.25) | - | - | Vendor has obtained a judgment related to the outstanding and open PO's | Dec - 2025 | Mike V. (King & Jurgens, LLC) | | Court Judgement |
| V-001195 | Sunrays International | Technical Support Services | 114,371.29 | 58,748.48 | 114,371.29 | (55,622.81) | - | - | No followup | | | | - |
| V-000313 | LEBLANC & ASSOCIATES INC | HVAC supplier | 4,419,033.00 | 2,696,736.60 | 3,174,009.00 | (477,272.40) | (76,478.00) | - | Vendor has obtained a judgment related to the outstanding and open PO's | 10-Dec-25 | | | - |
| V-001598 | Supreme Integrated Technology, Inc | Hydraulics Systems (Ramps and Anchor system | 7,362,539.00 | 5,571,235.00 | 1,037,968.00 | - | (1,276,399.00) | - | Attorney to attorney comm. | 7-Jan-26 | Mike V. (King & Jurgens, LLC) | Alexis M. (Dunlap Fiore, LLC) | Vendor attorney Letter Dt: 9/18/25 |
| V-001566 | COATING SERVICES INCORPORATED | Blasting and painting | 3,975,283.52 | 687,408.41 | 563,142.68 | - | (396,540.00) | - | Vendor has counter claim of PO canc. They are filling motion Feb 15, 2026 | Feb - 2026 | Mike V. (King & Jurgens, LLC) | Alexis M. (Dunlap Fiore, LLC) | Email Corrspondance |
| V-001678 | Defense Industries | Piping and Fitting | 9,622,200.00 | 9,468,120.00 | 2,882,271.00 | - | - | (154,080.00) | Vendor is pursuing for Bankruptcy. Lawsuit will be filled against Stakeholders. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001267 | REYCO CORPORATION | Structural Steel | 9,436,718.80 | 8,548,144.28 | 5,537,480.00 | - | - | (888,574.52) | Vendor is pursuing for Bankruptcy. Lawsuit will be filled against Stakeholders. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-000254 | INDUSTRIAL ALLIANCE SERVICES LLC | Insulation | 2,444,449.00 | 1,836,688.00 | 35,428.00 | - | - | (607,761.00) | Demand letter sent, Vendor acknowledging but requestion Client (NAVSEA) Authority letter. Vendor also owe us refund for undelivered Material paid. | Dec - 2025 | Mike V. (King & Jurgens, LLC) | R,S,S,& B LTD | Vendor attorney Letter Dt: 10/20/25 |
| V-001410 | SHIPS MACHINERY INTERNATIONAL, INC. | Sterrng and Rudder system | 2,350,114.88 | 1,913,705.88 | 1,076,644.88 | - | - | (436,409.00) | Demand Letter sent, No response from Vendor. Lawsuit will be filled. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | Swift demand Letter Dt: 8/18/25 |
| V-001405 | NAUTICAN RESEARCH & DEVELOPMENT LTD | Propellers | 1,560,413.00 | 1,126,707.50 | 646,178.00 | - | - | (433,705.50) | Demand Letter sent, Nautican directed us to their lawyer Ray Waid.. Vendor also owe us refund for undelivered Material paid from program. | 24-Sep-25 | Swiftship LLC | Ray Waid (Liskow Law firm) | Vendor Email Dt: 9/24/25 |
| V-001718 | Blue Industries | Misc piping and fitting | 9,895,529.49 | 6,582,390.06 | 6,131,357.33 | - | - | (3,313,139.43) | Counter Demand letter received from Vendor Attorney demanding Balance PO amount with damages. Vendor also owe us refund for undelivered Material paid from program. | 5-Aug-25 | Swiftship LLC | Blake E. (The Oakes Law Firm) | Vendor Attorney D. Letter Dt: 8/5/25 |
| V-001228 | OIL STATES SKAGIT SMATCO, LLC | Hydraulics Systems (Ramps and Anchor system | 1,028,235.00 | 359,104.50 | - | - | - | (669,130.50) | The vendor acknowledged our D. letter and forwarded it to legal for review and response.. Vendor also owe us refund for undelivered Material paid. | 21-Oct-25 | Swiftship LLC | Dirk S. (Oil States) | Vendor Email Dt: 10/21/25 |
| V-000417 | POWER PANELS | Power Distribution Panels | 789,855.00 | 491,018.00 | 213,256.00 | - | - | (298,837.00) | Vendor attorney is reviewing our demand letter. . Vendor also owe us refund for undelivered Material paid from program. | 4-Sep-25 | Swiftship LLC | Gerard J. (Bourgeois Law, LLC) | Vendor Attorney D. Letter Dt: 9/4/25 |
| V-001756 | Upnovr, Inc. | Ladders | 568,275.67 | 474,882.02 | 271,508.02 | - | - | (93,393.65) | Vendor has acknowledged the refund after deducting storage costs.. Vendor also owe us refund for undelivered Material paid from program. | 22-Oct-25 | Mike V. (King & Jurgens, LLC) | Peter N. (The Tamposi Law Group, P.C.) | Email Correspondence |
| V-000476 | SEWART SUPPLY | Gear for Main engines | 296,669.92 | 148,334.96 | - | - | - | (148,334.96) | Partial Credit given, settlement discussion is on going. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | Swiftship LLC | Accounting (Sewart Supply) | Email Correspondence |
| V-001649 | SKF USA Inc. | Drive shaft seals | 366,670.58 | 214,457.12 | 102,917.73 | - | - | (152,213.47) | Demand Letter sent, No response from Vendor. Lawsuit will be filled. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001659 | Thordon Bearings Inc. | Propulsion shaft bearing | 217,350.00 | 155,250.00 | 62,100.00 | - | - | (62,100.00) | Vendor has acknowledged the refund after deducting storage costs.. Vendor also owe us refund for undelivered Material paid from program. | 17-Nov-25 | Swiftship LLC | Anthony M. (Thordon CFO) | Email Correspondence |
| V-001199 | Peck & Hale LLC | Tie downs and straps | 607,316.00 | 410,756.00 | 363,428.00 | - | - | (196,560.00) | Vendor has requested additional data, swiftship will follow-up with vendor. Vendor also owe us refund for undelivered Material paid from program. | 2-Dec-25 | Swiftship LLC | Cheryl H. (Peck & Hale) | Email Correspondence |
| V-001590 | HYSPAN PRECISION PRODUCTS, INC. | Exhaust Muffler | 573,384.00 | 275,126.00 | 245,736.00 | - | - | (298,258.00) | filled. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | Email Correspondence |
| V-001613 | Energy Import Products LLC | Mic. Supplier | 158,204.22 | 158,015.22 | 128,685.35 | - | - | (189.00) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001807 | Sample Brothers, Inc. | Exhaust Muffler | 199,346.00 | 113,912.00 | 85,434.00 | - | - | (85,434.00) | Demand Letter sent, No response from Vendor. Lawsuit will be filled. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-000495 | NORTHROP GRUMMAN SYSTEMS CORP. SPERRY MARINE | Navigation System | 332,273.77 | 286,534.60 | 260,090.66 | - | - | (45,739.17) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001543 | Juniper Industries Inc | Marine Doors | 1,184,326.72 | 1,184,094.34 | 1,160,459.64 | - | - | (232.38) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001240 | In-Mar Solutions LLC | Window wipers | 142,415.00 | 81,380.00 | 61,035.00 | - | - | (61,035.00) | Vendor has acknowledged the refund. . Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | Swiftship LLC | Toby W. (In-Mar Solutions) | - |
| V-001513 | CORROSION MARITIME | Corrosion systems | 159,986.94 | 159,224.48 | 145,224.48 | - | - | (762.46) | Vendor response: we do not agree with Swiftships' claim for a refund. Swift will file the lawsuit. Vendor also owe us refund for undelivered Material paid. | 14-Oct-25 | Swiftship LLC | Shirley V. (Corrosion Marine) | Email Correspondence |
| V-000079 | CAJUN BREAKERS INC | Micsc. Electric materials | 1,847,352.31 | 1,844,707.01 | 1,833,304.49 | - | - | (2,645.30) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-001509 | AIT MACHINE | Machine Shop | 1,308,590.58 | 562,607.78 | 558,095.55 | - | - | (745,982.80) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| V-000560 | W & O Supply | Misc pipe fitting | 299,391.75 | 241,303.31 | 239,453.16 | - | - | (58,088.44) | Demand notice will be served. Vendor also owe us refund for undelivered Material paid from program. | Feb - 2026 | King & Jurgens, LLC | - | - |
| | Total | | | | | (4,791,128.97) | (2,231,313.60) | (10,344,936.75) | | | | | |

