# Exhibit 5

The U.S. Trustee’s Summary of Intercompany Transfers Between Debtor and ICS Nett, Inc. (PSB Account Nos. 0401 & 1101)

## ICS NETT, INC Acct #1101

| Date | Transfers IN FROM ABOVE | Transfers OUT TO ABOVE |
|---|---|---|
| 3/18/2025 | | $ 2,700.00 |
| 3/19/2025 | | $ 10,000.00 |
| 3/21/2025 | | $ 185,000.00 |
| 3/24/2025 | $ 52,000.00 | |
| 3/26/2025 | $ 11,000.00 | |
| 3/27/2025 | $ 3,500.00 | |
| 3/31/2025 | $ 8,000.00 | |
| 4/2/2025 | $ 18,000.00 | |
| 4/4/2025 | $ 18,000.00 | |
| 4/8/2025 | $ 17,000.00 | |
| 4/14/2025 | $ 26,000.00 | |
| 4/15/2025 | $ 14,500.00 | |
| 4/23/2025 | $ 7,000.00 | |
| 4/23/2025 | $ 39,000.00 | |
| 4/25/2025 | $ 46,000.00 | |
| 4/28/2025 | $ 1,000.00 | |
| 4/29/2025 | $ 9,000.00 | |
| 4/30/2025 | $ 4,500.00 | |
| 5/1/2025 | $ 18,500.00 | |
| 5/2/2025 | $ 9,000.00 | |
| 5/5/2025 | $ 10,000.00 | |
| 5/6/2025 | $ 8,000.00 | |
| 5/7/2025 | $ 600.00 | |
| 5/8/2025 | $ 2,000.00 | |
| 5/9/2025 | $ 7,000.00 | |
| 5/16/2025 | | $ 10,000.00 |
| 5/23/2025 | | $ 16,000.00 |
| 6/3/2025 | $ 35,000.00 | |
| 6/4/2025 | $ 56,500.00 | |
| 6/5/2025 | | $ 8,000.00 |
| 6/6/2025 | | $ 9,000.00 |
| 6/6/2025 | | $ 12,000.00 |
| 6/23/2025 | $ 51,000.00 | |
| 6/26/2025 | | $ 84,000.00 |
| 6/30/2025 | $ 87,000.00 | |

| | | | | |
|---|---|---|---|---|
| 6/30/2025 | | | $ | 67,000.00 |
| 7/1/2025 | $ | 7,500.00 | | |
| 7/2/2025 | $ | 1,500.00 | | |
| 7/9/2025 | $ | 2,500.00 | | |
| 7/11/2025 | $ | 6,200.00 | | |
| 7/14/2025 | $ | 1,000.00 | | |
| 7/23/2025 | $ | 51,000.00 | | |
| 7/24/2025 | $ | 2,000.00 | | |
| 7/25/2025 | $ | 5,000.00 | | |
| 7/28/2025 | $ | 98,100.00 | | |
| 7/29/2025 | $ | 2,500.00 | | |
| 7/30/2025 | $ | 75.00 | | |
| 8/4/2025 | $ | 14,800.00 | | |
| 8/7/2025 | $ | 3,000.00 | | |
| 8/12/2025 | $ | 15,000.00 | | |
| 8/12/2025 | | | $ | 7,000.00 |
| 8/13/2025 | $ | 18,500.00 | | |
| 8/19/2025 | $ | 6,500.00 | | |
| 8/20/2025 | $ | 3,500.00 | | |
| 8/20/2025 | $ | 46,000.00 | | |
| 8/21/2025 | $ | 52,000.00 | | |
| 8/25/2025 | | | $ | 46,000.00 |
| 9/2/2025 | $ | 6,750.00 | | |
| 9/5/2025 | $ | 1,000.00 | | |
| 9/10/2025 | $ | 17,200.00 | | |
| 9/11/2025 | $ | 5,700.00 | | |
| 9/12/2025 | $ | 1,300.00 | | |
| 9/15/2025 | $ | 7,000.00 | | |
| 9/18/2025 | $ | 3,200.00 | | |
| 9/18/2025 | | | $ | 118,000.00 |
| 9/22/2025 | $ | 47,700.00 | | |
| 9/23/2025 | $ | 3,100.00 | | |
| 9/24/2025 | $ | 5,900.00 | | |
| 9/25/2025 | $ | 2,800.00 | | |
| 9/29/2025 | $ | 2,000.00 | | |
| 9/29/2025 | $ | 16,500.00 | | |
| 10/1/2025 | $ | 4,700.00 | | |
| 10/8/2025 | $ | 5,300.00 | | |
| 10/10/2025 | $ | 18,100.00 | | |
| 10/14/2025 | $ | 150.00 | | |
| 10/20/2025 | $ | 5,500.00 | | |
| 10/21/2025 | | | $ | 29,000.00 |
| 10/21/2025 | | | $ | 148,000.00 |

| | | | | |
|---|---|---|---|---|
| 10/22/2025 | $ | 100.00 | | |
| 10/23/2025 | $ | 520.00 | | |
| 10/27/2025 | $ | 1,100.00 | | |
| 10/29/2025 | $ | 250.00 | | |
| 10/31/2025 | | | $ | 80,000.00 |
| 11/4/2025 | $ | 6,700.00 | | |
| 11/7/2025 | $ | 1,000.00 | | |
| 11/7/2025 | $ | 1,500.00 | | |
| 11/20/2025 | | | $ | 7,000.00 |
| 11/24/2025 | | | $ | 59,000.00 |
| 11/28/2025 | | | $ | 2,150.00 |
| 12/2/2025 | $ | 7,500.00 | | |
| 12/3/2025 | $ | 6,000.00 | | |
| 12/4/2025 | $ | 800.00 | | |
| 12/5/2025 | $ | 2,100.00 | | |
| 12/26/2025 | | | $ | 8,500.00 |
| 1/2/2026 | $ | 250.00 | | |
| 1/14/2026 | $ | 1,500.00 | | |
| 1/20/2026 | $ | 3,000.00 | | |
| 1/23/2026 | | | $ | 37,000.00 |
| 1/26/2026 | $ | 250.00 | | |
| 1/29/2026 | $ | 250.00 | | |
| 1/30/2026 | $ | 6,600.00 | | |
| 2/2/2026 | $ | 2,000.00 | | |
| 2/3/2026 | $ | 50.00 | | |
| 2/3/2026 | $ | 9,500.00 | | |
| 2/6/2026 | $ | 700.00 | | |
| 2/9/2026 | $ | 500.00 | | |
| 2/9/2026 | $ | 91,000.00 | | |
| 2/11/2026 | $ | 500.00 | | |
| 2/17/2026 | $ | 13,700.00 | | |
| 2/19/2026 | | | $ | 289,000.00 |
| 2/25/2026 | $ | 12,250.00 | | |
| 3/3/2026 | $ | 7,500.00 | | |
| 3/4/2026 | | | $ | 96,000.00 |
| 3/6/2026 | $ | 1,000.00 | | |
| 3/6/2026 | $ | 1,000.00 | | |
| 3/13/2026 | $ | 1,000.00 | | |
| 3/13/2026 | $ | 4,700.00 | | |
| 3/20/2026 | $ | 4,500.00 | | |
| 3/24/2026 | $ | 765.00 | | |
| | $ | 1,239,760.00 | $ | 1,330,350.00 |