# Exhibit 9

# LEGAL STRUCTURE - Affiliates

