**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **SWIFTSHIPS, LLC** | § | **Case No. 26-50237** |
| | § | |
| **Debtor.** | § | |

**EX PARTE MOTION FOR REMOTE APPEARANCE**

---

The Official Committee of Unsecured Creditors of Swiftships, LLC (the "***Committee***") appointed in the above-captioned case (the "***Chapter 11 Case***"), files this *Ex Parte Motion for Remote Appearance* (the "***Motion***"), and moves the Court for the entry of an order permitting undersigned counsel for the Committee to appear remotely for the hearing on the *Expedited Motion to Obtain Post-Petition Financing Pursuant to Section 364(b)* [Dkt. No. 117] ("***DIP Financing Motion***") set for October 15, 2026 at 2:30 p.m. (the "***Hearing***").

**BACKGROUND**

1. On April 13, 2026, the Office of the United States Trustee filed that certain *Notice of Appointment of Unsecured Creditors' Committee* [Doc. No. 71], appointing a Committee pursuant to section 1102 of the Bankruptcy Code.

2. On July 14, 2026, the Debtor filed the DIP Financing Motion, and an expedited hearing was held on July 21, 2026 at 2:30 p.m. Following the hearing, the Court entered an *Interim Order* [ECF Doc. 141], granting the DIP Financing Motion on an interim basis and setting a final hearing on October 15, 2026 at 2:30 p.m.

3. On October 8, 2026, the Committee filed a *Response* [ECF Doc. 146] to the DIP Financing Motion.

## RELIEF REQUESTED & BASIS FOR RELIEF

4. To preserve costs and minimize administrative expenses, the Committee requests that the Court permit counsel for the Committee to appear remotely for the Hearing and examine any witnesses that may be called by the Debtor.

5. The Committee submits that the DIP Financing Motion are first day motions for which the Court customarily allows remote appearances by counsel. Further, the Court also customarily conducts status conferences in pending matters by allowing counsel to appear remotely.

6. For the foregoing reasons, including the cost savings to the estate associated with undersigned counsel's remote appearance, the Committee submits that there is good cause to permit remote appearance of counsel as set forth in the Court's *Appearances and Hearing Methods Procedures*.

## CONCLUSION

7. For the reasons set forth herein, the Committee requests that the Court enter an order permitting counsel for the Committee to appear remotely for the Hearing.

Dated: October 12, 2026.

Respectfully submitted,

**KELLY HART PITRE**

*/s/ Rick M. Shelby*___
Louis M. Phillips (#10505)
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916
Telephone: (225) 381-9643
Facsimile: (225) 336-9763
Email: louis.phillips@kellyhart.com

Rick M. Shelby (LA #31963)

Amelia L. Hurt (LA #36817)
400 Poydras Street, Suite 1812
New Orleans, LA 70130
Telephone: (504) 522-1812
Facsimile: (504) 522-1813
Email: rick.shelby@kellyhart.com
amelia.hurt@kellyhart.com

***Counsel for the Committee***

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has, on this October 12, 2026, been served on all counsel of record via e-service.

***/s/ Rick M. Shelby***
**Rick M. Shelby**