UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
SWIFTSHIPS, LLC — CASE NO. 26-50237
Debtor — CHAPTER 11

---

**NOTICE OF INTENT TO SERVE SUBPOENA ON**
**PATTERSON STATE BANK**

COMES NOW Kevin M. Esptein, Acting United States Trustee for Region 5 (hereinafter "Plaintiff" or "UST"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 45(a)(4), made applicable to this adversary proceeding by Federal Rules of Bankruptcy Procedure 9016 and files this Notice of Intent to Serve Subpoena on Patterson State Bank in the form attached hereto, on October 22, 2026, or as soon thereafter as service may be effectuated in the above styled and numbered cause.

Date: October 22, 2026.

Respectfully submitted,

Kevin M. Epstein

United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By: /s/ *Anna Haugen*
Anna Haugen

Anna Haugen, FL Bar No. 89555
Trial Attorney, Office of the U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Anna.Haugen@usdoj.gov
Telephone No. (318) 676-3456
Direct Telephone No. (318) 676-3554

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:

| | |
|---|---|
| SWIFTSHIPS, LLC<br>Debtor | CASE NO. 26-50237<br>CHAPTER 11 |

---

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been either mailed by first class mail, postage prepaid, or transmitted by CM/ECF to the following:

Swiftships, LLC
1105 Levee Road
Morgan City, LA 70380-1001

ICS NETT, INC.
Served Through Registered Agent:
Sadia Iqbal
4116 Walney Rd., Suite D
Chantilly, VA 20151-2948

SUNRAYS INTERNATIONAL LLC
Served Through Registered Agent:
SBE1 LLC
44403 STONEYRUN PLACE
ASHBURN, VA, 20147

OCR Global Inc.
Served Through Registered Agent:
KHURRAM SHAH
4116 Walney Rd Ste D
Chantilly, VA, 20151 – 2948

BOT, LLC
Served Through Registered Agent:
United States Corporation Agents, Inc.
4445 CORPORATION LANE SUITE 259
VIRGINIA BEACH, VA, 23462

Ryan James Richmond
Sternberg, Naccari & White, LLC
450 Laurel Street,Suite 1450
Baton Rouge, LA 70801

Patterson State Bank
Through the Registered Agent

Peter J. Lipari
1130 Hwy. 90 West
Patterson, LA 70392

Emile Joseph, Jr.
Allen & Gooch, A Law Corporation
P.O. Box 81129
Lafayette, Louisiana 70598

Benjamin W. Janke
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170

Carli M. Worsham
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170

Duris L. Holmes
DEUTSCH KERRIGAN, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130

Ryan W. Lamb
U.S. Department of Justice
P.O. Box 875-Ben Franklin Station
Washington, DC 20044

Joseph E. "Josh" Lee III (Bar #26968)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130

Claire A. Campbell (Bar #41181)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130

PATRICK K. RESO
HENRI S. THERIOT
CHEHARDY, SHERMAN, WILLIAMS,
RECILE & HAYES, L.L.P.
111 North Oak Street, Suite 200
Hammond, Louisiana 70401

Seth B. Shapiro
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch

P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Rick M. Shelby
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, LA 70130

Amelia L. Hurt
KELLY HART PITRE
400 Poydras Street, Suite 1812
New Orleans, LA 70130

Louis M. Phillips
KELLY HART PITRE
One American Place
301 Main Street, Suite 1600
Baton Rouge, LA 70801-1916

KREBS FARLEY, PLLC
Laura F. Ashley
400 Poydras Street, Suite 2500
New Orleans, LA 70130

KREBS FARLEY, PLLC
Elliot Scharfenberg
400 Poydras Street, Suite 2500
New Orleans, LA 70130

Charels M. Rush, APLC
202 Magnate Drive
Lafayette, LA 70508

Date: October 22, 2026

By: */s/ Jennifer J. Moore*
Jennifer J. Moore
Paralegal Specialist
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
Telephone No. (318) 676-3456