Patterson State Bank
Through the Registered Agent
Peter J. Lipari
1130 Hwy. 90 West
Patterson, LA 70392

## ATTACHMENT TO SUBPOENA

**Re: *In re Swiftships, LLC*, Case No. 26-50237 (Bankr. W.D. La 2026).**

### *DEFINITIONS*

**A. "Relevant Period"** means January 1, 2024, to present day.

**B. "Relevant Person"** means any or all the following individuals and entities:

**Swiftships, LLC**
1105 Levee Road, Morgan City, LA 70380 (Louisiana LLC)
EIN 80-0968795

**ICS Nett Inc.**
4116 Walney Rd Ste D, Chantilly, VA 20151 (Virginia Corporation)
EIN *Unknown*

**Sunrays International, LLC**
4116 Walney Rd Ste D, Chantilly, VA, 20151 (Virginia LLC)
EIN *Unknown*

**OCR Global, Inc.**
4116 Walney Rd Ste D, Chantilly, VA, 20151 (Virginia Corporation)
EIN *Unknown*

**BOT, LLC**
14824 Darbydale Avenue, Woodbridge, VA, 22193 (Virginia LLC *Inactive*)
EIN *Unknown*

### *DOCUMENT REQUESTS*

**REQUEST NO. 1:**
For all open or closed *depository* accounts and *loan/credit* accounts for which any one or more Relevant Person (entity defined above) is or was a title holder, owner, joint owner, beneficiary, authorized signatory, borrower, or a person with any authority over such account during the Relevant Period—please produce the following for each such account:

a) All account statements spanning the Relevant Period.

b) All wire transfers sent to / from such account, including attempted transfers, during the Relevant Period.

c) All ACH and other electronic transfers sent to / from such account, including attempted transfers, and all ACH entries, during the Relevant Period.

d) All records of cash deposits/withdrawals, monetary-instrument purchases, or other cash transactions involving such account during the Relevant Period.

e) All signature cards, for such accounts.

f) All canceled checks, deposit tickets, credit and debit memos dated during the Relevant Period.

g) All financial statements and other information submitted to the Bank concerning such account.

**REQUEST NO. 2:**

A completed declaration or certification by a qualified records custodian establishing that the produced records: a) were made at or near the time of the matters recorded by, or from information transmitted by, a person with knowledge; b) were kept in the course of a regularly conducted activity of the Bank; c) were made as a regular practice of that activity; and d) are true and correct copies of records maintained by the Bank.