IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re:<br><br>SWIFTSHIPS, LLC,[1]<br><br>*Debtor-in-Possession*. | Case No. 26-50237<br><br>Chapter 11 |

**DEBTOR'S MOTION FOR EXPEDITED CONSIDERATION AND TO CONTINUE HEARING**

**NOW INTO COURT**, through undersigned counsel, comes Swiftships, LLC (the "Debtor"), who moves for expedited consideration of the *Debtor's Second Expedited Motion for Interim and Final Orders Authorizing the Debtor to Obtain Postpetition Financing and Granting Related Relief* (the "Second DIP Financing Motion") (ECF No. 154) and to continue the hearing on the *Debtor's Expedited Motion for Interim and Final Orders Authorizing the Debtor to Obtain Postpetition Financing and Granting Related Relief* (the "First DIP Financing Motion") (ECF No. 117). In support, the Debtor represents:

1. On March 18, 2026, the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On July 14, 2026, the Debtor filed the First DIP Financing Motion (ECF No. 117), seeking authority to obtain up to $600,000 in unsecured post-petition financing from ICS Nett Inc. ("*ICS Nett*"), an insider and affiliate of the Debtor. The Court approved the First DIP Financing Motion on an interim basis. A hearing to consider final approval of the First DIP Financing Motion is presently scheduled for Tuesday, October 27, 2026, at 2:30 p.m. Central Time.

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

3. The Debtor has exhausted the $600,000 advanced under the first DIP financing facility and requires additional financing to continue its operations through the anticipated confirmation of a chapter 11 plan. Accordingly, the Debtor has filed, or intends to file contemporaneously herewith, the Second DIP Financing Motion, seeking authority to obtain up to an additional $600,000 in unsecured post-petition financing from ICS Nett.

4. Under the proposed second DIP financing facility, ICS Nett has agreed to subordinate all principal and accrued interest under both DIP financing facilities to the allowed general unsecured claims of non-insider, non-affiliate creditors. ICS Nett has also agreed, subject to approval of the second DIP financing facility, to relinquish the administrative expense priority previously authorized on an interim basis in connection with the first DIP financing facility.

5. The relief requested in the First DIP Financing Motion and the Second DIP Financing Motion is therefore related. The Debtor submits that considering both motions at the same hearing would promote judicial economy, avoid potentially inconsistent rulings, and permit the Court and parties in interest to consider the proposed financing arrangements together.

6. The Debtor requires expedited consideration of the Second DIP Financing Motion because additional liquidity is necessary to maintain payroll and operations, preserve its workforce, and avoid disruption of its ongoing shipbuilding programs. Absent timely access to additional financing, the Debtor risks immediate and irreparable harm to its estate.

7. Accordingly, the Debtor requests that the Court: (a) continue the hearing on the First DIP Financing Motion presently scheduled for October 27, 2026, at 2:30 p.m. Central Time; and (b) schedule an expedited hearing on the Second DIP Financing Motion for Tuesday, November 10, 2026, at 10:00 a.m. Central Time, at which time the Court may consider both motions.

**WHEREFORE**, the Debtor requests that this Court enter an order: (a) granting expedited consideration of the Second DIP Financing Motion; (b) continuing the hearing on the First DIP Financing Motion from October 27, 2026, at 2:30 p.m. Central Time to November 10, 2026, at 10:00 a.m. Central Time; (c) scheduling an expedited hearing on the Second DIP Financing Motion for November 10, 2026, at 10:00 a.m. Central Time; and (d) granting such further and additional relief as the facts may warrant and justice so requires.

Dated: October 26, 2026

Respectfully Submitted:

**/s/ Ryan J. Richmond**
**STERNBERG, NACCARI & WHITE, LLC**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Telephone: (225) 412-3667
Facsimile: (225) 286-3046
Email: ryan@snw.law

*Attorneys for Swiftships, LLC*