**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Chapter 11** |
| | § | |
| **SWIFTSHIPS, LLC** | § | **Case No. 26-50237** |
| | § | |
| **Debtor.** | § | |

**DECLARATION OF RICK M. SHELBY IN SUPPORT OF FIRST INTERIM APPLICATION OF KELLY HART PITRE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD APRIL 21, 2026 THROUGH SEPTEMBER 30, 2026**

I, RICK M. SHELBY, submit the following declaration:

1. I am a partner of the law firm of Kelly Hart Pitre ("***Kelly Hart***"), with offices at 400 Poydras Street, Suite 1812, New Orleans, Louisiana 70130. I am admitted and in good standing as a member of the bar of the State of Louisiana and of the United States District Court for the Western District of Louisiana. There are no disciplinary proceedings pending against me.

2. I am authorized to make this declaration (the "***Declaration***") on behalf of Kelly Hart, counsel for the Official Committee of Unsecured Creditors of Swiftships, LLC (the "***Committee***"), and this Declaration is submitted in support of the *First Interim Application of Kelly Hart Pitre for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Official Committee of Unsecured Creditors for the Period April 21, 2026 through September 30, 2026* (the "***Application***").

3. Unless otherwise stated, I have personal knowledge of the facts set forth herein and, if called as a witness, would testify thereto. Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Application.

## KELLY HART TIME RECORDS

4. Kelly Hart attorneys and paraprofessionals recorded their time contemporaneously,

in tenths of an hour.

5. Redacted true and correct copies of Kelly Hart's invoices for the Fee Period are attached to the Application as Exhibit A. A true and correct summary of the actual and necessary out-of-pocket expenses incurred by Kelly Hart during the Fee Period is attached to the Application as Exhibit B. Kelly Hart maintains documentation of each expenditure exceeding $50.00. Kelly Hart did not bill this matter in project categories; for purposes of the Application, each time entry in the Fee Period was reviewed and classified by subject matter, and the resulting summary of time by project category and timekeeper is attached to the Application as Exhibit C.

6. Kelly Hart has received no payment of compensation or reimbursement of expenses in this case, received no retainer, and holds no security for payment. No agreement or understanding exists between Kelly Hart and any other person for the sharing of compensation received or to be received in connection with this case.

## UNITED STATES TRUSTEE GUIDELINE DISCLOSURES

7. The following answers the disclosures customarily requested by the Office of the United States Trustee with respect to the Application:

> (i) Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? *Answer:* No.
>
> (ii) If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application are higher by 10% or more, did you discuss the reasons for the variation with the client? *Answer:* N/A.
>
> (iii) Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? *Answer:* No.
>
> (iv) Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices? *Answer:* No.
>
> (v) Does this fee application include time or fees for reviewing time records

to redact any privileged or confidential information? *Answer:* No.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October, 2026.

*/s/ Rick M. Shelby*

RICK M. SHELBY