**SO ORDERED.**

**SIGNED October 28, 2026.**

**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re:<br><br>SWIFTSHIPS, LLC,[1]<br><br>*Debtor-in-Possession.* | Case No. 26-50237<br><br>Chapter 11 |

**O R D E R**

**CONSIDERING** the *Debtor's Motion for Expedited Consideration and to Continue Hearing* (ECF No. 155), the record of this case, and applicable law:

**IT IS ORDERED** that a hearing on the *Debtor's Second Expedited Motion for Interim and Final Orders Authorizing the Debtor to Obtain Postpetition Financing and Granting Related Relief* (the "Second DIP Financing Motion") (ECF No. 154) shall be held on November 10, 2026 at 10:00 a.m. Central Time at the John M. Shaw United

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

States Courthouse, 800 Lafayette Street, Courtroom #5 (Third Floor), Lafayette, LA 70501.

**IT IS FURTHER ORDERED** that any written objection or response to either the First DIP Financing Motion or Second DIP Financing Motion may be filed not later than November 9, 2026 at 12:00 p.m. Central Time.

# # #


Submitted by:

**/s/ Ryan J. Richmond**
**STERNBERG, NACCARI & WHITE, LLC**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Telephone: (225) 412-3667
Facsimile: (225) 286-3046
Email: ryan@snw.law

*Attorneys for Swiftships, LLC*