EXHIBIT D-1

Swiftships llc.

## 13 WEEK PROJECTED ROLLING CASHFLOW

| | Description | October 2026 | November 2026 | | | | December 2026 | | | | January 2026 | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Week 4 | 1st Week | 2nd Week | 3rd Week | 4th Week | 1st Week | 2nd Week | 3rd Week | 4th Week | 1st Week | 2nd Week | 3rd Week | 4th Week | |
| CASH INFLOW | **Swiftships Program:** | | | | | | | | | | | | | | |
| | DIU Program | - | 150,000 | - | - | 250,000 | 37,500 | - | 450,000 | | - | - | - | - | 887,500 |
| | FMS 28M Program | - | - | 63,000 | - | - | - | - | - | - | - | - | - | - | 63,000 |
| | PNGB Program | - | - | - | - | - | - | - | - | - | 60,000 | - | - | - | 60,000 |
| | DCS (Amendment 04) | - | - | - | - | - | - | - | 375,000 | - | - | - | | - | 375,000 |
| | **Other :** | | | | | | | | | | | | | | |
| | ICS Nett *(DIP Financing)* | - | - | 300,000 | - | - | 200,000 | - | - | - | - | 50,000 | - | 50,000 | 600,000 |
| | MV Risen Sun (Operational Funds Reserve) | - | - | | - | - | - | - | 1,000,000 | | - | - | - | - | 1,000,000 |
| | TOTAL CASH INFLOW | - | 150,000 | 363,000 | - | 250,000 | 237,500 | - | 1,825,000 | - | 60,000 | 50,000 | - | 50,000 | 2,985,500 |
| CASH OUTFLOW | **Payroll Related Cost:** | | | | | | | | | | | | | | - |
| | Salaries (Direct Deposit & Taxes) | 42,700 | - | 42,700 | - | 42,700 | - | 42,700 | - | 42,700 | - | 42,700 | - | 42,700 | 298,900 |
| | Fringe Benefits / Insurance | 19,949 | - | - | 29,453 | - | - | - | 29,453 | - | - | - | 29,453 | - | 108,308 |
| | Non ADP (1099,Contractor) | 24,050 | - | - | 8,750 | 15,300 | - | - | 8,750 | 15,300 | - | - | 8,750 | 15,300 | 96,200 |
| | | | | | | | | | | | | | | | - |
| | Subtotal (Payroll Related Fixed Cost) | 86,699 | - | 42,700 | 38,203 | 58,000 | - | 42,700 | 38,203 | 58,000 | - | 42,700 | 38,203 | 58,000 | 503,408 |
| | **Utilities:** | | | | | | | | | | | | | | |
| | Electricity | | - | 1,500 | 18,500 | - | - | 1,500 | 17,500 | - | - | 1,500 | 16,550 | - | 57,050 |
| | Internet | - | - | - | 1,704 | - | | - | 1,704 | - | - | - | 1,704 | - | 5,112 |
| | Mobile services | 4,000 | - | 4,000 | - | - | - | 4,000 | - | - | - | 4,000 | - | - | 16,000 |
| | IT / Cloud Services / Email | - | 5,138 | - | | | | - | | | | - | | | 5,138 |
| | Gas | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | Water | 50 | - | 50 | - | - | - | 50 | - | - | - | 50 | - | - | 200 |
| | | | | | | | | | | | | | | | - |
| | Subtotal (Monthly Utility Cost) | 4,050 | 5,138 | 5,550 | 20,204 | - | - | 5,550 | 19,204 | - | - | 5,550 | 18,254 | - | 83,500 |
| | **Fixed Overheads:** | | | | | | | | | | | | | | |
| | Property Taxes, Audit, BPOL & Licenses | - | 12,151 | 1,750 | - | - | 12,151 | 1,750 | - | - | 12,151 | 1,750 | - | - | 41,702 |
| | Professional Fee | - | - | - | 25,000 | - | - | - | 25,000 | - | - | - | 25,000 | - | 75,000 |
| | US Trustee's quarterly fees | - | 2,782 | - | - | - | - | - | - | - | 21,470 | - | - | - | 24,252 |
| | Liability /Equip. Insurance | 15,712 | - | 17,293 | - | - | - | 17,293 | - | - | - | 17,293 | - | - | 67,591 |
| | Rent (Office & Site) | - | 2,000 | - | - | - | 2,000 | - | - | - | 2,000 | - | - | - | 6,000 |
| | Consumables (Gas) | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | - | 9,000 |
| | Pantry /Storage / Other | - | 200 | 500 | - | - | 200 | 500 | - | - | 200 | 500 | - | - | 2,100 |
| | Crane Rental | | - | 3,000 | - | - | - | 3,000 | - | - | - | 3,000 | - | - | 9,000 |
| | SBA Loan Installment (Monthly) | | - | - | - | - | - | - | - | 10,250 | - | - | - | 10,250 | 20,500 |
| | | | | | | | | | | | | | | | - |
| | Subtotal (Mothly Fixed OH) | 15,712 | 20,132 | 22,543 | 25,000 | - | 17,351 | 22,543 | 25,000 | 10,250 | 38,821 | 22,543 | 25,000 | 10,250 | 255,145 |
| | **Program Payment:** | | | | | | | | | | | | | | |
| | DIU - Material/Services Payments | | - | 45,000 | 30,000 | 80,000 | 100,000 | 80,000 | 265,000 | 450,000 | | 65,000 | | | 1,115,000 |
| | FMS - Material/Services Payments | | | 60,000 | | | | | 100,000 | | | | | | 160,000 |
| | PNGB - Material/Services Payments | | | | | | | | | | 60,000 | | 125,000 | | 185,000 |
| | DCS - Material/Services Payments | | | | | | | | 120,000 | 200,000 | | | | | 320,000 |
| | Back Office Support Bill Payment | | - | - | - | 75,000 | - | - | - | 75,000 | - | - | - | 75,000 | 225,000 |
| | Subtotal (Mothly Fixed OH) | - | - | 105,000 | 30,000 | 155,000 | 100,000 | 80,000 | 485,000 | 725,000 | 60,000 | 65,000 | 125,000 | 75,000 | 2,005,000 |
| | | | | | | | | | | | | | | | - |
| | TOTAL CASH OUTFLOW | 106,461 | 25,270 | 175,793 | 113,407 | 213,000 | 117,351 | 150,793 | 567,407 | 793,250 | 98,821 | 135,793 | 206,457 | 143,250 | 2,847,053 |
| | NET CASHFLOW | (106,461) | 124,730 | 187,207 | (113,407) | 37,000 | 120,150 | (150,793) | 1,257,593 | (793,250) | (38,821) | (85,793) | (206,457) | (93,250) | 244,908 |
| | Opening Bank Balance | - | (106,461) | 18,269 | 205,476 | 92,069 | 129,069 | 249,218 | 98,425 | 1,356,018 | 562,768 | 523,947 | 438,154 | 231,697 | (106,461) |
| | Closing Bank Balance | (106,461) | 18,269 | 205,476 | 92,069 | 129,069 | 249,218 | 98,425 | 1,356,018 | 562,768 | 523,947 | 438,154 | 231,697 | 138,447 | 138,447 |



26-50237 - #169 File 11/10/26 Enter 11/10/26 10:18:39 Main Document Pg 1 of 1