UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

JUDGE JOHN KOLWE

IN RE: Swiftships, LLC    CASE NO.: 26-50237

---

EXHIBIT RECORD

FILED
NOV 10 2026
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

DATE: 11-10-2026

MATTER: 117 - Expedited motion to obtain Post-Petition financing
154 - Second Motion for Order Authorizing Post-Petition financing

☐ EXHIBIT RECORD FILED IN OPEN COURT

☒ EXHIBIT ADMITTED BY REFERENCE OF ECF FILING

☒ TESTIMONY ADDUCED

| Exhibit No. | Description |
|---|---|
| D-1 | ecf 169 - proposed budget |

WITNESS: Omer Saeed

ECRO: Charlie Broussard    DATE: 11-10-2026