**SO ORDERED.**

**SIGNED November 16, 2026.**

**JOHN W. KOLWE**
**UNITED STATES BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re:<br><br>SWIFTSHIPS, LLC,[1]<br><br>*Debtor-in-Possession.* | Case No. 26-50237<br><br>Chapter 11 |

# ORDER

**CONSIDERING** the *Debtor's Motion for Expedited Consideration* (ECF No. 171), the record of this case, and applicable law:

**IT IS ORDERED** that a hearing on the *Expedited Motion to Appoint a Judicial Mediator* (the "Motion") (ECF No. 171) shall be held on November 17, 2026 at 2:30 p.m. Central Time at the John M. Shaw United States Courthouse, 800 Lafayette Street, Courtroom #5 (Third Floor), Lafayette, LA 70501.

[1] The last four digits of the Debtor's federal tax identification number are 8795. The Debtor's mailing address is 1105 Levee Road, Morgan City, LA 70380.

**IT IS FURTHER ORDERED** that any written objection or response to the Motion may be raised orally at the hearing.

###

Submitted by:

**/s/ Ryan J. Richmond**
**STERNBERG, NACCARI & WHITE, LLC**
Ryan J. Richmond (La. Bar No. 30688)
450 Laurel Street, Suite 1450
Baton Rouge, LA 70801
Telephone: (225) 412-3667
Facsimile: (504) 534-8961
Email: ryan@snw.law

*Attorneys for Swiftships, LLC*