**LCU 1700 Program** **APPENDIX "B"**

Pre-Paid Non Delivered Material

| ID | Name | Description | Material/Services PO Value | Total Value Paid Through CDA | Delivered Material / Services Value | Undelivered Material Value agt. Paid PO's | Action Taken | Last / Proposed Action Date | Swift Rep. | Counterpart Rep. | Document Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V-001598 | Supreme Integrated Technology, Inc | Hydraulics Systems (Ramps and Anchor system) | 7,362,539 | 5,571,235 | 1,037,968 | **4,533,267** | Attorney to attorney comm. | 7-Jan-26 | Mike V. (King & Jurgens, LLC) | Alexis M. (Dunlap Fiore, LLC) | Vendor attorney Letter Dt: 9/18/25 |
| V-000250 | III-D CONSTRUCTION INC | Joiner Package | 3,786,932 | 3,786,932 | 905,164 | **2,881,768** | Demand letter sent, Vendor acknowledging but requestion Client (NAVSEA) Authority letter | Dec - 2025 | Mike V. (King & Jurgens, LLC) | R,S,S,& B LTD | Vendor attorney Letter Dt: 8/28/25 |
| V-000254 | INDUSTRIAL ALLIANCE SERVICES LLC | Insulation | 2,444,449 | 1,836,688 | 35,428 | **1,801,260** | Demand letter sent, Vendor acknowledging but requestion Client (NAVSEA) Authority letter | Dec - 2025 | Mike V. (King & Jurgens, LLC) | R,S,S,& B LTD | Vendor attorney Letter Dt: 10/20/25 |
| V-000488 | SOTEC FIRE | Fire Systems | 2,014,484 | 1,201,261 | 730,664 | **470,597** | Vendor obtained a judgment on the open POs, & Swiftships paid the additional $571K per judgment | Nov - 2025 | Mike V. (King & Jurgens, LLC) | Evans M. (Phelps Dunbar LLP) | Judgement Letter against swiftship |
| V-001410 | SHIPS MACHINERY INTERNATIONAL, INC. | Sterrng and Rudder system | 2,350,115 | 1,913,706 | 1,076,645 | **837,061** | Demand Letter sent, No response from Vendor. Lawsuit will be filled | Feb - 2026 | King & Jurgens, LLC | | Swift demand Letter Dt: 8/18/25 |
| V-000976 | Beier Integrated Systems | Navigation and Communication | 2,465,565 | 2,465,565 | 1,533,396 | **932,169** | Vendor response: we do not agree with Swiftships' claim for a refund. Swift will file the lawsuit | Feb - 2026 | King & Jurgens, LLC | Lawrance D. (Miller Sullivan & Demarcay) | Vendor attorney Letter Dt: 9/23/25 |
| V-001405 | NAUTICAN RESEARCH & DEVELOPMENT LTD | Propellers | 1,560,413 | 1,126,708 | 646,178 | **480,530** | Demand Letter sent, Nautican directed us to their lawyer Ray Waid. | 24-Sep-25 | Swiftship LLC | Ray Waid (Liskow Law firm) | Vendor Email Dt: 9/24/25 |
| V-001718 | Blue Industries | Misc piping and fitting | 9,895,529 | 6,582,390 | 6,131,357 | **451,033** | Counter Demand letter received from Vendor Attorney demanding Balance PO amount with damages | 5-Aug-25 | Swiftship LLC | Blake E. (The Oakes Law Firm) | Vendor Attorney D. Letter Dt: 8/5/25 |
| V-001228 | OIL STATES SKAGIT SMATCO, LLC | Hydraulics Systems (Ramps and Anchor system) | 1,028,235 | 359,105 | - | **359,105** | The vendor acknowledged our D. letter and forwarded it to legal for review and response. | 21-Oct-25 | Swiftship LLC | Dirk S. (Oil States) | Vendor Email Dt: 10/21/25 |
| V-000417 | POWER PANELS | Power Distribution Panels | 789,855 | 491,018 | 213,256 | **277,762** | Vendor attorney is reviewing our demand letter. | 4-Sep-25 | Swiftship LLC | Gerard J. (Bourgeois Law, LLC) | Vendor Attorney D. Letter Dt: 9/4/25 |
| V-001756 | Upnovr, Inc. | Ladders | 568,276 | 474,882 | 271,508 | **203,374** | Vendor has acknowledged the refund after deducting storage costs. | 22-Oct-25 | Mike V. (King & Jurgens, LLC) | Peter N. (The Tamposi Law Group, P.C.) | Email Correspondence |
| V-000476 | SEWART SUPPLY | Gear for Main engines | 296,670 | 148,335 | - | **148,335** | Partial Credit given, settlement discussion is on going | Feb - 2026 | Swiftship LLC | Accounting (Sewart Supply) | Email Correspondence |
| V-001566 | COATING SERVICES INCORPORATED | Blasting and painting | 3,975,284 | 687,408 | 563,143 | **124,266** | Vendor has counter claim of PO canc. They are filling motion Feb 15, 2026 | Feb - 2026 | Mike V. (King & Jurgens, LLC) | D. Thorguson (Thorguson Law Firm, LLC) | Email Correspondence |
| V-001649 | SKF USA Inc. | Drive shaft seals | 366,671 | 214,457 | 102,918 | **111,539** | Demand Letter sent, No response from Vendor. Lawsuit will be filled | Feb - 2026 | King & Jurgens, LLC | | |
| V-001659 | Thordon Bearings Inc. | Propulsion shaft bearing | 217,350 | 155,250 | 62,100 | **93,150** | Vendor has acknowledged the refund after deducting storage costs. | 17-Nov-25 | Swiftship LLC | Anthony M. (Thordon CFO) | Email Correspondence |
| V-001524 | HOSE-MCCANN COMMUNICATIONS | Intercom | 562,417 | 562,417 | 490,038 | **72,379** | Vendor Legal Rep : Our client does not owe Swiftships anything, consider this matter closed. Swift will file lawsuit. | Feb - 2026 | Swiftship LLC | Steven R. (K.K.W & C, P.C.) | Vendor Attorney D. Letter Dt: 9/30/25 |
| V-001199 | Peck & Hale LLC | Tie downs and straps | 607,316 | 410,756 | 363,428 | **47,328** | Vendor has requested additional data, swiftship will follow-up with vendor | 2-Dec-25 | Swiftship LLC | Cheryl H. (Peck & Hale) | Email Correspondence |
| V-000166 | DONOVAN MARINE INC | Misc Supplier | 74,956 | 74,956 | 43,231 | **31,725** | The vendor acknowledged our D. letter and forwarded it to their respective team for review and response. | 5-Sep-25 | Swiftship LLC | Bill D. (Donavan Marine) | Email Correspondence |
| V-001590 | HYSPAN PRECISION PRODUCTS, INC. | Exhaust Muffler | 573,384 | 275,126 | 245,736 | **29,390** | Demand Letter sent, they refused to assist in this matter. Lawsuit will be filled | Feb - 2026 | King & Jurgens, LLC | | Email Correspondence |
| V-001613 | Energy Import Products LLC | Mic. Supplier | 158,204 | 158,015 | 128,685 | **29,330** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-001807 | Sample Brothers, Inc. | Exhaust Muffler | 199,346 | 113,912 | 85,434 | **28,478** | Demand Letter sent, No response from Vendor. Lawsuit will be filled | Feb - 2026 | King & Jurgens, LLC | | |
| V-000495 | NORTHROP GRUMMAN SYSTEMS CORP. SPERRY MARINE | Navigation System | 332,274 | 286,535 | 260,091 | **26,444** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-000053 | BAYOU METAL SUPPLY | Aluminum metals and fittings | 63,196 | 63,196 | 38,401 | **24,795** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-001543 | Juniper Industries Inc | Marine Doors | 1,184,327 | 1,184,094 | 1,160,460 | **23,635** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-000671 | GREEN MARINE & INDUSTRIAL EQUIPMENT CO. | Watermakers | 436,659 | 436,659 | 415,659 | **21,000** | The vendor acknowledged our D. letter and forwarded it to their Lawyer for review and response. | Nov - 2025 | Swiftship LLC | Michael T. (Attorney At Law) | Vendor Attorney D. Letter Dt: 8/21/25 |
| V-001240 | In-Mar Solutions LLC | Window wipers | 142,415 | 81,380 | 61,035 | **20,345** | Vendor has acknowledged the refund. | Feb - 2026 | Swiftship LLC | Toby W. (In-Mar Solutions) | |
| V-001513 | CORROSION MARITIME | Corrosion systems | 159,987 | 159,224 | 145,224 | **14,000** | Vendor response: we do not agree with Swiftships' claim for a refund. Swift will file the lawsuit | 14-Oct-25 | Swiftship LLC | Shirley V. (Corrosion Marine) | Email Correspondence |
| V-000079 | CAJUN BREAKERS INC | Micsc. Electric materials | 1,847,352 | 1,844,707 | 1,833,304 | **11,403** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-001509 | AIT MACHINE | Machine Shop | 1,308,591 | 562,608 | 558,096 | **4,512** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-001065 | SOUNDOWN CORPORATION | Insulation materials | 30,540 | 30,540 | 26,177 | **4,363** | Vendor has acknowledged the refund. | 15-Oct-25 | Swiftship LLC | Michael C. (Soundown Corp.) | Email Correspondence |
| V-001633 | Gulf America Wire Rope | Wire rope and slings | 51,280 | 51,280 | 49,286 | **1,994** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-000560 | W & O Supply | Misc pipe fitting | 299,392 | 241,303 | 239,453 | **1,850** | Demand notice will be served | Feb - 2026 | King & Jurgens, LLC | | |
| V-000814 | Shakespeare Electronic Product Group | antennas | 3,822 | 1,638 | - | **1,638** | Vendor has acknowledged the refund. | 12-Sep-25 | Swiftship LLC | Nicole J. (Shakespears Elec. Product Grp.) | Email Correspondence |
| | Subtotal | | | | | 14,099,824 | | | | | |

**Non Recoverable**

| ID | Name | Description | Material/Services PO Value | Total Value Paid Through CDA | Delivered Material / Services Value | Undelivered Material Value agt. Paid PO's | Action Taken | Last / Proposed Action Date | Swift Rep. | Counterpart Rep. | Document Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| V-001678 | Defense Industries | Piping and Fitting | 9,622,200 | 9,468,120 | 2,882,271 | **6,585,849** | Vendor is pursuing for Bankruptcy. Lawsuit will be filled against Stakeholders | Feb - 2026 | King & Jurgens, LLC | | |
| V-001267 | REYCO CORPORATION | Structural Steel | 9,436,719 | 8,548,144 | 5,537,480 | **3,010,664** | Vendor is pursuing for Bankruptcy. Lawsuit will be filled against Stakeholders | Feb - 2026 | King & Jurgens, LLC | | |
| | SubTotal | | | | | 9,596,513 | | | | | |
| | Grand Total | | | | | 23,696,337 | | | | | |

**LCU 1700 Prgram**
Inventory On Hand Report

**APPENDIX "C"**

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| VALVE BALL | 118,247 | 689,118 | 802,145 | 748,801 | 2,358,311 |
| ENGINE | 7,725 | 340,335 | 340,335 | 215,221 | 903,616 |
| ELECTRICAL CABLE | 93,917 | 170,741 | 166,609 | 170,039 | 601,307 |
| FLANGE | 58,487 | 175,270 | 193,737 | 127,005 | 554,499 |
| RUDDER/TUBE ASSY | | 187,466 | 198,840 | 164,607 | 550,913 |
| GENERATOR | 123,426 | 117,566 | 117,566 | 130,474 | 489,032 |
| PUMP | 99,139 | 119,867 | 125,881 | 63,945 | 408,832 |
| ELBOW 90 DEGREES | 18,358 | 107,615 | 149,666 | 110,156 | 385,795 |
| TUBING | 31,980 | 68,909 | 130,102 | 94,043 | 325,033 |
| MONITOR | 22,384 | 100,490 | 100,490 | 100,490 | 323,853 |
| LIGHT | 15,691 | 100,329 | 94,176 | 96,592 | 306,788 |
| GASKET | 122,148 | 82,080 | 50,879 | 50,773 | 305,880 |
| PIPE | 31,214 | 85,235 | 95,112 | 77,141 | 288,703 |
| LOCKERS | 96,988 | 95,602 | 42,627 | 42,627 | 277,843 |
| KEEL COOLER | 90,895 | 42,378 | 66,637 | 68,191 | 268,100 |
| MARINE GEAR | 81,555 | 86,560 | 86,560 | | 254,675 |
| COMPASS | 114,742 | 45,278 | 45,278 | 41,465 | 246,763 |
| SYSTEM | 38,757 | 61,728 | 61,728 | 66,780 | 228,993 |
| VALVE | 53,649 | 66,335 | 41,717 | 37,771 | 199,473 |
| WINDOWS | 47,074 | 47,074 | 47,074 | 47,074 | 188,296 |
| ELBOW 45 DEGREE | 7,620 | 50,632 | 69,694 | 53,028 | 180,974 |
| ANCHOR | 43,650 | 44,740 | 44,740 | 45,820 | 178,950 |
| HANGER | | 57,000 | 57,000 | 57,000 | 171,000 |
| TIE-DOWN ASSEMBLY | 40,920 | 40,920 | 40,926 | 42,006 | 164,771 |
| GUARD | 40,698 | 40,698 | 40,698 | 40,698 | 162,792 |
| HANGER PIPE | 38,134 | 15,659 | 48,012 | 51,545 | 153,350 |
| ADAPTER | 14,105 | 36,544 | 48,308 | 46,816 | 145,773 |
| COUPLING | 53,593 | 53,285 | 24,428 | 7,196 | 138,502 |
| TEE | 10,285 | 44,868 | 40,187 | 38,723 | 134,062 |
| TRANSMITTER | 7,406 | 39,681 | 42,400 | 40,024 | 129,511 |
| VALVE GLOBE | 9,154 | 66,268 | 28,588 | 24,486 | 128,497 |
| ELECTRONIC CONTROLS | | 126,765 | | | 126,765 |
| CABINET | 59,253 | 59,253 | 910 | 910 | 120,324 |
| W BEAM | 30,844 | 11,608 | 32,374 | 42,241 | 117,067 |
| VALVE GATE | 5,107 | 47,922 | 28,348 | 26,923 | 108,301 |
| ASSEMBLY | 5,634 | 32,878 | 32,878 | 32,878 | 104,268 |
| STRAINER | 6,083 | 43,879 | 23,202 | 24,049 | 97,213 |
| BOLT HEX HEAD | 4,889 | 35,002 | 31,381 | 25,920 | 97,191 |
| LADDER | 48,558 | 48,558 | | | 97,116 |
| STRAP | | 32,054 | 32,054 | 32,054 | 96,162 |
| BERTH | 45,360 | 45,360 | | | 90,720 |
| HEARING PROTECTOR | 20,052 | 20,052 | 20,052 | 20,052 | 80,208 |
| EDUCTOR | 5,721 | 22,309 | 22,409 | 29,703 | 80,141 |
| CONNECTOR | 15,947 | 20,014 | 20,045 | 20,052 | 76,058 |
| BEARING | 20,746 | 31,335 | 22,296 | 114 | 74,491 |
| VENT | 18,488 | 20,629 | 20,629 | 12,443 | 72,189 |
| REFRIGERATOR | 35,624 | 35,624 | | | 71,248 |
| REDUCER CONCENTRIC | 673 | 18,323 | 30,503 | 19,879 | 69,377 |
| PACKING | 15,313 | 23,126 | 23,126 | 7,353 | 68,919 |
| VALVE BUTTERFLY | | 43,093 | 11,973 | 11,973 | 67,038 |
| PANEL | 1,283 | 56,699 | 4,262 | 4,634 | 66,878 |
| VACUUM | 20,900 | | 21,527 | 22,169 | 64,596 |

**LCU 1700 Prgram**
Inventory On Hand Report

**APPENDIX "C"**

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| BEND | 3,153 | 19,340 | 25,059 | 14,693 | 62,244 |
| LADDER RUNG | 19,544 | 19,544 | | 19,544 | 58,632 |
| ANGLE | 5,432 | 23,898 | 17,065 | 11,549 | 57,944 |
| SINK | 28,922 | 28,922 | 11 | 11 | 57,865 |
| DOORS | 24,646 | 20,364 | 11,337 | 860 | 57,207 |
| EXHAUST SILENCER | | | 27,512 | 27,512 | 55,024 |
| WASHER FLAT | 7,225 | 17,950 | 17,664 | 11,841 | 54,680 |
| BRACKET | 7,521 | 14,217 | 14,715 | 16,899 | 53,351 |
| RING | 36,627 | 6,241 | 4,838 | 5,099 | 52,804 |
| HEAD CHEST SET | 5,969 | 17,984 | 17,984 | 10,074 | 52,011 |
| BOX JUNCTION | 2,618 | 5,113 | 22,169 | 21,621 | 51,521 |
| PLATE | | | 37,378 | 14,056 | 51,434 |
| SHACKLE | 32,900 | 5,514 | 6,236 | 6,236 | 50,886 |
| SLEEVE | 3,916 | 17,064 | 14,920 | 14,920 | 50,819 |
| STUFFING TUBE | | 16,790 | 16,790 | 16,790 | 50,369 |
| WATER PURIFICATION SYSTEM | | 24,627 | | 25,389 | 50,016 |
| NUT HEX LOCK | 6,161 | 16,836 | 13,769 | 12,802 | 49,568 |
| TABLE | 21,866 | 21,866 | | | 43,732 |
| THIMBLE | 10,600 | 10,600 | 10,600 | 10,600 | 42,400 |
| DRAIN | 648 | 12,374 | 15,380 | 13,190 | 41,592 |
| SCUTTLE | 40,740 | | | | 40,740 |
| WINDSHEILD WIPER SYSTEM | | 20,055 | 20,055 | | 40,110 |
| KIT | 7,331 | 9,691 | 10,717 | 11,904 | 39,644 |
| SWITCH | 4,579 | 3,418 | 16,101 | 15,341 | 39,439 |
| PAINT | 8,793 | 30,575 | | | 39,367 |
| FLAT BAR | | 9,574 | 12,415 | 16,723 | 38,712 |
| COMPRESSOR | 10,030 | 11,880 | 11,880 | 1,850 | 35,639 |
| CYLINDER | 35,100 | | | | 35,100 |
| HOSE BARB | | 808 | 17,094 | 16,810 | 34,711 |
| CHAIN LINK | 10,389 | 6,791 | 8,249 | 8,249 | 33,679 |
| CAMERA | 9,393 | | 9,393 | 14,850 | 33,635 |
| BOX ELECTRICAL | 3,761 | 10,006 | 10,006 | 7,893 | 31,667 |
| LIFE RING | 7,640 | 7,640 | 7,640 | 7,640 | 30,560 |
| LATERAL | 10,033 | 2,052 | 8,458 | 8,458 | 29,001 |
| HOSE | 766 | 8,976 | 8,974 | 8,789 | 27,505 |
| CHECK VALVE | | 9,427 | 8,425 | 8,425 | 26,277 |
| ELBOW 90 DEGREE STREET | | 8,488 | 8,709 | 8,709 | 25,905 |
| TANK | 4,583 | 6,651 | 6,651 | 7,172 | 25,058 |
| VALVE SWING CHECK | 11 | 4,622 | 9,800 | 9,800 | 24,233 |
| SIGHT LEVEL GAUGE | | 8,000 | 8,078 | 8,000 | 24,078 |
| CONTROL | 5,688 | 6,022 | 6,022 | 6,203 | 23,936 |
| ROPE | 3,989 | 3,989 | 7,978 | 7,978 | 23,934 |
| DECK SOCKET | | 23,400 | | | 23,400 |
| RECEPTACLE | | 239 | 11,340 | 11,678 | 23,257 |
| STATION | 20 | 7,300 | 7,300 | 8,024 | 22,643 |
| NUT HEX | 1,400 | 10,005 | 5,490 | 5,524 | 22,418 |
| STRUT BEARING | | 22,072 | | | 22,072 |
| RECEIVER | 5,429 | 5,429 | 5,429 | 5,700 | 21,986 |
| DESK | 10,980 | 10,980 | | | 21,960 |
| POWER SUPPLY | 5,338 | 4,778 | 5,549 | 5,900 | 21,565 |
| RECTANGULAR TUBING | | | 21,060 | | 21,060 |
| SHOWER STALL | 10,400 | 10,400 | | | 20,800 |

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| RANGE | 10,398 | 10,398 | | | 20,796 |
| NOZZLE | 3,804 | 6,397 | 4,562 | 5,102 | 19,865 |
| GAUGE PRESSURE | 4,599 | 4,022 | 5,566 | 5,566 | 19,752 |
| RACK | 3,827 | 3,827 | 1,335 | 9,855 | 18,843 |
| TOILET | 4,470 | 4,604 | 4,604 | 4,742 | 18,420 |
| TURNBUCKLE | 7,920 | 8,682 | 762 | 762 | 18,126 |
| FIREFIGHTING FOAM | 5,856 | 5,856 | 2,832 | 2,832 | 17,376 |
| SHAFT LINER | 8,618 | 8,618 | | | 17,236 |
| CHAIR | 8,568 | 8,568 | | | 17,136 |
| WIRE MESH | 4,240 | 4,240 | 4,240 | 4,240 | 16,960 |
| CLAMP | 35 | 4,238 | 6,292 | 6,200 | 16,766 |
| WELDING WIRE | | 9,689 | 6,229 | | 15,917 |
| LOCK | 3,954 | 3,954 | 3,954 | 3,954 | 15,816 |
| COMPOUND | 4,011 | 4,224 | 3,681 | 3,681 | 15,596 |
| HORN | | 4,467 | 4,806 | 5,400 | 14,673 |
| BINOCULARS | 3,643 | 3,643 | 3,643 | 3,643 | 14,571 |
| PIN | 3,675 | 7,289 | 1,798 | 1,798 | 14,560 |
| BIT | 14,700 | - | - | - | 14,700 |
| FIRE EXTINGUISHER | 4,557 | 4,557 | 4,557 | | 13,670 |
| FUNNEL | 4,163 | 3,150 | 3,150 | 3,150 | 13,613 |
| SEATS | 11,005 | 2,577 | | | 13,582 |
| MOUNT | 3,032 | 3,675 | 3,675 | 3,074 | 13,455 |
| BOX | 540 | 592 | 6,079 | 6,079 | 13,290 |
| UNION | 881 | 2,310 | 5,138 | 4,875 | 13,205 |
| HATCH | 3,055 | 7,080 | | 3,055 | 13,190 |
| SEXTANT | 3,143 | 3,143 | 3,143 | 3,461 | 12,890 |
| RACK HOSE | 10,528 | 2,106 | | | 12,634 |
| WELDING MACHINE | 12,514 | | | | 12,514 |
| TERMINAL STRIP | 2,119 | 3,296 | 3,507 | 3,507 | 12,429 |
| SHAFT ASSEMBLY | | | 5,933 | 5,933 | 11,866 |
| ROUND BAR | 2,533 | 1,024 | 4,089 | 4,089 | 11,735 |
| APPLIANCE | 6,914 | 4,649 | | | 11,563 |
| STUD | 2,753 | 2,701 | 3,008 | 3,065 | 11,527 |
| TEE REDUCING | 2,207 | 3,516 | 3,516 | 1,946 | 11,186 |
| DISTRIBUTION PANELS | 11,145 | | | | 11,145 |
| SPEAKER | 465 | 3,352 | 3,352 | 3,685 | 10,854 |
| RECORDER | 2,712 | 2,712 | 2,712 | 2,712 | 10,846 |
| RADAR | 2,600 | 2,600 | 2,600 | 2,600 | 10,400 |
| CHANNEL RUBBER | | | 4,960 | 4,960 | 9,920 |
| ICE MACHINE | 4,905 | 4,905 | | | 9,810 |
| TAG | 2,398 | 2,398 | 2,398 | 2,398 | 9,594 |
| THERMOWELL | 4,760 | 4,760 | | | 9,520 |
| AMPLIFIER | | 2,891 | 3,105 | 3,480 | 9,476 |
| FAN | 4,685 | 4,685 | | | 9,370 |
| DISHWASHER | 4,640 | 4,640 | | | 9,280 |
| INDICATOR | 2,309 | 2,309 | 2,309 | 2,309 | 9,236 |
| NUT | 3 | 3,075 | 3,075 | 3,075 | 9,228 |
| VALVE ANGLE | | 2,954 | 3,029 | 3,029 | 9,012 |
| MACHINED PART | | 2,990 | 2,990 | 2,990 | 8,970 |
| CONDUCTOR SLEEVE | 2,220 | 2,220 | 2,220 | 2,220 | 8,879 |
| WORK BENCH | 4,270 | 4,270 | | | 8,540 |
| HASP | | 2,796 | 2,796 | 2,796 | 8,388 |

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| HAND GRIP | 2,730 | 2,730 | | 2,730 | 8,190 |
| BOARD | 3,418 | 3,418 | 625 | 625 | 8,088 |
| BUSHING | 187 | 2,437 | 2,544 | 2,793 | 7,960 |
| SQUARE BAR | 398 | 131 | 3,056 | 4,305 | 7,891 |
| TAILPIECE | 568 | 2,396 | 2,396 | 2,396 | 7,756 |
| PLUG | | 1,771 | 3,097 | 2,417 | 7,285 |
| BOLT | 1,652 | 1,652 | 1,940 | 1,940 | 7,184 |
| CLIP | | 2,376 | 2,376 | 2,376 | 7,128 |
| SENSOR | | 495 | 3,297 | 3,297 | 7,088 |
| HOSE FITTING | 286 | 2,193 | 2,193 | 2,193 | 6,864 |
| CABLE | 377 | 2,136 | 2,143 | 2,145 | 6,802 |
| HEAT EXCHANGER | | 2,252 | 2,252 | 2,252 | 6,755 |
| SPANNER WRENCH SET | 296 | 2,144 | 2,144 | 2,144 | 6,728 |
| TV | 1,645 | 1,645 | 1,645 | 1,645 | 6,580 |
| CURTAIN | 3,290 | 3,290 | | | 6,580 |
| SOCKOLET | 362 | 1,665 | 2,176 | 2,320 | 6,522 |
| METER | 1,620 | 1,620 | 1,620 | 1,620 | 6,480 |
| MATTRESS | 3,128 | 3,128 | | | 6,256 |
| ELBOW 90 DEGREE REDUCING | | 2,079 | 2,079 | 2,079 | 6,237 |
| WASHER | 837 | 2,788 | 1,242 | 1,243 | 6,110 |
| HEATER WATER | | | | 5,937 | 5,937 |
| WOOD | | | 5,804 | | 5,804 |
| RELAY | | 1,741 | 1,847 | 2,033 | 5,621 |
| CAN | 2,036 | 2,036 | 596 | 596 | 5,264 |
| VALVE CHECK SWING | 42 | 3,718 | 746 | 746 | 5,253 |
| GASKET FLANGE | 279 | 636 | 2,118 | 2,038 | 5,070 |
| HANDSET | | 1,507 | 1,620 | 1,818 | 4,945 |
| CARTRIDGE RIBBON | 1,226 | 1,226 | 1,226 | 1,226 | 4,903 |
| CHAIN | 1,190 | 1,205 | 1,205 | 1,205 | 4,805 |
| LOUD HALER | | 1,436 | 1,542 | 1,728 | 4,706 |
| CHANNEL | 680 | 1,250 | 1,408 | 1,250 | 4,588 |
| ANTENNA | 1,118 | 1,118 | 1,118 | 1,063 | 4,416 |
| HOUSING | 1,810 | 857 | 857 | 857 | 4,381 |
| DIMMER | 1,080 | 1,080 | 1,080 | 1,107 | 4,347 |
| CAPSCREW HEX HEAD | 1,322 | 902 | 902 | 964 | 4,090 |
| BANDING | | | 1,979 | 1,979 | 3,958 |
| REPEATER | | | | 3,813 | 3,813 |
| SCREW | 921 | 915 | 1,032 | 943 | 3,811 |
| CUTTER | 882 | 882 | 882 | 882 | 3,527 |
| CONTACT | | 924 | 1,968 | 552 | 3,444 |
| TAPE | 253 | 1,062 | 1,053 | 1,053 | 3,421 |
| HINGE | 1,683 | 1,683 | | | 3,366 |
| MIRROR | 1,554 | 1,554 | | | 3,108 |
| REEL | 738 | 738 | 738 | 827 | 3,041 |
| THINNER | 1,421 | 1,596 | | | 3,017 |
| REDUCER | | 977 | 977 | 977 | 2,931 |
| FAUCET | 1,453 | 1,453 | | | 2,906 |
| MOTOR | 2,870 | | | | 2,870 |
| ARRESTER | | 955 | 955 | 955 | 2,865 |
| BOX BATTERY | | 944 | 944 | 944 | 2,831 |
| ENCLOSURE | 37 | 923 | 923 | 929 | 2,810 |
| CABLE GLAND | | 864 | 864 | 864 | 2,592 |

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| SEALING MODULE | 350 | 1,137 | 1,069 | | 2,557 |
| ADAPTER STRAIGHT | 377 | 692 | 662 | 662 | 2,392 |
| DISPENSER | 1,175 | 1,175 | | | 2,350 |
| ADAPTER 90 DEGREE | 273 | 661 | 661 | 661 | 2,257 |
| CAP | | 52 | 1,890 | 145 | 2,087 |
| WIRE | 510 | 510 | 510 | 510 | 2,040 |
| CHOCK | 1,990 | - | - | 57 | 2,047 |
| BUCKLE | | | 948 | 948 | 1,895 |
| BOOT | | 603 | 622 | 655 | 1,879 |
| P-TRAP | 525 | 525 | 384 | 384 | 1,818 |
| RADIO | 429 | 429 | 429 | 429 | 1,714 |
| COFFEE MAKER | 850 | 850 | | | 1,700 |
| HOLDER | 485 | 485 | 360 | 360 | 1,690 |
| PRESSURE SWITCH | | | 804 | 804 | 1,608 |
| GREASE | | 512 | 512 | 512 | 1,535 |
| NIPPLE | 366 | 113 | 474 | 474 | 1,426 |
| BOX CONNECTION | 355 | 355 | 355 | 355 | 1,420 |
| SPIGOT | | 465 | 465 | 465 | 1,395 |
| MICROWAVE OVEN | 687 | 687 | | | 1,374 |
| ROD END | 321 | 321 | 321 | 321 | 1,283 |
| LOCKWASHER | 26 | 365 | 368 | 368 | 1,127 |
| SPRAY SHIELD | | 355 | 355 | 355 | 1,065 |
| SHIELD | | 318 | 318 | 318 | 954 |
| LATCH | 184 | 217 | 217 | 218 | 836 |
| INSERT | 164 | 222 | 222 | 222 | 831 |
| BACK PAN | | 273 | 275 | 278 | 825 |
| STAND | 400 | 400 | | | 800 |
| TARP | | | 789 | | 789 |
| TERMINAL TUBE | | 261 | 261 | 261 | 783 |
| ADAPTOR CAMLOCK | | 724 | 19 | 19 | 762 |
| REMOTE CONTROL | 180 | 180 | 180 | 180 | 720 |
| PLYWOOD | 250 | | 455 | | 705 |
| SLIDE | 164 | 164 | 164 | 164 | 656 |
| MODULE | 161 | 161 | 161 | 161 | 643 |
| COUPLER | | 188 | 188 | 188 | 564 |
| THREDOLET | 208 | 65 | 131 | 131 | 535 |
| SEAL | | 173 | 176 | 173 | 522 |
| NUT WING | 172 | | 164 | 164 | 500 |
| CLOCK | 225 | 225 | | | 450 |
| SLEEVE BEARING | 101 | 101 | 101 | 101 | 405 |
| SOCKET | | 131 | 131 | 131 | 392 |
| WELD-O-LET | 70 | 106 | 106 | 106 | 388 |
| TERMINAL MARKER | 16 | 123 | 123 | 123 | 384 |
| CLAMP: HOSE, WORM GEAR, SIZE 20, 3/4"-1-3/4", IDEAL 6720-5 | 18 | 168 | 168 | | 354 |
| HANDLE | | 260 | 46 | 46 | 353 |
| CLAMP GROUND | | 108 | 108 | 108 | 324 |
| TIE-DOWN RING | 79 | 79 | 79 | 79 | 318 |
| CONVERTER | 74 | 74 | 74 | 74 | 297 |
| TUNER | | | | 285 | 285 |
| ROD | 130 | 130 | | | 260 |
| WIRE ROPE | 91 | 49 | 49 | 49 | 238 |
| BULKHEAD FITTING | | 77 | 77 | 77 | 230 |

**LCU 1700 Prgram**
Inventory On Hand Report

**APPENDIX "C"**

| Boat | Boat 1 | Boat 2 | Boat 3 | Boat 4 | Grand Total |
|---|---|---|---|---|---|
| LEVER | | 35 | 91 | 98 | 224 |
| HOOK | 111 | 111 | | | 222 |
| COVER | 50 | 50 | 50 | 50 | 200 |
| WIPER ARM | | 90 | 90 | | 180 |
| ANODE | | 56 | 56 | 56 | 168 |
| DUST CAP | | 55 | 55 | 55 | 166 |
| SEALANT | 52 | | 52 | 52 | 156 |
| CORD GRIP | | | 145 | | 145 |
| LANYARD | 8 | 32 | 32 | 32 | 105 |
| CLEVIS | 93 | | | | 93 |
| EYE BOLT | 90 | | | | 90 |
| SPACER | 21 | 21 | 21 | 21 | 84 |
| HUB | | 25 | 25 | 25 | 76 |
| CAP SCREW | 7 | 22 | 22 | 22 | 73 |
| SHIM | | | 65 | | 65 |
| SHEET | 16 | 16 | 16 | 16 | 62 |
| RELAY BASE | 1 | 19 | 19 | 18 | 56 |
| COTTER PIN | 10 | 15 | 15 | 15 | 56 |
| BROMINATOR | | 17 | 17 | 17 | 52 |
| GREASE FITTING | 13 | 13 | 13 | 13 | 51 |
| CLAMP CABLE | 10 | 10 | 10 | 10 | 38 |
| LOCKNUT | | | 34 | | 34 |
| SNAPHOOK | | 10 | 10 | 10 | 30 |
| COVER SWITCH | 6 | 6 | 13 | 6 | 30 |
| TUBE | | | 26 | | 26 |
| LUG | | 25 | | | 25 |
| STUD BOLT | | 21 | | | 21 |
| RIVET | 12 | | | | 12 |
| SCREW MACHINE | 4 | | | | 4 |
| Sub Total (Recorded Materail | 2,571,226 | 4,910,352 | 4,570,045 | 3,925,885 | 15,977,508 |

<u>Subcontrator Material:</u>

| | | | | | |
|---|---|---|---|---|---|
| Subcontractor Material | | | | | 2,349,691 |

| | | | | | |
|---|---|---|---|---|---|
| Total Material | | | | | 18,327,199 |

DEPARTMENT OF THE NAVY
NAVAL SEA SYSTEMS COMMAND
1333 ISAAC HULL AVE SE
WASHINGTON NAVY YARD DC 20376-0001

IN REPLY REFER TO
4200
Ser 0224/043
8 July 2026

From: Contracting Officer, Naval Sea Systems Command
To: Mr. Michael Poel
Swiftships, LLC (Swiftships)
1105 Levee Road
Morgan City, LA 70380-1001

Subj: RE-ENGAGEMENT GOVERNMENT RESPONSE; TURNOVER OF PROPERTY ACQUIRED UNDER CONTRACT N00024-18-C-2401

Ref: (a) Swiftships letter dated January 23, 2026, Subject: SWIFTSHIPS' EXISTENTIAL CIRCUMSTANCES, MINIMAL RECOVERY PROSPECTS, AND COMMITMENT TO COLLABORATIVE RESOLUTION FOLLOWING LCU 1700 PROGRAM CANCELLATION
(b) NAVSEA letter Ser 0224/002 dated January 22, 2026, Subject: RE-ENGAGE REGARDING THE TURNOVER OF PROPERTY ACQUIRED UNDER CONTRACT N00024-18-C-2401
(c) NAVSEA letter Ser 0224/079 dated October 24, 2024, Subject: DEMAND FOR TURNOVER OF PROPERTY ACQUIRED UNDER CONTRACT N00024-18-C-2401

1. I have received your letter, reference (a), in response to my letter, reference (b), re-engaging on the turnover of property acquired under the terminated contract N00024-18-C-2401. I appreciate Swiftships' concurrence to work with the Navy to inventory the remaining property, allow Navy access to Swiftships sites in order to access and assess the property, and perform an orderly turnover of property. We will also need Swiftships' accounting of any disposition of material.

2. Your letter also requested NAVSEA's guidance and support in resolving issues with Swiftships' vendors. I recognize the complexity of Swiftships' current position, but our office will not engage in business matters between Swiftships and its vendors as these are internal matters to Swiftships. As a reminder, the Navy made attempts to negotiate a settlement agreement with Swiftships that would have addressed material prior to the contract's termination for defaut and would have mitigated Swiftships' current vendor issues. Swiftships declined. My guidance is now limited to effectuating the terminated contract's Default clause, 52.249-8 Default (Fixed-Price Supply and Service) (Apr 1984). Reference (c)

summarizes my attempts.

3. All questions or correspondence concerning this matter should be submitted to the Contracting Officer, Mr. Ryan Ksanznak, at ryan.m.ksanznak.civ@us.navy.mil.

RYAN M. KSANZNAK
Contracting Officer

Copy to:
SUPSHIP Gulf Coast
PMS 317